UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH CURRY, et. al., on behalf of themselves and other similarly situated,<br><br>                          Plaintiffs,<br><br>- against -<br><br>P&G AUDITORS AND CONSULTANTS, LLC; GRC SOLUTIONS, LLC; PGX, LLC; AND APPLE BANCORP, INC. d/b/a APPLE BANK FOR SAVINGS,<br><br>                          Defendants. | **CONSENT TO SUE**<br><br>(TO HAVE FEDERAL CLAIMS HEARD IN THIS CASE) |

      I CONSENT to sue the Defendants in the above-captioned matter pending in the United States District Court for the Southern District of New York.  Within the past three (3) years, I worked for Defendants and was not paid overtime wage for some hours worked over forty in a pay week.  I understand that the lawsuit asserts claims under the Fair Labor Standards Act against the Defendants in this action.  I understand that this lawsuit seeks unpaid wages that may be owed to me and that by joining this lawsuit, I will become a plaintiff pursuant to the Fair Labor Standards Act.  I understand that, by signing this form, I am voluntarily becoming a party to this action and therefore may be required to participate in the discovery process and/or trial, including testifying at a deposition or at trial.

      I AUTHORIZE Klein Law Group of NY, PLLC and Mathis Law Group to represent me in this case.  By signing and returning this consent to sue, I understand that I will be represented by these law firms without prepayment of costs or attorneys' fees.  I understand that if plaintiffs are successful, costs expended by attorneys on my behalf will be deducted pro rata from my settlement or judgment first.  I understand that the law firms may petition the court for service awards for the

named plaintiffs. I understand that the law firm may petition the court for an award of fees and costs to be paid by Defendants on my behalf. I understand that the fees retained by the attorneys will either be the amount of fees received from Defendant or in accordance with my contingent fee agreement with the attorneys, whichever is greater. I understand that if the case is not successful, I will not be obligated to pay any fees or costs.

| | |
|---|---|
| 10/15/2020 | *Ricardo Mazzitelli* (DocuSigned by: EDEB26998428485...) |
| Date | Signature |
| 373 NE 101 Street | Ricardo Mazzitelli |
| Mailing Address | Name |
| Miami Shores, FL 33138 | 917-575-6246 |
| City, State  Zip | Phone Number |
| cherfm4@hotmail.com | |
| Email Address | |

Please return this completed form to Melissa Mazzitelli, Esq., Mathis Law Group, 515 E. Las Olas Blvd., Suite 120, Fort Lauderdale, Florida 33301 or MMazzitelli@MathisLawGroup.com. If you have questions, please contact Melissa Mazzitelli at (954) 616-4404 or at the email address above. This Consent to Sue is not valid and effective until you have received a receipt from Mathis Law Group indicating that it has been filed. If you have not received a receipt within three (3) weeks of your transmission of the form to us, you must contact the firm by phone at (954) 616-4404.