# Exhibit I

# Exhibit I-1

| | |
|---|---|
| **From:** | Toni Weirauch <TWeirauch@grcrisksolutions.com> |
| **Sent:** | Sunday, November 26, 2017 3:29 PM |
| **To:** | rkim@apple-bank.com |
| **Cc:** | sfoo@apple-bank.com; 'Michael E. Rokos'; Willian Cox; fcanela@apple-bank.com; wcarr@apple-bank.com; Whitney Rolle; Deepa Keswani Teckchandani; Edward Sulca |
| **Subject:** | Systems Access |

Good afternoon,

We are requesting systems access for the following consultants:  (mirror Dianne Phillips)

1.   Dustin Pinkerton (11/27/2017)  73rd St
2.   Jennifer Tang (11/29/2017)  73rd St

They need access to the following:  (S1, ODIN, GRC Check POD Retrieval, ImageChex, Cypress, Adobe access, BAM).  They also need a LAN user name and password as well as an Apple email address.

Please also grant them access to the F Drive and  full access to their investigator folders (created using last name) in the F Drive.  We also need their email addresses added to the GRCLookbackTeam@apple-bank.com distribution list.

Thank you for your assistance,

Toni Weirauch
Team Lead
615-473-7580

GRC Risk Solutions DISCLAIMER: This message (including any attachments) contains confidential information and is intended only for the individual(s) addressed in the message. If you are not the named addressee, you should not disseminate, distribute, or copy this e-mail. If you are not the intended recipient, you are notified that disclosing, distributing, or copying this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your computer or device.

# Exhibit I-2

| From: | Deepa Keswani Teckchandani <DKeswani@grcrisksolutions.com> on behalf of Deepa Keswani Teckchandani <DKeswani@grcrisksolutions.com> <DKeswani@grcrisksolutions.com> |
|---|---|
| Sent: | Monday, November 27, 2017 6:48 PM |
| To: | Ryan Kim |
| Cc: | sfoo; mrokos@apple-bank.com; Toni Weirauch |
| Subject: | FW: systems access |

Hi Ryan,

A quick recap on where we stand with systems access for our recent new joiners:

1. James Trudden – started 11/21, has BAM access but no other systems access yet
2. Suren Thapa – started 11/20, does not have BAM but has access to other systems yet
3. Tim Freeman – started 11/20, doesn't have any systems access yet

FYI, we sent requests on 11/22 for the new joiners who started today and don't have any systems access so far:

1. Adam Furlough
2. Amelia Ferrari
3. Lisa Guercio
4. Pamela Andrews

We informed you about the following only yesterday:

1. Dustin Pinkerton (started 11/27)
2. Jennifer Tang (starting 11/29)

I'd appreciate your support in getting the access resolved as soon as possible.

Thank you,

Deepa

Begin forwarded message:

> **From:** Ryan Kim <rkim@apple-bank.com>
> **Date:** November 21, 2017 at 9:33:29 AM EST
> **To:** 'Brittany Johnson' <bjohnson@apple-bank.com>, 'Felicia Reback' <freback@apple-bank.com>, 'Deepa Keswani Teckchandani' <DKeswani@grcrisksolutions.com>
> **Cc:** 'Joe Rinaldi' <jrinaldi@apple-bank.com>, 'Troy Thomas' <tthomas@apple-bank.com>, 'Systems_and_Standards GROUP' <sands@apple-bank.com>
> **Subject: RE: systems access**
>
> Brittany,

As indicated in my previous email, the approvals can only come from an Apple Bank officer (VP or above). Please ensure that this guideline is strictly adhered to going forward. As for the ticket that has already been created, please take this email as an approval to onboard.

Thank you.

*Cordially,*

**Ryan Kim, CAMS**
**Vice President**
**BSA Manager**
**Financial Intelligence Unit**
Apple Bank for Savings
250 West 23rd Street | New York, NY 10011
Tel: 917.675.7883 | Fax: 212.414.2630

**From:** Brittany Johnson [mailto:bjohnson@apple-bank.com]
**Sent:** Tuesday, November 21, 2017 8:59 AM
**To:** 'Ryan Kim' <rkim@apple-bank.com>; 'Felicia Reback' <freback@apple-bank.com>; 'Deepa Keswani Teckchandani' <DKeswani@grcrisksolutions.com>
**Cc:** Joe Rinaldi <jrinaldi@apple-bank.com>; 'Troy Thomas' <tthomas@apple-bank.com>; Systems_and_Standards GROUP <sands@apple-bank.com>
**Subject:** Re: systems access

Good Morning,

We have received Help desk ticket **#80010 from** Toni Weirauch. In regards to Ryan response yesterday in reference to Consultant onboarding, could either Felicia or Deepa update the ticket approving the request.
Please be mindful that consultants will not receive access unless requested by authorized personnel.

On 11/20/2017 9:21 AM, Joe Rinaldi wrote:

> Thank you Ryan – I will forward this to Systems for access as well.
>
> Joe Rinaldi, Technical Support Team
> Apple Bank for Savings
> 1075 Central Park Avenue
> Scarsdale, NY 10583
> (914) 721-2189 Voice



This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

2

**From:** Ryan Kim [mailto:rkim@apple-bank.com]
**Sent:** Monday, November 20, 2017 9:18 AM
**To:** 'Joe Rinaldi'
**Cc:** 'Troy Thomas'; 'Felicia Reback'; 'Deepa Keswani Teckchandani'
**Subject:** RE: systems access

Hi Joe,

As indicated in my previous email, all systems access requests (onboarding or revoke) should come from one of the managers in BSA (Ryan Kim, Michelle Murtagh, Mike Rokos). While the consultants can open tickets for any technical issues, they are not authorized to do the aforementioned. With that being said, please take this email as an approval for the below two tickets.

Felicia/Deepa – please ensure that the bank's protocol is strictly adhered to going forward.

Thank you.

*Cordially,*

**Ryan Kim, CAMS**
**Vice President**
**BSA Manager**
**Financial Intelligence Unit**
Apple Bank for Savings
250 West 23rd Street | New York, NY 10011
Tel: 917.675.7883 | Fax: 212.414.2630

**From:** Joe Rinaldi [mailto:jrinaldi@apple-bank.com]
**Sent:** Monday, November 20, 2017 7:54 AM
**To:** 'Ryan Kim' <rkim@apple-bank.com>
**Cc:** 'Troy Thomas' <tthomas@apple-bank.com>
**Subject:** RE: systems access

Good morning Ryan,

No, there has not been any changes in the process and I apologize for the mix-up – I saw a GRC ticket for an oncoming consultant and I wanted to perform the LAN administration part ASAP to avoid any delay.

Ticket # 79910 is still in the Systems queue and Systems handles the actual email creation and access to S1.

Please let us know who will be the authorized originators of tickets so we know it has your approval.

Also, if you could please communicate to the other team leaders (Ricardo and Toni at this point and future team leaders) that they are not to originate these types of tickets, this will avoid any further confusion.

Please note the following tickets have been created by Toni Weirauch, another Team Leader over the weekend:

http://applenet/helpdesk/79927 - Toni - Request access for **Suren Thapa**

3

http://applenet/helpdesk/79929 - Toni - Request to deactivate access for **Chuck Humblias**

Thanks and have a great day!

Joe Rinaldi, Technical Support Team
Apple Bank for Savings
1075 Central Park Avenue
Scarsdale, NY 10583
(914) 721-2189 Voice



This email may contain confidential and privileged material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient please contact the sender and delete all copies.

**From:** Ryan Kim [mailto:rkim@apple-bank.com]
**Sent:** Friday, November 17, 2017 5:39 PM
**To:** 'Joe Rinaldi'
**Cc:** Troy Thomas
**Subject:** RE: systems access
**Importance:** High

Joe/Troy,

It has been communicated to us in the past that all systems access must come from managers (VP or above); however, I see that ticket #79910, created by a GRC consultant, is being processed without any issues. Can you please confirm if there has been a process change that I'm not aware of?

Thank you.

*Cordially,*

**Ryan Kim, CAMS**
**Vice President**
**BSA Manager**
**Financial Intelligence Unit**
Apple Bank for Savings
250 West 23rd Street | New York, NY 10011
Tel: 917.675.7883 | Fax: 212.414.2630

**From:** Felicia Reback [mailto:freback@apple-bank.com]
**Sent:** Friday, November 17, 2017 4:35 PM
**To:** Ryan Kim <rkim@apple-bank.com>
**Cc:** Joe Rinaldi <jrinaldi@apple-bank.com>
**Subject:** systems access

Ryan,

We have two additional consultants starting on Monday:
1. Tim Freeman
2. Suren Thapa


One of our team leads put in a ticket for Tim Freeman (ticket #79910). The TL did not know we need to go through FIU for systems access.

I have copied Joe Rinaldi on this email.
Please let me know if we should have the ticket revoked and if you can request systems access for these two new consultants to mirror Dianne Phillips.


Systems: (S1, ODIN, GRC Check POD Retrieval, ImageChex, Cypress, Adobe access)
F Drive: access to their subfolders (created using last name ) in the F Drive Investigator folder.
Email List: email addresses added to the GRCLookbackTeam@apple-bank.com distribution list.
BAM: BAM and BAM plus access.


Felicia Reback
Project Manager
GRC Risk Solutions
917.687.9321


--
Brittany Johnson
System Coordinator
Apple Bank for Savings
(212)224-6430

GRC Risk Solutions DISCLAIMER: This message (including any attachments) contains confidential information and is intended only for the individual(s) addressed in the message. If you are not the named addressee, you should not disseminate, distribute, or copy this e-mail. If you are not the intended recipient, you are notified that disclosing, distributing, or copying this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your computer or device.

# Exhibit I-3

| | |
|---|---|
| **From:** | Toni Weirauch <TWeirauch@grcrisksolutions.com> on behalf of Toni Weirauch <TWeirauch@grcrisksolutions.com> <TWeirauch@grcrisksolutions.com> |
| **Sent:** | Thursday, June 21, 2018 10:14 AM |
| **To:** | Ryan Kim |
| **Cc:** | Willian Cox; 'Michael E. Rokos'; Shannon Hodges |
| **Subject:** | New GRC Contractors |
| **Attachments:** | Onboard Form_Berkson.docx; AUP_Berkson.pdf; Onboard Form_Guercio.docx; AUP_Guercio.pdf |

Good morning Ryan,

Attached please find forms for 2 new people to the project.

Thanks
Toni

GRC Risk Solutions DISCLAIMER: This message (including any attachments) contains confidential information and is intended only for the individual(s) addressed in the message. If you are not the named addressee, you should not disseminate, distribute, or copy this e-mail. If you are not the intended recipient, you are notified that disclosing, distributing, or copying this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your computer or device.



# Consultant/Temp Onboarding Form

Consultant/Temp Name: David Berkson

Location: <u>73rd Street</u>

Assignment Start Date: 06/26/2018

Assignment End Date: 09/30/18/

Department Head/ Manager: <u>Mike Rokos</u>

Approved By: _____

| | |
|---|---|
| GRC Consultant ☒ | Temp ☐ |
| Protiviti Consultant ☐ | Other ☐ |
| Banker's Toolbox ☐ | |

Signature: _____

Date:    /    /

***All Consultants and Temporary Users are required to sign the Acceptable Use Policy. If the Policy is not signed, access to Apple Bank applications will not be granted.***

Communication:

Internet Access          External Email
☒                        ☒

- Add Consultant/Temp's Name to Any Email Group List, Distribution List.
    - GRCLookbackTeam@Apple-bank.com
    -

Hardware Request:
- Is there an existing computer for the Consultant/Temp to use?  Yes ☒   No ☐
- Is remote access required?  Yes ☐   No ☒

Document Management/Reporting:

| ODIN | Fortis | Cypress | Docuview | Image Check Express | Dept. Shared Drive Access |
|---|---|---|---|---|---|
| ☒ | ☒ | ☒ | ☒ | ☒ | ☒ |

**Use the space provided below to request any necessary software and/or equipment that are not listed above.**

| ☐ <u>BAM and BAM+</u> | <u>Check POD Retrieval and GRC Check POD</u> |
|---|---|
| ☐ <u>Folder Access F Drive (mirror Roman Kucherak</u> | <u>Cypress Check</u> |

***For Human Resources Use Only:***

Apple
Bank
for Savings

*Approved By:* _____     *Date:* ____/____/____

|  | **Acceptable Use Policy** |
|---|---|
| | **CONFIDENTIAL** |

### 1.0 Overview

The most common reasons to provide an user access to the Bank information technology resources is for granting access to employees for the performance of their job functions. This access carries certain responsibilities and obligations as to what constitutes acceptable use of the Bank information technology resources.

The intent of this policy is not to impose restrictions but to provide protection of the Bank, its affiliates, officers, employees, consultants and vendors from illegal or damaging actions by individuals, either intentional or not intentional.

Security of the Bank's information technology resources is a team effort involving the participation and support of every Apple Bank user.     It is the responsibility of every computer user to know these guidelines, and to conduct their activities accordingly.

Any questions on what constitutes acceptable use should be directed to the user's immediate supervisor/manager.

### 2.0 Purpose

The purpose of this policy is to provide guidelines for the acceptable use of Apple Bank information technology resources.   These guidelines are in place to protect all parties involved.   Inappropriate use of Bank information technology resources exposes the Bank to potential risks including virus attacks, compromise of network systems and services and legal issues.

### 3.0 Scope

This policy applies to the use of Bank information technology resources to conduct Apple Bank business or interact with internal networks and business systems, whether owned or leased by Apple Bank, the employee, or a third party.

This policy applies to employees, contractors, consultants, temporaries, and other workers at Apple Bank, including all personnel affiliated with third parties. This policy applies to all equipment that is owned or leased by Apple Bank.



| | Acceptable Use Policy |
|---|---|
| | **CONFIDENTIAL** |

### 4.0 Policy

### 4.1 General Use

All users of Bank information technology resources must comply with Bank policies, standards, procedures, and guidelines, as well as any applicable Federal, State and local laws, including intellectual property rights, laws governing trademarks, copyrights, trade secrets as well as the particular requirements of the applicable licensing agreements.

While Bank's network administration desires to provide a reasonable level of privacy, users should be aware that anything created on Bank information technology resources remains the property of Apple Bank. Because of the need to protect Apple Bank network, management cannot guarantee the confidentiality of information stored on any of Bank information technology resources.

Periodic monitoring and reviews may be conducted of all Bank information technology resources, including but not limited to all computer files and all forms of electronic communication, including e-mail.

You may access, use or share Apple Bank sensitive information only to the extent it is authorized and necessary to fulfill your job responsibilities.

Users accessing Bank information technology resources and/or applications through the use of personal devices must only do so with prior approval from the Chief Technology Officer and the Chief Information Security Officer.

### 4.2 Security

Individual accountability is required when accessing all Bank information technology resources. Each individual is responsible for protecting his or her available resources against unauthorized activities performed under their user account.

All PCs, workstations and servers should be secured when left unattended for extended period of time or at the end of the day. This can be accomplished by a password-protected screensaver, logging-off (control-alt-delete) or shutting down.

Keep passwords secure and do not share user accounts. Users are responsible for the security of their passwords and accounts; they must be treated as strictly confidential information and must not be disclosed or shared.

|  **Apple Bank** for Savings<br>Member FDIC | **Acceptable Use Policy** |
| --- | --- |
| | **CONFIDENTIAL** |

The Bank may impose restrictions, at the discretion of senior management, on the use of a particular information technology resource. The Bank may block access to certain websites or services not serving legitimate business purposes or may restrict users' ability to attach devices to the Bank's information technology resources (e.g., external storage devices, external hard drives).

All users have a responsibility for protecting sensitive information from unauthorized use or disclosure and observing authorized levels of access and utilizing only approved information technology devices or services.

Avoid transmission of sensitive information.  If it is necessary to transmit sensitive information, employees are required to take steps reasonably intended to ensure that information is encrypted and is securely delivered to the proper person who is authorized to receive such information for a legitimate use.

### 4.3 Unacceptable Use

The following actions shall constitute unacceptable use of the Bank information technology resources. Some employees may be exempted from these restrictions during the course of their legitimate job responsibilities (systems administration tasks, security investigations, etc.).

This list is not exhaustive, but is included to provide a frame of reference for types of activities that are deemed unacceptable.

- Copying, storing and/or transferring any Bank related information by any means that is not expressly authorized herein.
- Distributing, transmitting, posting, or storing any electronic communications, material or correspondence that is threatening, obscene, harassing, pornographic, offensive, defamatory, discriminatory, inflammatory, illegal, or intentionally false or inaccurate.
- Copying of copyrighted material including, but not limited to, digitization and distribution of photographs from magazines, books or other copyrighted sources, copyrighted music, and the installation of any copyrighted software for which Apple Bank or the end user does not have an active license.
- Accessing data, a server or an account for any purpose other than conducting Bank business, even if you have authorized access.
- Connecting non-bank provided equipment/devices to the Bank network or any Bank information technology resource.
- Connecting Bank information technology resources to unauthorized networks.
- Connecting to any wireless network while physically connected to a Bank network.



| | **Acceptable Use Policy** |
| --- | --- |
| for Savings<br>Member FDIC | **CONFIDENTIAL** |

- Connecting to commercial e-mail systems (e.g., Gmail, Windows Live, etc.) without prior management approval (There is an inherent risk in using commercial e-mail services as e-mail is often used to distribute malware).
- Installing, downloading, or running software or code that has not been supplied by the Bank and/or approved by the Bank.
- Installing or distributing unlicensed or "pirated" software.
- Revealing passwords or providing unauthorized third parties, including family and friends, access to the Bank information technology resources or facilities.
- Excessive use of Bank bandwidth or other computer resources. Large file downloads or other bandwidth-intensive tasks that may degrade network capacity or performance must be performed during times of low bank-wide usage.
- Purporting to represent Apple Bank in matters unrelated to official authorized job duties or responsibilities.
- Using Bank information technology resources to circulate unauthorized solicitations or advertisements for non-bank purposes including religious, political, or not-for-profit entities.
- Propagating chain letters, fraudulent mass mailings, spam, or other types of undesirable and unwanted email content using Bank information technology resources.
- Using Bank information technology resources for commercial or personal purposes, in support of "for-profit" activities or in support of other outside employment or business activity (e.g., consulting for pay, business transactions);
- Executing any form of network monitoring which will intercept data not intended for the employee's host, unless this activity is a part of the employee's normal job/duty.
- Using Bank information technology resources to circumvent any security systems, authentication systems, user-based systems, or escalating privileges is expressly prohibited. Knowingly tampering, disengaging or otherwise circumventing Apple Bank or third-party IT security controls.
- Using Bank information technology resources for instant Messaging, peer to peer file sharing and streaming media.

### 4.4 E-Mail

Users need to exercise common sense when sending or receiving e-mail from the Bank e-mail accounts. Users need to recognize that e-mails sent from a Bank e-mail account reflects on the Bank and, as such, e-mail must be used with professionalism and courtesy.

Users must use extreme caution when opening e-mail attachments received from unknown senders, these attachments may contain viruses, malware, Trojan horse code, etc.



| | **Acceptable Use Policy** |
|---|---|
| | **CONFIDENTIAL** |

In addition to the prohibited actions set forth as "Unacceptable Use" at section 4.3, above, the following actions are also prohibited:

- E-mailing any Bank related "sensitive" information over any channel not encrypted.
- E-mailing any Bank related information to your home or any third party or person not authorized to access such information.
- Sending unsolicited e-mail messages, including the sending of "junk mail" or other advertising material to individuals who did not specifically request such material (e-mail spam).
- Any form of harassment whether through language, frequency, or size of messages.
- Unauthorized use, or forging, of e-mail header information.
- Solicitation of e-mail for any other e-mail address, other than that of the poster's account, with the intent to harass or to collect replies.
- Creating or forwarding "chain letters", "Ponzi" or other "pyramid" schemes of any type.
- Use of unsolicited e-mail originating from within Bank's networks of other Internet/Intranet/Extranet service providers on behalf of, or to advertise, any service hosted by Bank or connected via Bank's network.
- Posting the same or similar non-business-related messages to large numbers of newsgroups (newsgroup spam).

### 4.5 Social Media

Apple Bank reserves the right to establish corporate presences in its name on any other social media site. Marketing and Executive Management will determine when and if such presences are in the interest of the Bank. Marketing is the only group authorized to create these presences.

Employees who create a personal presence within a social media site and who choose to identify themselves as an Apple Bank employee must act in accordance with the Bank's web guidelines as follows:

Engage in Good Web Communication Practices. When communicating with others through social media sites, Apple Bank employees who identify themselves as such must maintain the same standards of professionalism and accuracy as they would in a person- to-person meeting at a bank office or a telephone conversation with a customer or prospect. Employees must not post derogatory, profane or defaming comments or opinions about the Bank or other Bank employees. Employees should avoid unprofessional slang, communicate clearly, and avoid opinions about, or links to sites discussing religion, politics or other controversial topics

|  | **Acceptable Use Policy** |
|---|---|
| | **CONFIDENTIAL** |

Refer product and service questions to the Bank's website www.applebank.com and refer new media and other questions to Marketing.

### 4.6 Personal Usage

Personal usage of Bank information technology resources is permitted as long as such usage follows pertinent guidelines elsewhere in this document and does not have a detrimental effect on the Bank or on the user's job performance.

Users should be guided by department policies on personal use and for exercising good judgment regarding the reasonableness of personal use. If you are unclear about the acceptable "personal" use of Bank information technology resources, consult your immediate supervisor/manager.

### 4.7 Remote Desktop Access

Use of remote desktop software and/or services is allowable as long as it is provided by the Bank.

For more detail information, refer to the Apple Bank's Remote Access Policy.

### 4.8 Reporting of Security Incident

If a security incident or breach of any security policies is discovered or suspected, the user must immediately notify his or her supervisor/manager. For more detail information, refer to the Apple Bank's Incident Response Plan. Some examples of incidents that require notification include:

- Suspected compromise of login credentials (username, password, etc.).
- Suspected virus/malware/ransomware.
- Loss or theft of any device that contains Bank information.
- Loss or theft of ID card or keycard/keydevice.
- Any attempt by any person to obtain a user's password over the telephone or by e-mail.
- Any other suspicious event that may impact the Bank's information security.



| | **Acceptable Use Policy** |
|---|---|
| | **CONFIDENTIAL** |

### 4.9 Applicability of Other Policies

This document is part of the Bank's cohesive set of security policies. Other policies may apply to the topics covered in this document and as such the applicable policies should be reviewed as needed.

### 5.0 Compliance

The Chief Information Security Officer (CISO) will verify compliance to this policy through various methods, including but not limited to, business tool reports, internal and external audits, and feedback to the policy owner.

Any exception to the policy must be approved by the Chief Information Security Officer/designated individual in advance.

An employee found to have violated this policy may be subject to disciplinary action, up to and including termination of employment.

### 6.0 Definitions of Key Terms

**Information Technology Resources** - Equipment or services used to input, store, process, transmit, and output information, including, but not limited to, desktops, laptops, mobile devices, servers, telephones, fax machines, copiers, printers, Internet, e-mail, and social media sites.

**Instant Messaging** - is a type of online chat that offers real-time text transmission over the Internet.

**Peer-to-Peer (P2P) File Sharing** - A distributed network of users who share files by directly connecting to the users' computers over the Internet rather than through a central server.

**Sensitive information** - Information that is of the most utmost corporate sensitivity, intended exclusively for executive level distribution and/or is considered critical to the organization's on-going operations and could seriously impedes the Bank if made public or shared internally. This could include information on pending mergers, acquisitions, product development or investment strategies, business plans, accounting information, network information, customer information protected by state laws, federal regulations (e.g., Gramm-Leach- Bliley), statutes, executive orders and information protected by Bank policy or contracts.

Customer information would include a customer's name, address, or telephone number, in conjunction with the customer's social security number, driver's license number, account number, credit or debit card number, or a personal identification number or password that



| | Acceptable Use Policy |
|---|---|
| | **CONFIDENTIAL** |

would permit access to the customer's account. Credential or session information that can be used to access this information would also be included.

**Streaming Media** - is multimedia that is constantly received by and presented to an end-user while being delivered by a provider, typically audio and/or video. The user can start playing a clip before the entire download has completed.

### 7.0 User Agreement *(to be signed by user)*

- I have read and understand the Acceptable Use Policy.

- I am aware that anything created using Apple Bank information technology resources is and shall remain the sole property of Apple Bank.

- I am aware periodic monitoring and reviews of Apple Bank information technology resources may be conducted, including but not limited to analyses of all my computer files and electronic communications, in any form, including my e-mail account(s).

- I acknowledge that I have no reasonable expectation as to individual privacy or confidentiality with regard to any and all of the Apple Bank information technology resources that I use or to which I have access, now or hereafter.

- I will access, use or share Apple Bank sensitive/confidential information only to the extent it is expressly authorized by the Bank and necessary to fulfill my job responsibilities, on a need to know basis.

- I understand that upon any violation of this Acceptable Use policy I may be subject to disciplinary action by the Bank, up to and including termination of employment.

- By signing below, I consent and agreeing to the conditions of the Acceptable Use Policy for Apple Bank.

DAVID BERKSON

User Name (print)

GRC

Company Name (print)

x _David Berkson_

User Signature

6/20/2018

Date



# Consultant/Temp Onboarding Form

Consultant/Temp Name: Lisa Guercio                    Location: <u>73rd Street</u>

Assignment Start Date: 06/26/2018                    Assignment End Date: 09/30/18/

| | | | |
|---|---|---|---|
| GRC Consultant | ☒ | Temp | ☐ |
| Protiviti Consultant | ☐ | Other | ☐ |
| Banker's Toolbox | ☐ | | |

Department Head/ Manager: <u>Mike Rokos</u>

Approved By: _____

Signature: _____        Date:     /     /

*All Consultants and Temporary Users are required to sign the Acceptable Use Policy. If the Policy is not signed, access to Apple Bank applications will not be granted.*

**Communication:**

Internet Access          External Email
☒                        ☒

- Add Consultant/Temp's Name to Any Email Group List, Distribution List.
  - GRCLookbackTeam@Apple-bank.com
  - 

**Hardware Request:**
- Is there an existing computer for the Consultant/Temp to use?  Yes☒    No ☐
- Is remote access required?  Yes☐    No ☒

**Document Management/Reporting:**

| ODIN | Fortis | Cypress | Docuview | Image Check Express | Dept. Shared Drive Access |
|---|---|---|---|---|---|
| ☒ | ☒ | ☒ | ☒ | ☒ | ☒ |

**Use the space provided below to request any necessary software and/or equipment that are not listed above.**

☐  <u>BAM and BAM+</u>                    <u>Check POD Retrieval and GRC Check POD</u>

☐  <u>Folder Access F Drive (mirror Roman Kucherak</u>      <u>Cypress Check</u>

*For Human Resources Use Only:*

Apple
Bank
for Savings

*Approved By:* _____          *Date:* ___/___/___



| | **Acceptable Use Policy** |
| --- | --- |
| | **CONFIDENTIAL** |

## 1.0 Overview

The most common reasons to provide an user access to the Bank information technology resources is for granting access to employees for the performance of their job functions. This access carries certain responsibilities and obligations as to what constitutes acceptable use of the Bank information technology resources.

The intent of this policy is not to impose restrictions but to provide protection of the Bank, its affiliates, officers, employees, consultants and vendors from illegal or damaging actions by individuals, either intentional or not intentional.

Security of the Bank's information technology resources is a team effort involving the participation and support of every Apple Bank user.     It is the responsibility of every computer user to know these guidelines, and to conduct their activities accordingly.

Any questions on what constitutes acceptable use should be directed to the user's immediate supervisor/manager.

## 2.0 Purpose

The purpose of this policy is to provide guidelines for the acceptable use of Apple Bank information technology resources.   These guidelines are in place to protect all parties involved.   Inappropriate use of Bank information technology resources exposes the Bank to potential risks including virus attacks, compromise of network systems and services and legal issues.

## 3.0 Scope

This policy applies to the use of Bank information technology resources to conduct Apple Bank business or interact with internal networks and business systems, whether owned or leased by Apple Bank, the employee, or a third party.

This policy applies to employees, contractors, consultants, temporaries, and other workers at Apple Bank, including all personnel affiliated with third parties. This policy applies to all equipment that is owned or leased by Apple Bank.



| | Acceptable Use Policy |
|---|---|
| | **CONFIDENTIAL** |

## 4.0 Policy

### 4.1 General Use

All users of Bank information technology resources must comply with Bank policies, standards, procedures, and guidelines, as well as any applicable Federal, State and local laws, including intellectual property rights, laws governing trademarks, copyrights, trade secrets as well as the particular requirements of the applicable licensing agreements.

While Bank's network administration desires to provide a reasonable level of privacy, users should be aware that anything created on Bank information technology resources remains the property of Apple Bank. Because of the need to protect Apple Bank network, management cannot guarantee the confidentiality of information stored on any of Bank information technology resources.

Periodic monitoring and reviews may be conducted of all Bank information technology resources, including but not limited to all computer files and all forms of electronic communication, including e-mail.

You may access, use or share Apple Bank sensitive information only to the extent it is authorized and necessary to fulfill your job responsibilities.

Users accessing Bank information technology resources and/or applications through the use of personal devices must only do so with prior approval from the Chief Technology Officer and the Chief Information Security Officer.

### 4.2 Security

Individual accountability is required when accessing all Bank information technology resources. Each individual is responsible for protecting his or her available resources against unauthorized activities performed under their user account.

All PCs, workstations and servers should be secured when left unattended for extended period of time or at the end of the day. This can be accomplished by a password-protected screensaver, logging-off (control-alt-delete) or shutting down.

Keep passwords secure and do not share user accounts. Users are responsible for the security of their passwords and accounts; they must be treated as strictly confidential information and must not be disclosed or shared.



| | Acceptable Use Policy |
|---|---|
| | CONFIDENTIAL |

The Bank may impose restrictions, at the discretion of senior management, on the use of a particular information technology resource. The Bank may block access to certain websites or services not serving legitimate business purposes or may restrict users' ability to attach devices to the Bank's information technology resources (e.g., external storage devices, external hard drives).

All users have a responsibility for protecting sensitive information from unauthorized use or disclosure and observing authorized levels of access and utilizing only approved information technology devices or services.

Avoid transmission of sensitive information.   If it is necessary to transmit sensitive information, employees are required to take steps reasonably intended to ensure that information is encrypted and is securely delivered to the proper person who is authorized to receive such information for a legitimate use.

### 4.3 Unacceptable Use

The following actions shall constitute unacceptable use of the Bank information technology resources. Some employees may be exempted from these restrictions during the course of their legitimate job responsibilities (systems administration tasks, security investigations, etc.).

This list is not exhaustive, but is included to provide a frame of reference for types of activities that are deemed unacceptable.

- Copying, storing and/or transferring any Bank related information by any means that is not expressly authorized herein.
- Distributing, transmitting, posting, or storing any electronic communications, material or correspondence that is threatening, obscene, harassing, pornographic, offensive, defamatory, discriminatory, inflammatory, illegal, or intentionally false or inaccurate.
- Copying of copyrighted material including, but not limited to, digitization and distribution of photographs from magazines, books or other copyrighted sources, copyrighted music, and the installation of any copyrighted software for which Apple Bank or the end user does not have an active license.
- Accessing data, a server or an account for any purpose other than conducting Bank business, even if you have authorized access.
- Connecting non-bank provided equipment/devices to the Bank network or any Bank information technology resource.
- Connecting Bank information technology resources to unauthorized networks.
- Connecting to any wireless network while physically connected to a Bank network.



| Apple Bank for Savings Member FDIC | **Acceptable Use Policy** |
|---|---|
| | **CONFIDENTIAL** |

- Connecting to commercial e-mail systems (e.g., Gmail, Windows Live, etc.) without prior management approval (There is an inherent risk in using commercial e-mail services as e-mail is often used to distribute malware).
- Installing, downloading, or running software or code that has not been supplied by the Bank and/or approved by the Bank.
- Installing or distributing unlicensed or "pirated" software.
- Revealing passwords or providing unauthorized third parties, including family and friends, access to the Bank information technology resources or facilities.
- Excessive use of Bank bandwidth or other computer resources. Large file downloads or other bandwidth-intensive tasks that may degrade network capacity or performance must be performed during times of low bank-wide usage.
- Purporting to represent Apple Bank in matters unrelated to official authorized job duties or responsibilities.
- Using Bank information technology resources to circulate unauthorized solicitations or advertisements for non-bank purposes including religious, political, or not-for-profit entities.
- Propagating chain letters, fraudulent mass mailings, spam, or other types of undesirable and unwanted email content using Bank information technology resources.
- Using Bank information technology resources for commercial or personal purposes, in support of "for-profit" activities or in support of other outside employment or business activity (e.g., consulting for pay, business transactions);
- Executing any form of network monitoring which will intercept data not intended for the employee's host, unless this activity is a part of the employee's normal job/duty.
- Using Bank information technology resources to circumvent any security systems, authentication systems, user-based systems, or escalating privileges is expressly prohibited. Knowingly tampering, disengaging or otherwise circumventing Apple Bank or third-party IT security controls.
- Using Bank information technology resources for instant Messaging, peer to peer file sharing and streaming media.

### 4.4 E-Mail

Users need to exercise common sense when sending or receiving e-mail from the Bank e-mail accounts. Users need to recognize that e-mails sent from a Bank e-mail account reflects on the Bank and, as such, e-mail must be used with professionalism and courtesy.

Users must use extreme caution when opening e-mail attachments received from unknown senders, these attachments may contain viruses, malware, Trojan horse code, etc.



| | **Acceptable Use Policy** |
|---|---|
| | **CONFIDENTIAL** |

In addition to the prohibited actions set forth as "Unacceptable Use" at section 4.3, above, the following actions are also prohibited:

- E-mailing any Bank related "sensitive" information over any channel not encrypted.
- E-mailing any Bank related information to your home or any third party or person not authorized to access such information.
- Sending unsolicited e-mail messages, including the sending of "junk mail" or other advertising material to individuals who did not specifically request such material (e-mail spam).
- Any form of harassment whether through language, frequency, or size of messages.
- Unauthorized use, or forging, of e-mail header information.
- Solicitation of e-mail for any other e-mail address, other than that of the poster's account, with the intent to harass or to collect replies.
- Creating or forwarding "chain letters", "Ponzi" or other "pyramid" schemes of any type.
- Use of unsolicited e-mail originating from within Bank's networks of other Internet/Intranet/Extranet service providers on behalf of, or to advertise, any service hosted by Bank or connected via Bank's network.
- Posting the same or similar non-business-related messages to large numbers of newsgroups (newsgroup spam).

*4.5 Social Media*

Apple Bank reserves the right to establish corporate presences in its name on any other social media site. Marketing and Executive Management will determine when and if such presences are in the interest of the Bank. Marketing is the only group authorized to create these presences.

Employees who create a personal presence within a social media site and who choose to identify themselves as an Apple Bank employee must act in accordance with the Bank's web guidelines as follows:

Engage in Good Web Communication Practices. When communicating with others through social media sites, Apple Bank employees who identify themselves as such must maintain the same standards of professionalism and accuracy as they would in a person- to-person meeting at a bank office or a telephone conversation with a customer or prospect. Employees must not post derogatory, profane or defaming comments or opinions about the Bank or other Bank employees. Employees should avoid unprofessional slang, communicate clearly, and avoid opinions about, or links to sites discussing religion, politics or other controversial topics



| | **Acceptable Use Policy** |
|---|---|
| | **CONFIDENTIAL** |

Refer product and service questions to the Bank's website www.applebank.com and refer new media and other questions to Marketing.

### 4.6 Personal Usage

Personal usage of Bank information technology resources is permitted as long as such usage follows pertinent guidelines elsewhere in this document and does not have a detrimental effect on the Bank or on the user's job performance.

Users should be guided by department policies on personal use and for exercising good judgment regarding the reasonableness of personal use. If you are unclear about the acceptable "personal" use of Bank information technology resources, consult your immediate supervisor/manager.

### 4.7 Remote Desktop Access

Use of remote desktop software and/or services is allowable as long as it is provided by the Bank.

For more detail information, refer to the Apple Bank's Remote Access Policy.

### 4.8 Reporting of Security Incident

If a security incident or breach of any security policies is discovered or suspected, the user must immediately notify his or her supervisor/manager. For more detail information, refer to the Apple Bank's Incident Response Plan. Some examples of incidents that require notification include:

- Suspected compromise of login credentials (username, password, etc.).
- Suspected virus/malware/ransomware.
- Loss or theft of any device that contains Bank information.
- Loss or theft of ID card or keycard/keydevice.
- Any attempt by any person to obtain a user's password over the telephone or by e-mail.
- Any other suspicious event that may impact the Bank's information security.



| | |
|---|---|
| | **Acceptable Use Policy** |
| | **CONFIDENTIAL** |

### 4.9 Applicability of Other Policies

This document is part of the Bank's cohesive set of security policies. Other policies may apply to the topics covered in this document and as such the applicable policies should be reviewed as needed.

### 5.0 Compliance

The Chief Information Security Officer (CISO) will verify compliance to this policy through various methods, including but not limited to, business tool reports, internal and external audits, and feedback to the policy owner.

Any exception to the policy must be approved by the Chief Information Security Officer/designated individual in advance.

An employee found to have violated this policy may be subject to disciplinary action, up to and including termination of employment.

### 6.0 Definitions of Key Terms

**Information Technology Resources** - Equipment or services used to input, store, process, transmit, and output information, including, but not limited to, desktops, laptops, mobile devices, servers, telephones, fax machines, copiers, printers, Internet, e-mail, and social media sites.

**Instant Messaging** - is a type of online chat that offers real-time text transmission over the Internet.

**Peer-to-Peer (P2P) File Sharing** - A distributed network of users who share files by directly connecting to the users' computers over the Internet rather than through a central server.

Sensitive information - Information that is of the most utmost corporate sensitivity, intended exclusively for executive level distribution and/or is considered critical to the organization's on-going operations and could seriously impedes the Bank if made public or shared internally. This could include information on pending mergers, acquisitions, product development or investment strategies, business plans, accounting information, network information, customer information protected by state laws, federal regulations (e.g., Gramm-Leach- Bliley), statutes, executive orders and information protected by Bank policy or contracts.

Customer information would include a customer's name, address, or telephone number, in conjunction with the customer's social security number, driver's license number, account number, credit or debit card number, or a personal identification number or password that

|  Apple Bank for Savings Member FDIC | **Acceptable Use Policy** |
| --- | --- |
| | **CONFIDENTIAL** |

would permit access to the customer's account. Credential or session information that can be used to access this information would also be included.

**Streaming Media** - is multimedia that is constantly received by and presented to an end-user while being delivered by a provider, typically audio and/or video. The user can start playing a clip before the entire download has completed.

### 7.0 User Agreement *(to be signed by user)*

- I have read and understand the Acceptable Use Policy.

- I am aware that anything created using Apple Bank information technology resources is and shall remain the sole property of Apple Bank.

- I am aware periodic monitoring and reviews of Apple Bank information technology resources may be conducted, including but not limited to analyses of all my computer files and electronic communications, in any form, including my e-mail account(s).

- I acknowledge that I have no reasonable expectation as to individual privacy or confidentiality with regard to any and all of the Apple Bank information technology resources that I use or to which I have access, now or hereafter.

- I will access, use or share Apple Bank sensitive/confidential information only to the extent it is expressly authorized by the Bank and necessary to fulfill my job responsibilities, on a need to know basis.

- I understand that upon any violation of this Acceptable Use policy I may be subject to disciplinary action by the Bank, up to and including termination of employment.

- By signing below, I consent and agreeing to the conditions of the Acceptable Use Policy for Apple Bank.

| Lisa M. Guercio | GRC |
| --- | --- |
| User Name (print) | Company Name (print) |

| X _(signature)_ | 6/20/2018 |
| --- | --- |
| User Signature | Date |