# Exhibit J

# Exhibit J-1

| From: | Deepa Keswani Teckchandani <DKeswani@grcrisksolutions.com> on behalf of Deepa Keswani Teckchandani <DKeswani@grcrisksolutions.com> <DKeswani@grcrisksolutions.com> |
|---|---|
| Sent: | Wednesday, July 12, 2017 10:24 PM |
| To: | Michael E. Rokos |
| Cc: | Theodore Kawoczka |
| Subject: | Contractors Off-boarded |

Hi Mike,
per your request, here is a list of folks off-boarded during the course of the lookback project. Let me know if you have any questions or need more information.

Regards,

Deepa

| Contractor | Role |
|---|---|
| Bohdan Huzar | Investigator |
| Michael Lampeter | Investigator |
| Keren Estime | Investigator |
| Artemus Cole | Investigator |
| Adetutu Oshineye | Investigator |
| Anna Papaioannou | Investigator |
| Olabisi Habib | Investigator |
| Edward Cahill | Investigator |
| Young Ran Kim | Investigator |
| Geoffrey Adamson | PMT |
| Rey Duma | QAL |
| Rose Boucos | QAL |
| Bridget Agosta | QAL |

GRC Risk Solutions DISCLAIMER: This message (including any attachments) contains
confidential information and is intended only for the individual(s) addressed in the
message. If you are not the named addressee, you should not disseminate, distribute, or
copy this e-mail. If you are not the intended recipient, you are notified that
disclosing, distributing, or copying this e-mail is strictly prohibited. If you have
received this message in error, please notify the sender immediately and delete this
message from your computer or device.

# Exhibit J-2

| | |
|---|---|
| **From:** | Toni Weirauch <TWeirauch@grcrisksolutions.com> on behalf of Toni Weirauch <TWeirauch@grcrisksolutions.com> <TWeirauch@grcrisksolutions.com> |
| **Sent:** | Wednesday, June 20, 2018 11:07 AM |
| **To:** | Ryan Kim; Willian Cox; Judy Nagle; 'Michael E. Rokos' |
| **Cc:** | Shannon Hodges; Edward Sulca |
| **Subject:** | Deactivate |

Effective today, Keith Wendling is no longer on the GRC project and I request deactivation of all systems.

Thanks
Toni

GRC Risk Solutions DISCLAIMER: This message (including any attachments) contains confidential information and is intended only for the individual(s) addressed in the message. If you are not the named addressee, you should not disseminate, distribute, or copy this e-mail. If you are not the intended recipient, you are notified that disclosing, distributing, or copying this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your computer or device.

# Exhibit J-3

| | |
|---|---|
| **From:** | Toni Weirauch <TWeirauch@grcrisksolutions.com> on behalf of Toni Weirauch <TWeirauch@grcrisksolutions.com> <TWeirauch@grcrisksolutions.com> |
| **Sent:** | Thursday, June 21, 2018 10:07 AM |
| **To:** | Ryan Kim; Willian Cox; Judy Nagle; 'Michael E. Rokos' |
| **Cc:** | Shannon Hodges; Edward Sulca; Michael Carlino |
| **Subject:** | Deactivate - Ricardo Gonzalez |

Effective today, Ricardo Gonzalez is no longer on the GRC project and I request deactivation of all systems.

Thanks
Toni

GRC Risk Solutions DISCLAIMER: This message (including any attachments) contains confidential information and is intended only for the individual(s) addressed in the message. If you are not the named addressee, you should not disseminate, distribute, or copy this e-mail. If you are not the intended recipient, you are notified that disclosing, distributing, or copying this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your computer or device.

# Exhibit J-4

| | |
|---|---|
| **From:** | Toni Weirauch <TWeirauch@grcrisksolutions.com> |
| **Sent:** | Monday, July 16, 2018 9:25 AM |
| **To:** | Ryan Kim; Willian Cox; Judy Nagle; 'Michael E. Rokos' |
| **Cc:** | Shannon Hodges; Edward Sulca |
| **Subject:** | Deactivate |

Effective today, the following individuals are no longer on the GRC project and I request deactivation of all systems.

Asmara Gebremedhin
Hernan Cervelli


Thanks
Toni

GRC Risk Solutions DISCLAIMER: This message (including any attachments) contains confidential information and is intended only for the individual(s) addressed in the message. If you are not the named addressee, you should not disseminate, distribute, or copy this e-mail. If you are not the intended recipient, you are notified that disclosing, distributing, or copying this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your computer or device.

# Exhibit J-5

| | |
|---|---|
| **From:** | Toni Weirauch <TWeirauch@grcrisksolutions.com> on behalf of Toni Weirauch <TWeirauch@grcrisksolutions.com> <TWeirauch@grcrisksolutions.com> |
| **Sent:** | Monday, July 16, 2018 4:29 PM |
| **To:** | Ryan Kim; Willian Cox; Judy Nagle; 'Michael E. Rokos' |
| **Cc:** | Shannon Hodges; Edward Sulca |
| **Subject:** | Deactivate |

Effective tomorrow, the following individual is no longer on the GRC project and I request deactivation of all systems.

Robert Johnson

Thanks
Toni

GRC Risk Solutions DISCLAIMER: This message (including any attachments) contains confidential information and is intended only for the individual(s) addressed in the message. If you are not the named addressee, you should not disseminate, distribute, or copy this e-mail. If you are not the intended recipient, you are notified that disclosing, distributing, or copying this e-mail is strictly prohibited. If you have received this message in error, please notify the sender immediately and delete this message from your computer or device.