# Exhibit L

| | |
|---|---|
| **From:** | Deepa Keswani Teckchandani <DKeswani@grcrisksolutions.com> |
| **Sent:** | Tuesday, July 11, 2017 5:51 PM |
| **To:** | mrokos@apple-bank.com; mrosner@apple-bank.com |
| **Cc:** | Michael Amo; Whitney Rolle |
| **Subject:** | Lookback Org Chart 7-12-2017 |
| **Attachments:** | GRC Lookback_Organization_Chart V 18_071217.pdf |

Gentlemen:
As requested. The chart is as of tomorrow 7/12/2017 when we have a new investigator starting.

Let me know if you have any questions.

Regards,

Deepa

GRC Risk Solutions DISCLAIMER: This message (including any attachments) contains
confidential information and is intended only for the individual(s) addressed in the
message. If you are not the named addressee, you should not disseminate, distribute, or
copy this e-mail. If you are not the intended recipient, you are notified that
disclosing, distributing, or copying this e-mail is strictly prohibited. If you have
received this message in error, please notify the sender immediately and delete this
message from your computer or device.

## Apple Bank Lookback Project Team



*Sally Kusactay is on track to start 7/19
July 12, 2017