PROPOSED TEXT MESSAGE NOTICE

If you were employed as an Anti Money Laundering investigator, or an Anti Money Laundering Quality Assurance reviewer, or a Team Lead, on the Apple Bank Lookback Review Project from August 28, 2017 to the present, please read this notice as you may be entitled to join a lawsuit claiming back pay for overtime compensation. For additional information about the case, including how to join, please call Julia H. Klein, Esq. of the Klein Law Group of New York, PLLC at (347) 292-817