UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH CURRY, RICARDO MAZZITELLI, JACQUELINE BROWN PILGRIM, on behalf of themselves and other similarly situated,<br><br>Plaintiffs,<br><br>- against -<br><br>P&G AUDITORS AND CONSULTANTS, LLC; GRC SOLUTIONS, LLC; PGX, LLC; AND APPLE BANCORP, INC. d/b/a APPLE BANK FOR SAVINGS,<br><br>Defendants. | Case No. 20-cv-6985-LTS-SLC |

## REMINDER – DEADLINE TO JOIN LAWSUIT IS
(insert close of opt-in period date)

This letter is to remind you that the deadline to opt-in to the Wage and Hour lawsuit currently pending against P&G Auditors and Consultants, LLC, GRC Solutions, LLC, PGX, LLC and Apple Bancorp, Inc. d/b/a Apple Bank for Savings is (insert close of opt-in period date). If you want to participate in the lawsuit, as detailed in the prior "Court-Authorized Notice" letter that was mailed to you on (insert date of mailing of notice), please complete the attached "Plaintiff Consent Form" form and return it to:

Julia H. Klein
Klein Law Group of New York, PLLC
120 East 79th Street, Suite 1A
New York, New York 10021
(347) 292-8170
jklein@kleinlegalgroup.com

Further information about this Notice, the deadline for filing a Plaintiff Consent Form, or answers to questions concerning this lawsuit may be obtained by contacting Plaintiff's counsel at: Klein Law Group of New York, PLLC at (347) 292-8170

**THE COURT HAS TAKEN NO POSITION IN THIS CASE REGARDING THE MERITS OF THE PLAINTIFF'S CLAIMS OR OF THE DEFENDANTS' DEFENSES. PLEASE DO NOT TELEPHONE THE COURT REGARDING THIS NOTICE.**