

## Addendum to Master Subcontractor Agreement between GRC Solutions and KDC Consulting LLC

**Date of Master Agreement:** October 9, 2017

**Date of This Addendum:** October 9, 2017

**Basis for work to be performed:** Time and Materials

**Time required:** Minimum 40 hours per week up to estimated 60 hours per week for estimated 12 - 20 weeks through year end 2017. (Client bank is currently open extended hours, plus additional hours on federal holidays).

**Contractor who will perform the services:** Kenneth D. Curry Jr.

**Description of Work to be performed for Client of GRC Solutions:** Apple Bank for Savings

**Project** – Lookback Review Phase 2

- Start Date – Tuesday October 10, 2017
- Location – Client site, 2100 Broadway at West 73rd Street, NY, 10023; work is expected to be performed onsite
- Roles and Nature of work – AML Investigator (see attached job description)

**Compensation:** $75 per hour on 1099 basis, plus reimbursement of daily commutation expense on public transportation; invoices supported by time record-keeping into GRC portal (accesses to be provided prior to start)

**Designated Liaison(s):**  Ted Kawoczka, Managing Director, GRC Solutions
Whitney Rolle, Project Manager
Felicia Reback, Project Manager
Deepa Keswani Teckchandani, Project Manager
Louise Hyland, Human Resources, P&G Associates and GRC Solutions

Agreed and accepted:

10/8/2017
Date                                         Kenneth D Curry for KDC Consulting LLC

October 9, 2017
                                                            Ted Kawoczka, Managing Director, GRC Solutions

33 Wood Ave South, Suite 600, Iselin NJ 08830 • (o) 855.860.4777 • (f) 732.651.1195 www.grcrisksolutions.com