



P&G Associates

P&G Online

**Welcome Kenneth Curry (172)**
Do you wish to Logout

Change Your Password?

**Auditor Menu**

Auditor Home
Email
Secure File Transfer
Time Tracking

### Timesheet

Week Ending: < 7/29/2018 >

**Time** | Expenses

#### Time

Submitted Time Details:                                     Download Time Sheet

| Work | Client | Time | Area | Activity | Report No | Total |
|---|---|---|---|---|---|---|
| GRC | APPB | PRJEX | BSA | BSA Transactions Look Back Review – Phase II | APPB - 18-503 | 76.00 |

Total Time:

| Hours | Mon Jul23 | Tue Jul24 | Wed Jul25 | Thu Jul26 | Fri Jul27 | Sat Jul28 | Sun Jul29 | Total |
|---|---|---|---|---|---|---|---|---|
| Billable Time | 11.00 | 12.00 | 12.50 | 12.50 | 12.00 | 11.00 | 5.00 | 76.00 |
| NonBillable Time | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 11.00 | 12.00 | 12.50 | 12.50 | 12.00 | 11.00 | 5.00 | 76.00 |

