# KLEIN LAW GROUP

### JULIA H. KLEIN
JULIAKLEINLAW@GMAIL.COM

January 7, 2021

**MEMO ENDORSED**

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17C
New York, New York 10007

Re: **Curry v. P&G Auditors and Consultants, LLC** (20-cv-06985)
Request for adjournment of summary judgment briefing schedule

Dear Judge Swain:

My firm represents the Plaintiffs in the above-referenced matter. We write with the consent of counsel for Apple Bancorp, Inc. d/b/a Apple Bank for Savings ("Apple Bank") to request an adjournment of the deadlines to file the opposition and reply in connection with Apple Bank's motion for summary judgment. Plaintiff respectfully requests that its opposition to the motion be moved from January 11 to January 19, and that Apple Bank's deadline to reply be extended from February 3 to February 11. Apple Bank agrees that the revised schedule should also apply to the opposition, if any, of the Co-Defendants P&G Auditors and Consultants, LLC, GRC Solutions, LLC and PGX, LLC.

This is the first request for an extension. The reason for the request is to accommodate the undersigned's post-New Year schedules and because of a delay caused by end of year activities including my son's bar mitzvah.

As always, we thank the Court for its attention to this matter.

Respectfully submitted,

Julia Klein

The requested extensions are granted.  DE# 64 resolved.
SO ORDERED.
1/7/2021
/s/ Laura Taylor Swain, USDJ

120 EAST 79TH STREET, SUITE 1A
NEW YORK, NEW YORK 10021
T: (347) 292-8170