UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURRY, et al.,

                        Plaintiffs,

-v-

P&G AUDITORS AND CONSULTANTS, LLC, et al.,

                        Defendants.

CIVIL ACTION NO.: 20 Civ. 6985 (LTS) (SLC)

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

      The parties appeared for a Telephone Conference this afternoon concerning the status of discovery and the parties' motions in this action. (ECF No. 36). No initial case management conference yet having taken place in this action, it is hereby ORDERED that an initial conference in accordance with Fed. R. Civ. P. 16 will be held on **Friday, February 26, 2021 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. At the conference, the parties must be prepared to discuss the subjects set forth in Fed. R. Civ. P. 16(b) and (c).

      It is further ORDERED that counsel shall meet and confer in accordance with Fed. R. Civ. P. 26(f) no later than **21 days before** the Initial Case Management Conference. No later than **one week (seven (7) calendar days) before** the conference, the parties shall file a Report of Rule 26(f) Meeting and Proposed Case Management Plan, via ECF, signed by counsel for each party. A template is available at https://www.nysd.uscourts.gov/hon-sarah-l-cave.

To the extent the parties are in disagreement about any portion of the Proposed Case Management Plan, they may set forth their respective proposals for the disputed provision, <u>without argument</u>.

Separately, the Court will hold oral argument concerning Plaintiffs' Motion for Class Certification (ECF No. 48) on **Monday, March 8, 2021 at 2:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
         January 19, 2021

                                    SO ORDERED

                                    _____
                                    **SARAH L. CAVE**
                                    **United States Magistrate Judge**