UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x

KENNETH CURRY, RICARDO MAZZITELLI, JACQUELINE BROWN PILGRIM, on behalf of themselves and others similarly situated,

                           Plaintiffs,

   -against-

P&G AUDITORS AND CONSULTANTS, LLC; GRC SOLUTIONS, LLC; PGX, LLC; AND APPLE BANCORP, INC. d/b/a APPLE BANK FOR SAVINGS,

                           Defendants.

------------------------------------------------------------------- x

Case No. 20-cv-06985 (LTS) (SLC)

**AFFIDAVIT OF DEAN G. YUZEK IN OPPOSITION TO PLAINTIFFS' MOTION FOR COLLECTIVE ACTION CERTIFICATION**

STATE OF NEW YORK   )
                               ) ss. :
COUNTY OF NEW YORK  )

      Dean G. Yuzek, being duly sworn, deposes and says:

      1.     I am a member of the law firm Ingram Yuzek Gainen Carroll & Bertolotti, LLP, attorneys for Defendant Apple Bank for Savings, sued herein as Apple Bancorp, Inc. d/b/a Apple Bank for Savings, ("Apple Bank" or "the Bank").  I submit this affidavit in opposition to the motion of plaintiffs Kenneth Curry, Ricardo Mazzitelli, and Jacqueline Brown Pilgrim (collectively, "Plaintiffs") for collective action certification.

      2.     Attached as Exhibit A is a true and correct copy of email correspondence among all counsel regarding the terms of a proposed tolling agreement between Plaintiffs, the Bank, and defendants P&G Auditors and Consultants, LLC, GRC Solutions, LLC, and PGX, LLC.

      3.     Attached as Exhibit B is a true and correct copy of a revised draft of a letter to Magistrate Judge Sarah L. Cave, with the underscored comments of Plaintiffs' attorney Julia Klein,

Esq., regarding a tolling agreement that would have deferred Plaintiffs' motion for collective action certification until, *inter alia,* Apple Bank's motion for summary judgment is determined.

_____
DEAN G. YUZEK

Sworn to before me on this
1st day of February 2021

_____
Notary Public

SHARI S. LASKOWITZ
Notary Public, State of New York
No. 02LA6046659
Qualified in New York County
Commission Expires August 14, 2022