# Exhibit B



CORPORATE CS SCREENING

FILE NO: 1589509
RICARDO MAZZITELLI

**EMPLOYMENT**

### TRELIANT RISK ADVISORS LLC
**ALERT**

| | | |
|---|---|---|
| NAME VERIFIED | RICARDO F MAZZITELLI | |
| EMPLOYMENT TYPE: | LISTED EMPLOYMENT | |
| CITY: | NEW YORK | |
| STATE: | NY | |
| SOCIAL SECURITY NUMBER CONFIRMED: | NO | |
| DATA ANALYSIS | VERIFIED | REPORTED |
| LAST POSITION: | CONSULTANT | OFAC SANCTION AUDIT CONSULTANT |
| START DATE: | SEE COMMENTS | 02/2017 |
| END DATE: | SEE COMMENTS | 06/2017 |
| COMMENTS: | PLEASE NOTE THE EMPLOYER WAS ABLE TO CONFIRM THAT THE APPLICANT WORKED AT THE COMPANY AS A CONSULTANT HOWEVER WAS NOT A DIRECT EMPLOYEE OF THE COMPANY. PLEASE NOTE THE SOURCE WAS UNABLE TO PROVIDE ANY FURTHER INFORMATION AS THE COMPANY DOES NOT KEEP RECORDS FOR CONSULTANTS. | |

### TAM AD HOC LLC
**ALERT**

*(handwritten note: TEAM AD HOC - Eliott Miller?)*

| | | |
|---|---|---|
| NAME VERIFIED | SEE COMMENTS | |
| EMPLOYMENT TYPE: | LISTED EMPLOYMENT | |
| CITY: | PASADENA | |
| STATE: | CA | |
| SOCIAL SECURITY NUMBER CONFIRMED: | NO | |
| DATA ANALYSIS | VERIFIED | REPORTED |
| LAST POSITION: | SEE COMMENTS | EDD REMEDIATION |
| START DATE: | SEE COMMENTS | 07/2016 |
| END DATE: | SEE COMMENTS | 01/2017 |
| COMMENTS: | PLEASE NOTE THE EMPLOYMENT COULD NOT BE CONFIRMED AS THE SOURCE HAS NOT RESPONDED TO SEVERAL REQUESTS FOR VERIFICATION. | |

### ERNST AND YOUNG
**COMPLETE**

| | | |
|---|---|---|
| NAME VERIFIED | RICARDO F MAZZITELLI | |
| EMPLOYMENT TYPE: | LISTED EMPLOYMENT | |
| CITY: | NEW YORK | |
| STATE: | NY | |
| SOCIAL SECURITY NUMBER CONFIRMED: | YES | |
| DATA ANALYSIS | VERIFIED | REPORTED |
| LAST POSITION: | CONTRACTOR | QUALITY ASSURANCE TEAM AND AML CONTRACT |
| START DATE: | 02/10/2014 | 02/2014 |
| END DATE: | 01/27/2015 | 11/2014 |



FILE NO: 1589509
RICARDO MAZZITELLI

**CREDIT REPORT - TRANS UNION**

## CREDIT REPORT
### COMPLETE

```
TRANSUNION EMPLOYMENT CREDIT REPORT FOR:    USER REF:
DATE REPORT PRINTED:   06/26/2017
ZCV5526231   BUREAU: 16                     CENTRAL STANDARD TIME: 08:37
IN OUR FILES SINCE:   10/1995

 SUBJECT NAME:
MAZZITELLI, RICARDO  F.
ALSO KNOWN AS:                              SOCIAL SECURITY NUMBER:
MAZZITELLI,RICHARDF
PHONE:                 917-575-6246
CURRENT ADDRESS REPORTED:  03/2016
6770 INDIAN CREEK DR., #10E  MIAMI BEACH FL  33141

 FORMER ADDRESS REPORTED:   04/2012
2500 JOHNSON AV., #17D  BRONX NY  10463
1520 YORK AV., #16G. NEW YORK NY. 10028

 EMPLOYMENT DATA REPORTED:
MAZZITELLI CONSULTING LLC        CONTRACT EMPLYEE/TEMP AGENCY/L
DATE VERIFIED 07/2016            DATE VERIFIED 07/2008
SELF EMP                         LEGAL TEMP
DATE VERIFIED 02/2008            DATE VERIFIED 06/2007
CREDIT INFORMATION
```

