# Exhibit D



## Addendum to Master Subcontractor Agreement between GRC Solutions and Ricardo Mazzitelli

**Date of Master Agreement:** June 9, 2017

**Date of This Addendum:** June 9, 2017

**Basis for work to be performed:** Time and Materials

**Time required:** Minimum 40 hours per week up to estimated 60 hours per week for estimated 12 - 20 weeks. (Client bank is currently open from 8:00AM to 8:00PM weekdays and 8:00AM to 9:00PM weekends, plus additional hours on federal holidays).

**Contractor who will perform the services:** Ricard Mazzitelli

**Description of Work to be performed for Client of GRC Solutions:** Apple Bank for Savings

**Project:** Lookback Review Phase 2

- Start Date – Monday July 10, 2017
- Location – Client site, 2100 Broadway at West 73rd Street, NY, 10023; work is expected to be performed onsite
- Roles and Nature of work – QA Lead (see attached job description)

**Compensation:** $110 per hour on 1099 basis, plus reimbursement of daily public transportation commutation expense; invoices supported by time record-keeping into GRC portal (accesses to be provided prior to start)

**Designated Liaison(s):**   Ted Kawoczka, Managing Director, GRC Solutions
Michael Amo, Project Manager
Whitney Rolle, Project Manager
Deepa Keswani Teckchandani, Project Manager
Louise Hyland, Human Resources, P&G Associates and GRC Solutions

Agreed and accepted:

6/19/17
Date

*Ricardo Mazzitelli*

June 9, 2017

*Ted Kawoczka, Managing Director, GRC Solutions*

33 Wood Ave South, Suite 600, Iselin NJ 08830 • (o) 855.860.4777 • (f) 732.651.1195 www.grcrisksolutions.com