# Exhibit G

**KENNETH D. CURRY JR.**
678-251-5754 kid44@aol.com
KDC Consulting LLC, Stockbridge, GA

### PROFESSIONAL SUMMARY

- Investigative professional with 40+ years of combined municipal law enforcement, corporate security and Bank Secrecy Act/Anti-Money Laundering (BSA/AML) investigation experience

- Provides consulting/investigative expertise and services to financial institutions under regulatory review for compliance and/or policy deficiencies

- Provides investigative and analytical expertise pertaining to Alert Clearance, Transaction Monitoring, Suspicious Activity, Quality Control (QC), Know Your Customer (KYC), Enhanced Due Diligence (EDD) and Office of Foreign Asset Control (OFAC) Sanctions

- Performs QC reviews of Investigation and Suspicious Activity Reports (SARs)

- Uses a broad range of regulatory and intelligence resources such as the USA Patriot Act, the Financial Crimes Enforcement Network (FinCen), OFAC, Federal Financial Institutions Examination Council (FFIEC), the Code of Federal Regulations (CFR), Office of the Comptroller of Currency (OCC), Regulatory Data Corporation (RDC), World Check, CLEAR and the Internet

### BSA / AML / OFAC ENGAGEMENTS 2006-2017 (11 Years)

**June-Sept 2017:** NYC-Agricultural Bank of China – Performed investigative analysis of trade based transactions involving international entities engaged in commodity trading. Analysis included reviews of transactions involving letters of credit, invoices, contracts, bill of lading, customs declarations and other related documents. Analysis also included due diligence of bank customers and entities involved in the trade based transactions. Services were performed pursuant to directives from the New York State Department of Financial Services (DFS), for violating New York State's anti-money laundering laws.

**January-March 2017:** NYC/Remote – Assisted with an audit of OFAC sanctions related activity within Standard Chartered Bank, US operations.  The audit included testing of internal policies and procedures as it pertained to compliance with OFAC Regulations. The audit was pursuant to a Federal Reserve Bank of New York "regulatory enforcement order".

**August 2016-Nov 2016:** Parsippany NJ-State Street Bank and Trust Company - Conducted investigative analysis, customer due diligence and transaction monitoring pertaining to the investment and securities activity of wealth and institutional customers, and prepared detailed investigation reports. The review was pursuant to a Federal Reserve Bank of Boston ordered "look-back".

**March 2015-April 2016:** Columbus Ohio-Discover Financial Services - Pursuant to a Federal Deposit Insurance Corporation (FDIC) ordered "look-back", provided investigative and QC expertise that included detailed investigative analysis and reviews of credit card, deposit accounts and loans, conducted QC reviews of investigation and SAR reports.

**Sep 2013-Feb 2015:** Buffalo NY/Baltimore MD-M&T Bank - Conducted enhanced due diligence, KYC remediation and prepared detailed investigation and SAR reports, all of which was pursuant to bank polices and OCC directives.

**Feb 2013-Sep 2013:** New Castle Delaware-HSBC Bank - Pursuant to Department of Justice (DOJ) and OCC enforcement actions, conducted transaction monitoring, KYC reviews, monitored the OFAC Specially Designated Nationals List (SDN), for sanctioned countries, entities and individuals, and prepared detailed investigation and SAR reports.

**April 2012–Dec 2012:** New Castle Delaware/Brooklyn NY/Jersey City NJ-HSBC Bank - Provided investigative and QC expertise, reviewed KYC information, monitored the OFAC SDN List, and conducted QC reviews of investigation and SAR reports, all of which was pursuant to a DOJ and OCC ordered "look-back".

**Jan 2012–April 2012:** New Castle Delaware-HSBC Bank - Provided investigative expertise pertaining to HSBC Bank Latin American customers. Reviewed KYC information, monitored the OFAC SDN List, prepared detailed investigation reports and escalated suspicious activity for SAR referrals as required, all of which was pursuant to a DOJ and OCC ordered "look-back".

**Mar 2011–Jan 2012:** New Castle Delaware-HSBC Bank - Provided investigative and analytical expertise, reviewed KYC information, monitored the OFAC SDN list, prepared comprehensive investigation reports and escalated cases for SAR referrals as required, all of which was pursuant to a DOJ and OCC ordered "look-back".

**Jul 2010-Jan 2011:** Minneapolis MN-TCF Bank - Provided investigative, analytical, and QC expertise, conducted reviews of investigation and SAR reports, all of which were pursuant to an OCC ordered "look-back".

**Jun 2008-Jan 2009:** Philadelphia PA and Charlotte NC-Wachovia Bank - Provided investigative and analytical expertise to bank staff in reference to report preparation, transaction monitoring and SAR referrals.

**Oct 2007-June 2008:** New York NY-American Express Correspondent Bank - Provided investigative and analytical expertise, reviewed customer KYC information, monitored the OFAC SDN List, and prepared detailed investigation and SAR reports, all of which was pursuant to a New York State Banking Department enforcement action.

**Sep 06-Oct 2007:** San Francisco CA-Union Bank of California - Provided investigative, analytical and QC expertise, conducted comprehensive investigations, prepared related reports and escalated cases for SAR referrals as required, all of which was pursuant to an OCC enforcement action.

**Mar 2006-Jun 06:** Brooklyn OH-Key Bank - Conducted QC reviews of investigation and SAR reports in preparation for a regulatory review.

## ADDITIONAL PROFESSIONAL EXPERIENCE
**20 Years - Police Officer / Detective – Washington DC:** 1971-1991, began career as a uniformed patrol officer, enforced local and federal codes, criminal and civil statutes. Promoted to detective, assigned as a lead investigator on numerous high profile and complex criminal cases. Affected numerous arrests resulting in successful prosecutions and crime reduction.

**7 Years - Senior Field Investigator – Sprint/Nextel Kansas:** 1999-2006, assisted with development of the Nextel Security and Fraud Procedures Manual.  Conducted investigations of telecommunications fraud, internal theft, embezzlement, identity theft, and misuse of company assets.  Conducted employee and contractor interviews, and maintained liaison with local and federal law enforcement agencies. Provided asset protection through physical security and safety assessments, conducted loss prevention audits and conducted employee safety awareness training.

## AGENCY EMPLOYERS
1/2017 to Present, Pinnacle Connections LLC, New York, NY
3/2011 to 11/2016 the Doyle Carden Group LLC, New York, NY
4/2010 to 12/2011, Thomas, Cobb, Bazillo Associates, (FDIC Vendor) Wash DC
2006 to 2011, Dominion Advisory Group, Centerville, VA
10/2007 to 6/2008, AML Consulting Services Inc., New York, NY

## MILITARY EXPERIENCE
20 years - U.S. Air Force Reserve (1987-2007) served in the 1st Gulf War Operation "Desert Storm"
3 years - U.S. Army (1967-1970) served in "Vietnam"

## EDUCATION
Ellis University, Chicago IL – Interdisciplinary Studies, Prince George Community College, Largo MD – General Studies

## AFFILIATIONS
Member-Association of Retired DC Police Officers (AORP)
Associate Member- Association of Certified Fraud Examiners (ACFE)

## TECHNICAL PROGRAMS
Advanced skills with the Microsoft Office Suite of Office Products (Word, Excel, Power Point), Outlook, Lotus Notes, Internet, and various bank compliance monitoring systems, which includes Norkom and Enterprise Case Management ECM (a proprietary system)

## SKILLS
Self-supervised, experienced investigator/interviewer, compliant with customer confidentiality, detail oriented, strong verbal, listening and written communication skills, self-starter, dependable and organized, comfortable interacting with all levels of staff and management

Salary history and references available upon request