# Exhibit H



*CORPORATE CS SCREENING*

FILE NO: 1649866
KENNETH CURRY JR

## EMPLOYMENT

### PINNACLE CONNECTIONS LLC
**COMPLETE**

| | | |
|---|---|---|
| NAME VERIFIED | KENNETH CURRY | |
| EMPLOYMENT TYPE: | LISTED EMPLOYMENT | |
| CITY: | JERSEY CITY | |
| STATE: | NY | |
| SOCIAL SECURITY NUMBER CONFIRMED: | YES | |
| DATA ANALYSIS | VERIFIED | REPORTED |
| LAST POSITION: | AML AND BSA CONSULTANT | AML AND BSA CONSULTANT |
| START DATE: | 01/2017 | 01/2017 |
| END DATE: | 10/2017 | 09/2017 |
| ANY BREAK IN EMPLOYMENT DATES: | YES | |
| COMMENTS: | 03/2017-06/2017 | |

### DOYLE CARDEN GROUP
**COMPLETE**

| | | |
|---|---|---|
| NAME VERIFIED | KENNETH CURRY | |
| EMPLOYMENT TYPE: | LISTED EMPLOYMENT | |
| CITY: | NEW YORK | |
| STATE: | NY | |
| SOCIAL SECURITY NUMBER CONFIRMED: | NO | |
| DATA ANALYSIS | VERIFIED | REPORTED |
| LAST POSITION: | AML AND BSA CONSULTANT | AML AND BSA CONSULTANT |
| START DATE: | 03/2011 | 03/2011 |
| END DATE: | 11/2016 | 11/2016 |
| FULL/PART TIME | FULL | NOT LISTED |
| ANY BREAK IN EMPLOYMENT DATES: | NO | |
| DATA ANALYSIS | VERIFIED | REPORTED |
| SUPERVISOR: | GEOFF DOYLE | GEOFF DOYLE |
| ELIGIBLE FOR REHIRE: | YES | |
| COMMENTS: | PLEASE NOTE THE APPLICANT'S EMPLOYMENT WAS VERIFIED BY NAME ONLY | |



*CORPORATE CS SCREENING*

FILE NO: 1649866
KENNETH CURRY JR

## EMPLOYMENT (Continued)

### DOMINION ADVISORY GROUP

**COMPLETE**

| | | |
|---|---|---|
| NAME VERIFIED | KENNETH CURRY | |
| EMPLOYMENT TYPE: | LISTED EMPLOYMENT | |
| CITY: | CENTREVILLE | |
| STATE: | VA | |
| SOCIAL SECURITY NUMBER CONFIRMED: | NO | |
| DATA ANALYSIS | VERIFIED | REPORTED |
| LAST POSITION: | AML AND BSA CONSULTANT | AML AND BSA CONSULTANT |
| START DATE: | 03/2006 | 03/2006 |
| END DATE: | 07/2011 | 07/2011 |
| RATE OF PAY: | $100.00 HOURLY | $100.00 HOURLY |
| ELIGIBLE FOR REHIRE: | YES | |
| COMMENTS: | PLEASE NOTE THE APPLICANT'S EMPLOYMENT WAS VERIFIED BY NAME ONLY | |

## EDUCATION

### PRINCE GEORGE'S COMMUNITY COLLEGE

**COMPLETE**

| | | |
|---|---|---|
| NAME VERIFIED | KENNETH DAVID CURRY JR | |
| SOCIAL SECURITY NUMBER CONFIRMED: | YES | |
| DATE OF BIRTH CONFIRMED: | NO | |
| CITY: | NOT LISTED | |
| STATE: | MD | |
| TYPE OF EDUCATION: | COLLEGE DEGREE | |
| DATA ANALYSIS | VERIFIED | REPORTED |
| DIPLOMA/DEGREE AWARDED | ASSOCIATE OF ARTS (AA) | AA |
| MAJOR | GENERAL STUDIES, ASSOCIATE OF ARTS | GENERAL STUDIES |
| DATE AWARDED: | 05/14/1977 | |

The public record section of this report will only contain criminal case information on criminal cases that are pending or resulted in a conviction during the past 7* years. Criminal convictions more than 7* years old will be reported below only if they are readily available from the Predominately Used Index of court records for a particular court and are legally reportable.
*unless otherwise noted in the "Date Search" section of the report.