# Exhibit J



| | | KDCCO-1 | OP ID: AS |

# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 12/27/2016

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
McGARITY INSURANCE
P O BOX 130
McDONOUGH, GA 30253
G MICHAEL STANDARD

**CONTACT NAME:** G MICHAEL STANDARD
**PHONE (A/C, No, Ext):** 770-957-2925
**FAX (A/C, No):**
**E-MAIL ADDRESS:** MSTANDARD@MCGARITYINSURANCE.COM

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : ARCH INSURANCE COMPANY | 11150 |
| INSURER B : | |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED**
KDC CONSULTING LLC
120 CROWN CHASE DR
STOCKBRIDGE, GA 30281

**COVERAGES**    **CERTIFICATE NUMBER:**    **REVISION NUMBER:**

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY | | | | 12/20/2016 | 12/20/2017 | EACH OCCURRENCE | $ 1,000,000 |
| | CLAIMS-MADE [X] OCCUR | X | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 100,000 |
| | X E&O LIABILITY | | | | | | MED EXP (Any one person) | $ 5,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 1,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 1,000,000 |
| | X POLICY [ ] PRO-JECT [ ] LOC | | | | | | PRODUCTS - COMP/OP AGG | $ 1,000,000 |
| | OTHER | | | | | | | $ |
| | AUTOMOBILE LIABILITY | | | | | | COMBINED SINGLE LIMIT (Ea accident) | $ |
| | ANY AUTO | | | | | | BODILY INJURY (Per person) | $ |
| | ALL OWNED AUTOS / SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ |
| | HIRED AUTOS / NON-OWNED AUTOS | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | | | | | | | $ |
| | UMBRELLA LIAB / OCCUR | | | | | | EACH OCCURRENCE | $ |
| | EXCESS LIAB / CLAIMS-MADE | | | | | | AGGREGATE | $ |
| | DED [ ] RETENTION $ | | | | | | | $ |
| | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY   Y/N | | | | | | PER STATUTE / OTH-ER | |
| | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? (Mandatory in NH) | N/A | | | | | E.L. EACH ACCIDENT | $ |
| | If yes, describe under DESCRIPTION OF OPERATIONS below | | | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
INVESTIGATOR/CONSULTANT

BLANKET ADDITIONAL INSURED ENDORSEMENT IS INCLUDED IN THE GENERAL LIABILITY POLICY AND APPLIES WHEN REQUIRED BY WRITTEN CONTRACT

**CERTIFICATE HOLDER**    PINNAC4

PINNACLE CONNECTIONS LLC
45 RIVER DR S APT 915
JERSEY CITY, NJ 07310

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
G. Michael Standard  *[signature]*

© 1988-2014 ACORD CORPORATION. All rights reserved.
ACORD 25 (2014/01)   The ACORD name and logo are registered marks of ACORD



Arch Insurance Company
3100 Broadway, Suite 511
Kansas City, MO 64111

# COMMON POLICY DECLARATIONS

**POLICY NO.:** ▮▮▮▮▮▮▮▮

**RENEWAL OF:** NEW

**NAMED INSURED AND MAILING ADDRESS:**

KDC CONSULTING, LLC
120 CROWN CHASE DRIVE
STOCKBRIDGE, GEORGIA 30281

**PRODUCER:**

W. H. BROWNYARD CORPORATION
21 MAPLE AVENUE, PO BOX 9175
BAY SHORE, NY 11706

**POLICY PERIOD:** From 12/21/2016 to 12/21/2017   12:01 A.M. Standard Time at your Mailing Address above.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED. THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

| COVERAGE PARTS | PREMIUM |
|---|---|
| ☒ Commercial General Liability | $ 1,506. MP |
| ☐ Commercial Auto | $ |
| ☐ Commercial Property | $ |
| ☐ Commercial Inland Marine | $ |
| ☐ Premium is payable in installments: See endorsement. | **TOTAL POLICY → PREMIUM** $ 1,506. MP |

**FORMS APPLICABLE TO ALL COVERAGE PARTS:**

SEE FORMS INDEX

**BUSINESS DESCRIPTION:**   SECURITY CONSULTATION OPERATIONS

THESE DECLARATIONS TOGETHER WITH THE COMMON POLICY CONDITIONS, COVERAGE PART DECLARATIONS, COVERAGE FORMS(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE CONTRACT OF INSURANCE.

Countersigned by: _(signature)_

Date issued: 2/7/17 JAS/jsc
AIC-SGP-D3 (8/02)



Arch Insurance Company
3100 Broadway, Suite 511
Kansas City, MO 64111

# COMMON GENERAL LIABILITY COVERAGE PART DECLARATIONS

**POLICY NO.:** ▇▇▇▇▇▇▇▇▇  **EFFECTIVE DATE:** 12/21/2016

**NAMED INSURED:** KDC CONSULTING, LLC  **RENEWAL OF:** NEW

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS - COMPLETED OPERATIONS) | $1,000,000. | |
| PRODUCTS COMPLETED OPERATIONS AGGREGATE LIMIT | $1,000,000. | |
| PERSONAL & ADVERTISING INJURY LIMIT | $1,000,000. | |
| EACH OCCURRENCE LIMITS | $1,000,000. | |
| DAMAGE TO PREMISES RENTED TO YOU LIMIT | $100,000. | Any One Premises |
| MEDICAL EXPENSE LIMIT | $5,000. | Any One Person |

| CLASSIFICATION | CODE NO. | PREMIUM BASIS | RATE | ADVANCE PR/CO | PREMIUM ALL OTHER |
|---|---|---|---|---|---|
| Security Consultants | - | 200,000. | 7.50 | INCLUDED | 1,650. MP |
| Certified Acts of Terrorism (.004 or Premium) | | | | | 6. |
| | | | **TOTAL** | $INCLUDED | $1,656. MP |

**LOCATION OF ALL PREMISES YOU OWN, RENT OR OCCUPY:** VARIOUS

**TOTAL ADVANCE PREMIUM FOR THIS COVERAGE PART →** $1,656. MP

**FORM OF BUSINESS:** ☐ Individual  ☐ Joint Venture  ☐ Partnership  ☐ Corporation  ☒ Other LLC

THESE DECLARATIONS, WHEN COMBINED WITH THE COMMON POLICY DECLARATIONS, THE COMMON POLICY CONDITIONS, COVERAGE FORM(S) AND ENDORSEMENTS, IF ANY, ISSUED TO FORM A PART THEREOF, COMPLETE THE CONTRACT OF INSURANCE.

AIC-SGP-D (08/02)



# Signature Page

IN WITNESS WHEREOF, Arch Insurance Company has caused this policy to be executed and attested.

*John Mentz*
John Mentz
President

*Patrick K. Nails*
Patrick K. Nails
Secretary