# Exhibit P



# BROPIL CONSULTING, LLC

12840 NW 18th CT, Pembroke Pines, FL 33028 | (718) 710 - 3126 | Email: jbrownpil@gmail.com

1. **Summarize the services offered by your company, including but not limited to: BSA/AML transactional analysis, auditing, etc.**
   BROPIL Consulting provides investigative expertise to major financial institutions under Regulatory review for deficiencies in Policies and Compliance procedures pertaining to Banking/Finance Operations, Correspondent Banking, Retail Banking, OFAC, Bank Secrecy Act (BSA), and Bank Bribery Act.  In addition, AML/KYC/CIP regulations, Client On-Boarding & Documentation, Customer Due Diligence (CDD), Enhanced Due Diligence (EDD), Financial Investigations, Currency Transaction Reporting (CTR), Calibration in determination of Alerted Algorithms, Quality Assurance (QA), Quality Control (QC), Due Diligence Management (LRS-Scienna), Account Management, Transaction Monitoring/Alert Clearing, Remediation and Staff supervision. Perform Quality Assurance (QA) on analyses submitted by staff for accuracy and compliance with regulatory, internal/external AML Audit Processes policy/and procedural requirements. Notwithstanding to Performing QC reviews of Analyst case investigations. We utilize systems, intelligence and regulatory resources such as the Federal Financial Institutions Examination Council (FFIEC), USA Patriot Act, Financial Crimes Enforcement Network (FinCen), OFAC, Office of the Comptroller of Currency (OCC), Code of Federal Regulations (CFR), Regulatory Data Corporation (RDC), Lexis Nexis, World Check, World Compliance, CLEAR (Thompson Financial), Public and non-Public database records and the Internet.

2. **Provide a profile of your organization's operational structure that would be dedicated to supporting the work for PGX. Please also note the average number of years of experience required for the various positions.**
   The company is comprised of three (3) employees, with a combined 45 years of Corporate Managerial, Administrative experience in the areas of Bank Secrecy Act (BSA) /Anti-Money Laundering (AML) investigations Client On-Boarding and Documentation.

3. **List any alliances, organizations or associations with which your company maintains an affiliation.**
   I am a professional member of the following affiliations:

   - ACAMS - Professional Member of Association of Certified Anti-Money Laundering Specialists
   - ACFCS - Member of the Association of Certified Financial Crime Specialists
   - SIA -Securities Industry Association
   - Member of SIFMA AML & Financial Crimes Committee.

4. **Describe the procedures you follow when engaging in lookback projects.**
   Pursuant to Federal, State and client regulatory guidelines, we perform transactional reviews on designated accounts/transactions, conduct KYC reviews, and Customer Due Diligence. In addition, review of OFAC regulations and sanctions as it relates to the entities and individuals under the lookback review. Additionally, investigative reports are prepared and escalated with some being escalated for further review, while performing additional duties as required by the client and filing accurate and timely documentary reports.

5. **Please provide a professional writing sample displaying your clarity of thought, and use of grammar, punctuation and spelling.**
   See attached case sample.

6. **Provide the rate for which you expect to be compensated for this work.**
   $90.00. However, should the duties or responsibilities change, the rate would be subject to negotiation.