# Exhibit T

## Consent for Scope of Business Background Report

I understand and agree as follows:

1.   As part of a business transaction and at the written request of the consumer or as part of the due diligence process for a contemplated business transaction, one or more business reports may be prepared for PGX, LLC ("End-User"), about _BRAPIL CONSULTING LLC_ (company name or "Subject Organization").

2.   The scope of such report(s) may include public record information about me individually, including, for example, criminal records; judgment, lien, and bankruptcy records; civil records; tax lien records; licensure or certification records, including related disciplinary records; news index search; website and public database searches; excluded party or disbarment list searches; and other similar types of information. The scope of such searches may also include efforts to verify my current and/or former positions of employment, as well as associations between me and other business entities. These reports may also include investigative consumer reports, including information obtained through interviews and concerning my character, general reputation, personal characteristics, and mode of living. If End-User obtains an investigative consumer report, I understand that I may request in writing a written summary of my rights under the Fair Credit Reporting Act and a complete and accurate disclosure of the nature and the scope of the investigation requested in the investigative consumer report.

3.   I understand and agree that End-User has a legitimate business interest in protecting the safety and security of the premises at which Subject Organization may perform services; in protecting End-User's customers, clients, employees, personnel, and all other individuals who are on the premises of End-User's facilities; and in protecting the reputation of End-User. I agree that these are legitimate business interests and that because of these legitimate business interests, End-User has a legitimate business need to conduct a background check, which may include obtaining consumer reports.

4.   I authorize End-User to obtain such reports at any time, in connection with any proposed business transaction or continued business relationship. I hereby authorize any present or former employers, consumer reporting agencies, educational institutions, criminal justice agencies, departments of motor vehicles, public agencies, financial institutions, or any other person or agency having knowledge of me to relate information or opinions about me, including providing data received from other sources. Such information and data may be provided to or gathered by Corporate Screening & Investigations, Inc. ("CSI"), 16530 Commerce Court, Cleveland, Ohio 44130, (440) 816-0500, or (800) 229-8606, www.csbusinessscreen.com, or to any other consumer reporting agency designated by End-User, or to End-User directly, and all such information may be released to End-User. I hereby release all such persons, entities, agencies, CSI, and End-User from any and all liability for damages of whatever kind or nature, whether known or unknown, which may at any time accrue to me on account of information obtained or provided or in relation to any background check, except that this release does not waive any rights I may have under the Fair Credit Reporting Act.

5.   I am completing this form for purposes of a business transaction or proposed business transaction that I have initiated. I understand that these searches are being performed for business purposes only, and are not being performed for any individual consumer purpose or to determine my individual eligibility for anything.

6.   I am not seeking employment with End-User, and I agree that these reports are not being sought for any employment purpose.

7.   I agree to provide additional identifying information as may be requested so that such report(s) may be obtained.

8.   I understand that information obtained through such reports might be considered by End-User as part of a determination whether to conduct business with any person or entity listed below or whether to enter into any particular business transaction or with such person or entity.

9. All references to End-User in this document are intended to refer collectively to End-User and all of its parent, affiliate, and subsidiary companies.

10. I consent to electronic communication and notification for any documents relating to any background check, and I authorize End-User to communicate with me by email for all purposes related to the background check process. If I do not agree to electronic communications, then I will write "Electronic Consent Denied" on the line below for my email address. If at any time I wish to withdraw my consent for electronic communications or notifications, or to update my email or other contact information, or to obtain paper copies of any notifications or of this Consent, I may do so by contacting Corporate Screening & Investigations by telephone, (800) 229-8606 x3, or by certified mail at 16530 Commerce Court, Cleveland, Ohio 44130.

On behalf of myself and of the Subject Organization, I consent and agree to each item detailed above. My signature shall serve as written confirmation and instructions to End-User to proceed with gathering and obtaining such information.

Business Name (Subject Organization): BROPIL CONSULTING LLC
Business Address: 12840 NW 18 COURT, PEMBROKE PINES, FL 33025
Company FEIN Number: [redacted]   State of Incorporation: FL
Company Principal/Director: JACQUELINE BROWN PILGREM
Individual's Full Name: JACQUELINE BROWN PILGREM
Individual's Title: MANAGING MEMBER
Individual's Email Address: jbrownpil@gmail.com
Individual's Social Security Number: [redacted]   DOB*: [redacted]
Individual's Current Address: 12840 NW 18 CT, PEMBROKE PINES FL 33028
Individual's Driver's License Number**: [redacted]   State: FL
Professional License/Certification: _____
License/Certification #: _____
License/Certification Region: _____   License/Certification Agency: _____

Signature: [signed]
Date: 04-14-2018

*Date of Birth is being requested in order to obtain accurate retrieval of records.
**Driver's License Number is being requested in order to obtain accurate retrieval of records.