# Exhibit C

# Electronic Articles of Incorporation
# For

MAZZITELLI CONSULTING INCORPORATED

P17000020966
FILED
March 03, 2017
Sec. Of State
kbrumbley

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
MAZZITELLI CONSULTING INCORPORATED

## Article II
The principal place of business address:
373 NE 101ST STREET
MIAMI SHORES, FL.   33138

The mailing address of the corporation is:
373 NE 101ST STREET
MIAMI SHORES, FL.   33138

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
12

## Article V
The name and Florida street address of the registered agent is:
RICARDO F MAZZITELLI
373 NE 101ST STREET
MIAMI SHORES, FL.   33138

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   RICARDO MAZZITELLI

P17000020966
FILED
March 03, 2017
Sec. Of State
kbrumbley

## Article VI

The name and address of the incorporator is:

MELISSA MAZZITELLI
373 NE 101ST STREET

MIAMI SHORES, FL 33138

Electronic Signature of Incorporator:   MELISSA MAZZITELLI

I am the incorporator submitting these Articles of Incorporation and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S.  I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of this corporation and every year thereafter to maintain "active" status.

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   P
RICARDO F MAZZITELLI
373 NE 101ST STREET
MIAMI SHORES, FL.   33138