# Exhibit D



Search



**Ricardo Mazzitelli**
BSA Officer at Vaster Capital

🔒 Message

More…



🔒 Message

…

# Ricardo Mazzitelli · 3rd

BSA Officer at Vaster Capital

Miami, Florida, United States · 500+ connections · **Contact info**



Vaster Capital



Rutgers University

## About

Attorney with strong analytical, research and writing skills. Compliance experience in correspondent, retail and international banking; specializing in Anti-Money Laundering ("AML"), Know-Your-Customer ("KYC") requirements & training, fraud investigation and compliance related audit. Knowledge of the US Patriot Act, Bank Secrecy Act ("BSA"), Suspicious Activity Reporting ("SARs") and Office of Foreign Assets Control ("OFAC") regulations sanctions. Fluent in Spanish

## Activity

624 followers


**The Secret To Customer…**
Ricardo shared this


**Hero**
Ricardo commented


**"Trust and integrity are an essential part…**
Ricardo shared this
4 Reactions


**"Being transparent on our pricing an…**
Ricardo shared this
1 Reaction

**See all activity**

## Experience


**BSA Officer**
Vaster Capital · Full-time
Jul 2020 – Present · 7 mos
Miami, Florida, United States

Responsible for ensuring that Vaster Capital's business practice are adhering and compliant with applicable governmental regulations and laws, as well as with internal policies and procedures. Updated and develop new risk-based procedures around regulatory processes and controls regarding any changes in laws and regulations. Responsible for the day-to-day of the compliance department, including but not limited to, KYC background checks on all borrowers, guarantors and signatories to make sure all comply with BSA/AML and OFAC regulations. File and administer SARs. Conduct annual ongoing development and compliance training for all employees on BSA/AML and

… **see more**

### QC, Inherent High Risk Customer Team

Synovus · Full-time
Oct 2019 – Jul 2020
· 10 mos
Miami/Fort Lauderdale Area

Review Inherent High Risk ("IHR") Customer profiles to ensure that high quality standards are maintained for on-boarding of new IHR accounts. Provide guidance regarding Enhanced Due Diligence ("EDD") casework conducted by analysts. Review cases for adherence to EDD procedures and ensure analysts conclusions are clear, complete and supported by information in the customer… see more

### TM Oversight & Change Team, Team Lead

Mega International Commercial Bank · Contract
Jul 2018 – Aug 2019
· 1 yr 2 mos
Greater New York City Area

Compliance Governance Team. Wrote the Desktop procedures for Mega Bank's Transaction Monitoring ("TM") team, wrote procedures for 314(a) Response, updated TM Policies. Identified risk not previously addressed in procedure and created controls to mitigate said risk. Assisted in creation of Part 504 Certification framework and timeline. Reviewed Compliance Policies & Procedures form… see more

### Team Lead; Lookback Review



Apple Bank · Contract
Jun 2017 – Mar 2018
· 10 mos
Greater New York City Area

Managed a team of 20 investigators and quality assurance ("QA") analysts, ensuring quality and efficiency (productivity & performance). Liaise with team and kept them informed of all relevant changes and updates in process of investigation. Ensure uniform approach to managing team and monitor ongoing productivity. Maintained daily metrics and tracked aging cases; reprioritized cases as needed. Conducted data diagnostics of product types and wrote new workflows to help maximize team efficiency and work product, while tracking trends and patterns of team's performance. Gathered and tracked projections of case completion based on tier complexity and made recommendation to project management.

see less

### OFAC Sanctions and Risk Assessment Audit

Treliant Risk Advisors
Jan 2017 – Jun 2017
· 6 mos
Greater New York City Area

Audit of bank's branch and HUB, regarding its OFAC sanctions related controls. Reviewed Customer Due Diligence ("CDD") process of new-to-bank and periodic review of bank's customers in Business-

As-Usual environment. Conducted on-site interviews with various compliance and business stakeholders to determine whether sanctions program is adequately staffed to execute day-to-day

see more

Show 5 more experiences

## Education



**Rutgers University**
Bachelor of Science in Arts, Political Science
1996 – 1999

**Cardozo School of Law**
Juris Doctor, Law
1999 – 2002