# Exhibit F

Control Number : 16071664

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

### CERTIFICATE OF ORGANIZATION

I, Brian P. Kemp, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

### KDC Consulting, LLC

a **Domestic Limited Liability Company**

has been duly organized under the laws of the State of Georgia on **07/26/2016** by the filing of articles of organization in the Office of the Secretary of State and by the paying of fees as provided by Title 14 of the Official Code of Georgia Annotated.

WITNESS my hand and official seal in the City of Atlanta
and the State of Georgia on 07/28/2016



Brian P. Kemp
Secretary of State

# ARTICLES OF ORGANIZATION

*Electronically Filed*
Secretary of State
Filing Date: 7/26/2016 3:46:17 PM

| BUSINESS INFORMATION | |
|---|---|
| **CONTROL NUMBER** | 16071664 |
| **BUSINESS NAME** | KDC Consulting, LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 07/26/2016 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| **ADDRESS** | 120 Crown Chase Drive, Stockbridge, GA, 30281, USA |

| REGISTERED AGENT'S NAME AND ADDRESS | |
|---|---|
| **NAME** | **ADDRESS** |
| Kenneth Curry Jr. | 120 Crown Chase Drive, Henry, Stockbridge, GA, 30281, USA |

| ORGANIZER(S) | | |
|---|---|---|
| **NAME** | **TITLE** | **ADDRESS** |
| Leslie A. Erwin, P.C. | ORGANIZER | 70 Macon Street, McDonough, GA, 30253, USA |

| OPTIONAL PROVISIONS |
|---|
| N/A |

| AUTHORIZER INFORMATION | |
|---|---|
| **AUTHORIZER SIGNATURE** | Leslie A. Erwin, P.C. by Leslie A. Erwin |
| **AUTHORIZER TITLE** | Organizer |

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 1/31/2017 11:28:12 PM

| BUSINESS INFORMATION | |
|---|---|
| **CONTROL NUMBER** | 16071664 |
| **BUSINESS NAME** | KDC Consulting, LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 01/31/2017 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| **ADDRESS** | 120 Crown Chase Drive, Stockbridge, GA, 30281, USA |

| REGISTERED AGENT'S NAME AND ADDRESS | |
|---|---|
| **NAME** | **ADDRESS** |
| Kenneth Curry Jr. | 120 Crown Chase Drive, Henry, Stockbridge, GA, 30281, USA |

| AUTHORIZER INFORMATION | |
|---|---|
| **AUTHORIZER SIGNATURE** | Kenneth Curry Jr. |
| **AUTHORIZER TITLE** | Manager |



Brian P. Kemp
Secretary of State

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 2/11/2018 8:41:43 AM

| BUSINESS INFORMATION | |
|---|---|
| **CONTROL NUMBER** | 16071664 |
| **BUSINESS NAME** | KDC Consulting, LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 02/11/2018 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| **ADDRESS** | 120 Crown Chase Drive, Stockbridge, GA, 30281, USA |

| REGISTERED AGENT'S NAME AND ADDRESS | |
|---|---|
| **NAME** | **ADDRESS** |
| Kenneth Curry Jr. | 120 Crown Chase Drive, Henry, Stockbridge, GA, 30281, USA |

| AUTHORIZER INFORMATION | |
|---|---|
| **AUTHORIZER SIGNATURE** | Kenneth Curry Jr |
| **AUTHORIZER TITLE** | Organizer |

# STATE OF GEORGIA
## Secretary of State
**Corporations Division**
**313 West Tower**
**2 Martin Luther King, Jr. Dr.**
**Atlanta, Georgia 30334-1530**

**ANNUAL REGISTRATION**                              *Electronically Filed*
                                                     Secretary of State
                                                     Filing Date: 3/25/2019 9:17:41 PM

| BUSINESS INFORMATION | |
|---|---|
| **CONTROL NUMBER** | 16071664 |
| **BUSINESS NAME** | KDC Consulting, LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 03/25/2019 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| **ADDRESS** | 120 Crown Chase Drive, Stockbridge, GA, 30281, USA |

| REGISTERED AGENT | | |
|---|---|---|
| **NAME** | **ADDRESS** | **COUNTY** |
| Kenneth Curry Jr. | 120 Crown Chase Drive, Stockbridge, GA, 30281, USA | Henry |

| AUTHORIZER INFORMATION | |
|---|---|
| **AUTHORIZER SIGNATURE** | Kenneth Curry Jr. |
| **AUTHORIZER TITLE** | Organizer |

# STATE OF GEORGIA
## Secretary of State
### Corporations Division
### 313 West Tower
### 2 Martin Luther King, Jr. Dr.
### Atlanta, Georgia 30334-1530

**ANNUAL REGISTRATION**

*Electronically Filed*
Secretary of State
Filing Date: 2/12/2020 10:34:52 PM

| BUSINESS INFORMATION | |
|---|---|
| **CONTROL NUMBER** | 16071664 |
| **BUSINESS NAME** | KDC Consulting, LLC |
| **BUSINESS TYPE** | Domestic Limited Liability Company |
| **EFFECTIVE DATE** | 02/12/2020 |
| **ANNUAL REGISTRATION PERIOD** | 2020 |

| PRINCIPAL OFFICE ADDRESS | |
|---|---|
| **ADDRESS** | 120 Crown Chase Drive, Stockbridge, GA, 30281, USA |

| REGISTERED AGENT | | |
|---|---|---|
| **NAME** | **ADDRESS** | **COUNTY** |
| Kenneth Curry Jr. | 120 Crown Chase Drive, Stockbridge, GA, 30281, USA | Henry |

| AUTHORIZER INFORMATION | |
|---|---|
| **AUTHORIZER SIGNATURE** | Kenneth D. Curry Jr. |
| **AUTHORIZER TITLE** | Organizer |

Control Number : 16071664

# STATE OF GEORGIA
## Secretary of State
Corporations Division
313 West Tower
2 Martin Luther King, Jr. Dr.
Atlanta, Georgia 30334-1530

### CERTIFICATE OF TERMINATION

I, **Brad Raffensperger**, the Secretary of State and the Corporation Commissioner of the State of Georgia, hereby certify under the seal of my office that

**KDC Consulting, LLC**
**a Domestic Limited Liability Company**

has been duly terminated on **12/01/2020** under the laws of the State of Georgia by the filing of documents in the office of the Secretary of State and by the paying of fees as required by the Official Code of Georgia Annotated and the Rules and Regulations promulgated there under. Attached hereto is a true and correct copy of said documents.

WITNESS my hand and official seal in the City of Atlanta and the State of Georgia on **12/01/2020**.



Brad Raffensperger
Secretary of State

# Certificate of Termination

*Electronically Filed*
Secretary of State
Filing Date: 12/1/2020 4:37:28 PM

**Business Information**

| | |
|---|---|
| Business Name | : KDC Consulting, LLC |
| Control Number | : 16071664 |
| Date of Formation | : 07/26/2016 |
| Business Type | : Domestic Limited Liability Company |

**Article 2**

All known debts, liabilities and obligations of the limited liability company have been paid, discharged, or barred.

**Article 3**

There are no actions pending against the limited liability company in any court.

**Article 4**

The certificate of termination shall be effective on : 12/01/2020

**Authorizer Information**

**Authorizer Signature :** Kenneth Curry Jr.         **Authorizer Title :** Organizer