# Exhibit G



**Addendum to Master Subcontractor Agreement between GRC Solutions and
KDC Consulting LLC**

**Date of Master Agreement:**  October 9, 2017

**Date of This Addendum:**  October 9, 2017

**Basis for work to be performed:**  Time and Materials

**Time required:**  Minimum 40 hours per week up to estimated 60 hours per week for estimated 12 - 20 weeks through year end 2017.  (Client bank is currently open extended hours, plus additional hours on federal holidays).

**Contractor who will perform the services:  Kenneth D. Curry Jr.**

**Description of Work to be performed for Client of GRC Solutions:**  Apple Bank for Savings

**Project** – Lookback Review Phase 2

- Start Date – Tuesday October 10, 2017
- Location – Client site, 2100 Broadway at West 73rd Street, NY, 10023; work is expected to be performed onsite
- Roles and Nature of work –  AML Investigator (see attached job description)

**Compensation:**  $75 per hour on 1099 basis, plus reimbursement of daily commutation expense on public transportation; invoices supported by time record-keeping into GRC portal (accesses to be provided prior to start)

**Designated Liaison(s):**      Ted Kawoczka, Managing Director, GRC Solutions
Whitney Rolle, Project Manager
Felicia Reback, Project Manager
Deepa Keswani Teckchandani, Project Manager
Louise Hyland, Human Resources, P&G Associates and GRC Solutions

Agreed and accepted:

___10/8/2017___
Date

Kenneth D Curry for KDC Consulting LLC

October 9, 2017 ___

Ted Kawoczka, Managing Director, GRC Solutions