# Exhibit H



## Addendum to Master Subcontractor Agreement between GRC Solutions and KDC Consulting LLC

**Date of Master Agreement:** October 9, 2017

**Date of This Addendum:** January 22, 2018

**Basis for work to be performed:** Time and Materials

**Time required:** Minimum 40 hours per week.

**Contractor who will perform the services:** Kenneth D. Curry Jr.

**Description of Work to be performed for Client of GRC Solutions:** Apple Bank for Savings

**Project** – Lookback Review Phase 2

- Effective Date – Monday December 18, 2017
- Location – Client site, 2100 Broadway at West 73rd Street, NY, 10023; work is expected to be performed onsite
- Roles and Nature of work – AML Investigator (see attached job description)

**Compensation:** Rate adjustment to $90 per hour on 1099 basis

**Designated Liaison(s):**     Ted Kawoczka, Managing Director, GRC Solutions
Whitney Rolle, Project Manager
Toni Weirauch, Project Manager
Deepa Keswani Teckchandani, Project Manager
Louise Hyland, Human Resources, P&G Associates and GRC Solutions

Agreed and accepted:

1/22/2018
Date

_Kenneth D Curry_
Kenneth D Curry for KDC Consulting LLC

January 22, 2018

_Ted Kawoczka_
Ted Kawoczka, Managing Director, GRC Solutions

33 Wood Ave South, Suite 600, Iselin NJ 08830 • (o) 855.860.4777 • (f) 732.651.1195 www.grcrisksolutions.com