# Exhibit I

### Contact

www.linkedin.com/in/kenneth-d-curry-jr-8921539 (LinkedIn)

### Top Skills

Private Investigations
Fraud
Investigation

# Kenneth D. Curry Jr.

BSA/AML - Analyst-Investigator
Stockbridge

## Summary

BSA/AML - Consultant-Retired Police Detective

Investigative professional with substantial combined experience in Bank Secrecy Act/Anti-Money Laundering, Fraud investigations, Municipal Law Enforcement and Corporate Security

Provides investigative and analytical services to financial institutions seeking to identify risk, needing assistance with BSA/AML programs or are under regulatory review for deficiencies in their AML/BSA programs, which includes Alert Clearing, Transaction Monitoring, Suspicious Activity, Know Your Customer (KYC), Customer Due Diligence (CDD), Enhanced Due Diligence (EDD) and Office of Foreign Asset Control (OFAC) sanctions programs

Conducts investigation and analysis of customer accounts of past activity, commonly referred to as a "Look Back" review, which sometimes requires the preparation of detailed reports, such as Suspicious Activity Reports (SARs and Non-SARs), or the completion of complex datasheets

Performs Quality Control (QC) reviews of investigations surrounding suspicious and non-suspicious activity

Utilizes a broad range of regulatory resources such as the USA Patriot Act, the Financial Crimes Enforcement Network (FinCen), OFAC, Federal Financial Institutions Examination Council (FFIEC), the Code of Federal Regulations (CFR), Office of the Comptroller of Currency (OCC), Federal Deposit Insurance Corporation (FDIC), Financial Action Task Force (FATF), and intelligence resources such as the Regulatory Data Corporation (RDC), World Check, Lexis Nexis, CLEAR, Threat Metrix and the Internet

Advanced skills with the Microsoft Office Products (Word, Excel, and Power Point), working knowledge of Outlook, Goggle Sheets, My

Drive, Lotus Notes, and the Internet, also utilizes various transaction and compliance monitoring systems such as Actimize, Norkom and Patriot Officer

---

## Experience

KDC Consulting, LLC
Financial Crime Consultant
March 2006 - Present (14 years 10 months)
GA

KOHLBERG KRAVIS ROBERTS & CO. LTD
Anti-Money Laundering Investigator
April 2020 - May 2020 (2 months)
Remote

Conducted KYC of high-net worth investors to insure their compliance with AML/BSA requirements.

Synovus
Anti-Money Laundering Investigator
October 2019 - March 2020 (6 months)
Weston, Florida, United States

Performed annual and first time KYC/EDD of high-risk customers, pursuant to a merger between Florida Community Bank and Synovus Bank, in preparation for a regulatory review. Specific duties included KCY/EDD of "non-profit" organizations.

PwC
AML/BSA Analyst-Investigator
January 2019 - April 2019 (4 months)
Columbia, South Carolina Metropolitan Area

Performed investigative analysis, KYC, due diligence and transaction monitoring pursuant to an OCC ordered "look-back".

Apple Bank
BSA/AML Consultant
October 2017 - August 2018 (11 months)
New York, New York

Performed investigative analysis, KYC, due diligence and transaction monitoring pursuant to an FDIC ordered "look-back". Duties included but were

not limited to, investigation/analysis and disposition of complex customer transactions, trained and coached new investigators, assigned to the escalations team and prepared cases for potential Suspicious Activity Reports (SARs).

Agricultural Bank of China
Senior Consultant
June 2017 - September 2017 (4 months)

Performed investigative analysis of trade based transactions involving international sellers and buyers engaged in commodity trading. Analysis included reviews of transactions involving letters of credit, invoices, contracts, bill of lading, customs declarations and other related documents. Analysis also included due diligence of bank customers and entities involved in trade based transactions.

## Education

Ellis University
Interdisciplinary Studies

Prince George's Community College
General Academics