# Exhibit L

# Electronic Articles of Organization For Florida Limited Liability Company

L13000114567
FILED 8:00 AM
August 14, 2013
Sec. Of State
jbryan

## Article I

The name of the Limited Liability Company is:

BROPIL CONSULTING, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

12840 NW 18TH COURT
PEMBROKE PINES, FL. US  33028

The mailing address of the Limited Liability Company is:

12840 NW 18TH COURT
PEMBROKE PINES, FL. US  33028

## Article III

The purpose for which this Limited Liability Company is organized is:

ANY AND ALL LAWFUL BUSINESS. CONSULTING SERVICES.

## Article IV

The name and Florida street address of the registered agent is:

JACQUELINE  BROWN PILGRIM
12840 NW 18TH COURT
PEMBROKE PINES, FL.   33028

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity.  I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature:   JACQUELINE BROWN-PILGRIM

## Article V

The name and address of managing members/managers are:

Title: MGRM
JACQUELINE M BROWN-PILGRIM
12840 NW 18TH COURT
PEMBROKE PINES, FL.   33028   US

Title: MGR
DENNIS A PILGRIM
12840 NW 18TH COURT
PEMBROKE PINES, FL.   33028   US

L13000114567
FILED 8:00 AM
August 14, 2013
Sec. Of State
jbryan

Signature of member or an authorized representative of a member

Electronic Signature: J BROWN-PILGRIM

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true.  I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.

# 2015 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT

DOCUMENT# L13000114567

**Entity Name:** BROPIL CONSULTING, LLC

**FILED**
**Oct 09, 2015**
**Secretary of State**
**CR7309530707**

**Current Principal Place of Business:**

12840 NW 18TH COURT
PEMBROKE PINES, FL 33028

**Current Mailing Address:**

12840 NW 18TH COURT
PEMBROKE PINES, FL 33028 US

**FEI Number:** 46-3430374

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

BROWN PILGRIM, JACQUELINE
12840 NW 18TH COURT
PEMBROKE PINES, FL 33028 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JACQUELINE BROWN PILGRIM                                                                10/09/2015
                      Electronic Signature of Registered Agent                                                           Date

**Authorized Person(s) Detail :**

| | | | | |
|---|---|---|---|---|
| Title | MGRM | | Title | MGR |
| Name | BROWN-PILGRIM, JACQUELINE M | | Name | PILGRIM, DENNIS A |
| Address | 12840 NW 18TH COURT | | Address | 12840 NW 18TH COURT |
| City-State-Zip: | PEMBROKE PINES FL 33028 | | City-State-Zip: | PEMBROKE PINES FL 33028 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JACQUELINE BROWN-PILGRIM                              MGRM                              10/09/2015
                      Electronic Signature of Signing Authorized Person(s) Detail                                            Date

# 2016 FLORIDA LIMITED LIABILITY COMPANY REINSTATEMENT

DOCUMENT# L13000114567

**FILED**
**Oct 04, 2016**
**Secretary of State**
**CR3229674773**

**Entity Name:** BROPIL CONSULTING, LLC

**Current Principal Place of Business:**

12840 NW 18TH COURT
PEMBROKE PINES, FL 33028

**Current Mailing Address:**

12840 NW 18TH COURT
PEMBROKE PINES, FL 33028 US

**FEI Number:** 46-3430374

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

BROWN PILGRIM, JACQUELINE
12840 NW 18TH COURT
PEMBROKE PINES, FL 33028 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:   JACQUELINE BROWN PILGRIM                                                   10/04/2016
             Electronic Signature of Registered Agent                                    Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGRM | Title | MGR |
| Name | BROWN-PILGRIM, JACQUELINE M | Name | PILGRIM, DENNIS A |
| Address | 12840 NW 18TH COURT | Address | 12840 NW 18TH COURT |
| City-State-Zip: | PEMBROKE PINES FL 33028 | City-State-Zip: | PEMBROKE PINES FL 33028 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JACQUELINE M BROWN-PILGRIM                    MANAGING MEMBER         10/04/2016
           Electronic Signature of Signing Authorized Person(s) Detail                Date

# 2017 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L13000114567

**Entity Name:** BROPIL CONSULTING, LLC

**FILED**
**Sep 01, 2017**
**Secretary of State**
**CC8979174969**

**Current Principal Place of Business:**

12840 NW 18TH COURT
PEMBROKE PINES, FL 33028

**Current Mailing Address:**

12840 NW 18TH COURT
PEMBROKE PINES, FL 33028 US

**FEI Number:** 46-3430374

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BROWN PILGRIM, JACQUELINE
12840 NW 18TH COURT
PEMBROKE PINES, FL 33028 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JACQUELINE BROWN PILGRIM                              09/01/2017
　　　　　　Electronic Signature of Registered Agent                          Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGRM | Title | MGR |
| Name | BROWN-PILGRIM, JACQUELINE M | Name | PILGRIM, DENNIS A |
| Address | 12840 NW 18TH COURT | Address | 12840 NW 18TH COURT |
| City-State-Zip: | PEMBROKE PINES FL 33028 | City-State-Zip: | PEMBROKE PINES FL 33028 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JACQUELINE BROWN-PILGRIM　　　　　　MANAGING MEMBER　　09/01/2017
　　　　　　Electronic Signature of Signing Authorized Person(s) Detail　　　　　　Date

# 2018 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L13000114567

**Entity Name:** BROPIL CONSULTING, LLC

**FILED**
**Apr 30, 2018**
**Secretary of State**
**CC6396241766**

**Current Principal Place of Business:**

12840 NW 18TH COURT
PEMBROKE PINES, FL 33028

**Current Mailing Address:**

12840 NW 18TH COURT
PEMBROKE PINES, FL 33028 US

**FEI Number:** 46-3430374

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

BROWN PILGRIM, JACQUELINE
12840 NW 18TH COURT
PEMBROKE PINES, FL 33028 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JACQUELINE BROWN PILGRIM          04/30/2018
Electronic Signature of Registered Agent                Date

**Authorized Person(s) Detail:**

| | | | |
|---|---|---|---|
| Title | MGRM | Title | MGR |
| Name | BROWN-PILGRIM, JACQUELINE M | Name | PILGRIM, DENNIS A |
| Address | 12840 NW 18TH COURT | Address | 12840 NW 18TH COURT |
| City-State-Zip: | PEMBROKE PINES FL 33028 | City-State-Zip: | PEMBROKE PINES FL 33028 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JACQUELINE BROWN-PILGRIM     MANAGING MEMBER     04/30/2018
Electronic Signature of Signing Authorized Person(s) Detail                Date

**2019 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L13000114567

**FILED**
**Apr 29, 2019**
**Secretary of State**
**2950745387CC**

**Entity Name:** BROPIL CONSULTING, LLC

**Current Principal Place of Business:**

12840 NW 18TH COURT
PEMBROKE PINES, FL 33028

**Current Mailing Address:**

12840 NW 18TH COURT
PEMBROKE PINES, FL 33028 US

**FEI Number:** 46-3430374

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

BROWN PILGRIM, JACQUELINE
12840 NW 18TH COURT
PEMBROKE PINES, FL 33028 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JACQUELINE BROWN PILGRIM                                                04/29/2019
            Electronic Signature of Registered Agent                                           Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGRM | Title | MGR |
| Name | BROWN-PILGRIM, JACQUELINE M | Name | PILGRIM, DENNIS A |
| Address | 12840 NW 18TH COURT | Address | 12840 NW 18TH COURT |
| City-State-Zip: | PEMBROKE PINES FL 33028 | City-State-Zip: | PEMBROKE PINES FL 33028 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JACQUELINE BROWN-PILGRIM                    MGRM                        04/29/2019
            Electronic Signature of Signing Authorized Person(s) Detail                        Date

# 2020 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L13000114567

**Entity Name:** BROPIL CONSULTING, LLC

**FILED**
**Jun 26, 2020**
**Secretary of State**
**7791082412CC**

**Current Principal Place of Business:**

12840 NW 18TH COURT
PEMBROKE PINES, FL 33028

**Current Mailing Address:**

12840 NW 18TH COURT
PEMBROKE PINES, FL 33028 US

**FEI Number:** 46-3430374

**Certificate of Status Desired:** Yes

**Name and Address of Current Registered Agent:**

BROWN PILGRIM, JACQUELINE
12840 NW 18TH COURT
PEMBROKE PINES, FL 33028 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: JACQUELINE BROWN PILGRIM             06/26/2020
Electronic Signature of Registered Agent                Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | MGRM | Title | MGR |
| Name | BROWN-PILGRIM, JACQUELINE M | Name | PILGRIM, DENNIS A |
| Address | 12840 NW 18TH COURT | Address | 12840 NW 18TH COURT |
| City-State-Zip: | PEMBROKE PINES FL 33028 | City-State-Zip: | PEMBROKE PINES FL 33028 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JACQUELINE BROWN-PILGRIM      MGRM      06/26/2020
Electronic Signature of Signing Authorized Person(s) Detail                Date

FILED  
Dec 10, 2020  
Secretary of State

# ARTICLES OF DISSOLUTION

Pursuant to section 605.0707, Florida Statutes, this Florida limited liability company submits the following Articles of Dissolution:

The name of the limited liability company as currently filed with the Florida Department of State:

BROPIL CONSULTING, LLC

The document number of the limited liability company: L13000114567

The file date of the articles of organization: August 14, 2013

The effective date of the dissolution if not effective on the date of filing: December 10, 2020

A description of occurance that resulted in the limited liability company's dissolution:

NO LONGER IN BUSINESS.

The name and address of the person appointed to wind up the company's activities and affairs:

JACQUELINE M BROWN-PILGRIM  
12840 NW 18TH COURT  
PEMBROKE PINES, FL  33028     US

I/we submit this document and affirm that the facts stated herein are true.  I/we am/are aware that any false information submitted in a document to the Department of State constitutes a third degree felony as provided for in section 817.155, Florida Statutes.

Signature:    JACQUELINE M BROWN-PILGRIM

Electronic Signature of authorized person