# KLEIN LAW GROUP

JULIA H. KLEIN
JULIAKLEINLAW@GMAIL.COM

February 8, 2021

**VIA ECF**

Honorable Sara L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 1670
New York, New York 10007

      Re:   *Curry v. P&G Auditors and Consultants et al.*
             **Civil Action No.:  20 Civ. 6985 (LTS) (SLC)**

Dear Judge Cave:

My firm represents the Plaintiffs in the above-referenced matter. We write with the consent of counsel for Apple Bancorp, Inc. d/b/a Apple Bank for Savings and counsel for GRC Solutions, LLC, P&G Auditors and Consultants, LLC, PGX, LLC (collectively, the "Contractor Defendants") to request an adjournment of the deadline to file a response to the crossclaims brought by Contractor Defendants. Plaintiffs respectfully request that their deadline to respond to the crossclaims be moved from February 10 to February 17, 2021.

This is the second request for an extension. The reason for the request is to allow parties to engage in conversations to determine whether Plaintiffs' contemplated motion to dismiss Contractor Defendants' crossclaims will be necessary.

As always, we thank the Court for its attention to this matter.

                                            Respectfully,

                                            /s/
                                            Julia H. Klein

Cc:  All parties of record (via ECF)