# KLEIN LAW GROUP

### JULIA H. KLEIN
JULIAKLEINLAW@GMAIL.COM

> The parties' letter-motion for an extension (ECF No. 92) is GRANTED, and the parties shall file their proposed case management plan **today, Monday, February 22, 2021**.
>
> The Clerk of Court is respectfully directed to close ECF No. 92.
>
> SO-ORDERED 2/22/2021
>
> *SARAH L. CAVE*
> United States Magistrate Judge

February 19, 2021

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: **Curry v. P&G Auditors and Consultants, LLC**
    **No. 20 Civ. 6985 (LTS) (SLC)**

Dear Judge Cave:

    I represent the Plaintiffs in the above-referenced action. I write to request an extension of the deadline for the parties to submit their proposed case management plan. The plan is due today, February 19, and we would like to extend the deadline to Monday, February 22, 2021. All parties have agreed to this extension, and this is the first request for an extension of this deadline. I apologize for the lateness of this request, but the parties have a number of differing positions regarding discovery given the complexity of the case, and this complicates the preparation of the case management plan. We seek this one business day extension of the deadline so that the parties can either resolve their differences or appropriately identify their disputes in the case management plan. We thank the Court for its attention to this matter.

Respectfully submitted,

Julia Klein

cc: All counsel (via ECF)