UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CURRY, et al.,

            Plaintiffs,

-v-

P&G AUDITORS AND CONSULTANTS, LLC, et al.,

            Defendants.

CIVIL ACTION NO.: 20 Civ. 6985 (LTS) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The parties appeared for an Initial Case Management Conference this morning (see ECF No. 74) concerning their Report of Rule 26(f) Conference and Proposed Case Management Plan. (ECF No. 94).

The Court rules as follows:

1) The deadline for the completion of all fact discovery is **Thursday, September 30, 2021**. Within this time period, the parties shall initially (that is, for three months from the date of this order) focus discovery on information related to and the depositions of the three named-Plaintiffs: Kenneth Curry, Ricardo Mazzitelli, and Jacqueline Brown Pilgrim.

2) A Telephone Status Conference is scheduled for **Thursday, May 27, 2021 at 11:00 am** on the Court's conference line. The Court will set further discovery and case management deadlines, including interim deadlines, at this conference. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

3) The parties do not consent to trial before a Magistrate Judge. (ECF No. 94 at ¶ 12(c)).

2

Dated: New York, New York
February 26, 2021

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**