KLEIN LAW GROUP OF NEW YORK PLLC
120 East 79th Street, Suite 1A
New York, New York 10021
(347) 292-8170
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH CURRY, RICARDO MAZZITELLI, JACQUELINE BROWN PILGRIM, on behalf of themselves and other similarly situated, | **NOTICE OF MOTION** <br> **Index No 20-cv-6985** |
| Plaintiffs, | |
| - against - | |
| P&G AUDITORS AND CONSULTANTS, LLC; GRC SOLUTIONS, LLC; PGX, LLC; AND APPLE BANCORP, INC. d/b/a APPLE BANK FOR SAVINGS, | |
| Defendants | |
| And | |
| PGX, LLC, | |
| Crossclaim Plaintiff, | |
| Against | |
| KDC CONSULTING, LLC, KENNETH CURRY (IN HIS CAPACITY AS MANAGING MEMBER OF KDC CONSULTING, LLC), BROPIL CONSULTING, LLC, JACQUELINE BROWN-PILGRIM (IN HER CAPACITY AS MANAGING MEMBER OF BROPIL CONSULTING, LLC), and DENNIS PILGRIM (IN HIS CAPACITY AS MANAGING MEMBER OF BROPIL CONSULTING, LLC), | |
| Crossclaim Defendants. | |

**PLEASE TAKE NOTICE**, that upon the Memorandum of Law in Support of their Motion to Dismiss the Complaint, dated March 2, 2021; and the Declaration of Julia H. Klein, Esq., dated

March 2, 2021, and all exhibits attached thereto, and upon all the papers and proceedings had herein, Crossclaim Defendants KDC Consulting, LLC, Kenneth Curry (in his capacity as managing member of KDC Consulting, LLC), Bropil Consulting, LLC, Jacqueline Brown-Pilgrim (in her capacity as managing member of Bropil Consulting, LLC) and Dennis Pilgrim (in his capacity as managing member of Bropil Consulting, LLC) (collectively, "Crossclaim Defendants') will move this Court, before the Honorable Laura Taylor Swain, at the United States Courthouse for the Southern District of New York located at 500 Pearl Street, New York, New York, 10007 on a date and at a time to be designated by the Court, for an Order:

    1. Dismissing Crossclaim Plaintiff PGX, LLC's Crossclaims with Prejudice; and,

    2. Granting such further relief as the Court deems just and proper.

In accordance with Rule 2.b.ii. of the Court's Individual Rules of Practice, I certify that I have used my best efforts to try and informally the matters raised in this Motion. I have communicated with counsel for Crossclaim Plaintiff PGX by email and in a telephonic meet and confer. As part of these efforts to informally resolve the matters raised in this Motion, Crossclaim Plaintiff PGX has already amended its Crossclaims but the parties have not been able to resolve the remaining issues.

Dated: March 2, 2021

                        Respectfully submitted,
                        By: /s/ Julia Klein
                            Julia Klein
                            120 East 79th Street, Suite 1A
                            New York, New York 10021
                            347.292.8170
                            jklein@kleinlegalgroup.com
                            Attorneys for Plaintiff