JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-688-2548 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

March 5, 2021

**VIA ECF**

Hon. Laura Taylor Swain
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: Curry v. P&G Auditors and Consultants, LLC
      No. 20 Civ. 6985 (LTS) (SLC)

Dear Judge Swain:

  Together with Klein Law Group of New York PLLC, we represent the Plaintiffs/Crossclaim Defendants in the above-referenced action. I write to inform the Court that the Plaintiffs and the Contractor Defendants (P&G Auditors and Consultants, LLC, GRC Solutions, LLC, and PGX, LLC, which is also the Crossclaim Plaintiff) have agreed to engage in mediation to seek a resolution in this case. As such, the parties respectfully request the Crossclaim Defendants' motion to dismiss the crossclaims, which was filed on March 2, 2021, be held in abeyance pending the outcome of mediation. If the parties do not reach a resolution, the parties respectfully request, as set forth in the attached stipulation, that the Crossclaim Plaintiffs' opposition to the motion be due 30 days after the parties inform the Court that mediation was unsuccessful. This is the first request for an extension of time, and all parties consent to this request. We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Denise A. Schulman
Denise A. Schulman

---

Application granted.

The Clerk of Court is respectfully directed to close ECF No. 100.

SO-ORDERED 3/5/2021

SARAH L. CAVE
United States Magistrate Judge