# Joseph & Kirschenbaum LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

May 7, 2021

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re: Curry v. P&G Auditors and Consultants, LLC
      No. 20 Civ. 6985 (LTS) (SLC)

Dear Judge Cave:

  Together with Klein Law Group of New York PLLC and the Mathis Law Group, we represent the Plaintiffs in the above-referenced action. Pursuant to the Court's March 5, 2021 Order, I write on behalf of all parties to inform the Court that the Plaintiffs and the Contractor Defendants have a mediation scheduled for May 13, 2021. Accordingly, we respectfully propose that the parties update the Court as to the outcome of mediation no later than May 20, 2021. We thank the Court for its attention to this matter.

            Respectfully submitted,

            /s/ Denise A. Schulman
            Denise A. Schulman

cc: All counsel (via ECF)