# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

May 20, 2021

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re: Curry v. P&G Auditors and Consultants, LLC
         No. 20 Civ. 6985 (LTS) (SLC)

Dear Judge Cave:

   Together with Klein Law Group of New York PLLC and the Mathis Law Group, we represent the Plaintiffs in the above-referenced action. I write on behalf of all parties to inform the Court that the parties did not reach a settlement at the May 13, 2021 mediation. Accordingly, we respectfully request that the stay in this action be lifted and that the Contractor Defendants' opposition to Plaintiffs' motion to dismiss the crossclaims be due on June 21, 2021, with Plaintiffs' reply due July 8, 2021. In addition, we respectfully request that the status conference scheduled for May 27, 2021 be converted to oral argument on Plaintiffs' motion for conditional collective certification under the FLSA. We thank the Court for its attention to this matter.

                Respectfully submitted,

                /s/ Denise A. Schulman
                Denise A. Schulman

cc: All counsel (via ECF)