# PROPOSED TEXT MESSAGE NOTICE

If you ~~were employed~~provided services as an Anti Money Laundering investigator, ~~or~~ an Anti Money Laundering Quality Assurance reviewer, or a Team Lead, on either of the Apple Bank Lookback Review ~~Project~~Projects from ~~August 28, 2017~~[3 years and 102 days before notice mailing] to the present, please read this notice as you may be entitled to join a lawsuit claiming back pay for overtime compensation. For additional information about the case, including how to join, please call Julia H. Klein, Esq. of the Klein Law Group of New York, PLLC at (347) 292-~~8178~~170.