PROPOSED TEXT MESSAGE NOTICE

If you provided services as an Anti Money Laundering investigator, an Anti Money Laundering Quality Assurance reviewer, or a Team Lead on either of the Apple Bank Lookback Review Projects~~If you were employed worked as an Anti Money Laundering investigator, or an Anti Money Laundering Quality Assurance reviewer, or a Team Lead, on the Apple Bank Lookback Review Project~~ from ~~August 28, 2017~~[3 years before ~~notice mailing~~text message is sent] to the present, please read this notice. ~~as y~~You may be ~~entitled~~ eligible to join a lawsuit ~~claiming~~ seeking back pay for overtime compensation. If you elect to participate, you or your business entity may be held liable for costs and may be subject to crossclaims. For additional information about the case, ~~including how to join,~~ please call Julia H. Klein, Esq. of the Klein Law Group of New York, PLLC at (347) 292-817