# KLEIN LAW GROUP

## JULIA H. KLEIN

July 1, 2021

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17C
New York, New York 10007

Re: **Curry v. P&G Auditors and Consultants et al.**
Index No. 20-cv-06985

Dear Judge Swain:

Together with Joseph & Kirschenbaum, LLP and the Mathis Law Group, my firm represents the Plaintiffs and Cross-Claim Defendants in the above-referenced matter. We write to request a brief adjournment of the deadline to file our reply in support of Cross-Claim Defendants motion to dismiss the Cross-Claim Plaintiff's cross claims. The current deadline is July 8, 2021, and we request an adjournment of this deadline to July 18, 2021. This is the first request for an extension of this deadline and will not affect any existing deadlines in this Action. The reason for the request is that my family is currently dealing with an illness. Defendants have indicated that they will not oppose this request.

As always, we thank the Court for its attention to this matter.

Respectfully submitted,

Julia Klein