PROPOSED TEXT MESSAGE NOTICE

If you provided services as an Anti Money Laundering investigator, or an Anti Money Laundering Quality Assurance reviewer, or a Team Lead, on either of the Apple Bank Lookback Review Projects from [3 years and 102 days before notice mailing] to the present, please read this notice as you may be eligible to join a lawsuit claiming back pay for overtime compensation.  For additional information about the case, including receiving the full notice about the lawsuit, how to join, and what happens if you join, please call Julia H. Klein, Esq. of the Klein Law Group of New York, PLLC at (347) 292-8170.