

fisherphillips.com

> The parties' letter-motion (ECF No. 137) requesting to adjourn the in-person status conference scheduled for August 5, 2021 is GRANTED, and the conference is ADJOURNED sine die.
>
> The Clerk of Court is respectfully directed to close ECF No. 137.
>
> SO ORDERED 8/4/2021
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

August 3, 2021

**Via ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *Curry et al. v. P & G Auditors & Consultants, LLC et al.*,
             Civil Action No. 20-cv-6985 (LTS) (SLC)

Dear Judge Cave:

      We represent P&G Auditors and Consultants, LLC, GRC Solutions, LLC, and PGX, LLC in the above-captioned matter. We write on behalf of all Parties in the above-referenced action. Pursuant to the Court's July 21, 2021 order (ECF Dkt. No. 130), please find a single version of the revised Notice of Pendency and Proposed Text Message. After meeting and conferring, the Parties write to inform the Court that they have agreed upon the language to be used in the Notice of Pendency and Proposed Text Message.

      The only issue that the Parties wish to bring to the Court's attention pertains to the period of the conditionally certified class. The Court's June 14, 2021 Opinion and Order (the "Order") granted conditional certification of a "collective comprised of AMLs, TLs, and QAs who worked on Project/Lookback 2 and Project 2/Lookback 2 within three (3) years of distribution of notice…." (*See* Dkt.122 p. 33.) However, the Parties have stipulated to 102 days of tolling, and have indicated this in the revised Notice of Pendency. The Parties raise this to the Court so that it is aware of the discrepancy between the revised Notice of Pendency and the Court's Order.

      In light of the fact that no dispute remains with respect to the language to be included in either the Notice of Pendency or Proposed Text Message, the Parties jointly request that the conference scheduled for August 5, 2021 be adjourned.

      Thank you for Your Honor's attention to this matter.

                            Respectfully submitted,

                            *s/ Seth D. Kaufman*
                        **Fisher & Phillips LLP**

Atlanta • Baltimore • Bethesda • Boston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Detroit • Fort Lauderdale • Gulfport
Houston • Irvine • Kansas City • Las Vegas • Los Angeles • Louisville • Memphis • Nashville • New Jersey • New Orleans • New York • Orlando • Philadelphia
Phoenix • Pittsburgh • Portland • Sacramento • San Diego • San Francisco • Seattle • Tampa • Washington, DC
FP 41278937.2

                                        Seth D. Kaufman
                                    For FISHER & PHILLIPS LLP

cc:    Counsel of record (via ECF)

Enclosures: Revised Notice of Pendency and Proposed Text Message