FAIR LABOR STANDARDS ACT CONSENT

1.      I consent to be a party Plaintiff in the lawsuit against P&G AUDITORS AND CONSULTANTS, LLC; GRC SOLUTIONS, LLC; PGX, LLC; AND APPLE BANCORP., INC., d/b/a APPLE BANK FOR SAVINGS and/or related entities and individuals in order to seek redress for violations of the Fair Labor Standards Act, pursuant to 29 U.S.C. § 216(b).

2.      By signing and returning this consent form, I hereby designate KLEIN LAW GROUP OF NEW YORK, PLLC, JOSEPH & KIRSCHENBAUM, LLP & ROLLER LAW GROUP (collectively, the "Firms") to represent me and make decisions on my behalf concerning the litigation and any settlement.  I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs.  I understand that the Firms will petition the Court for attorneys' fees from any settlement or judgment in the amount of the greater of: (1) the "lodestar" amount, calculated by multiplying hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount.  I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

_____
Keith Wendling (Oct 28, 2021 12:01 PDT)
Signature


Keith Wendling_____
Full Legal Name (Print)