UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH CURRY, RICARDO MAZZITELLI and JACQUELINE BROWN-PILGRIM,

                Plaintiffs,

- against -

P&G AUDITORS AND CONSULTANTS, LLC, GRC SOLUTIONS, LLC, PGX, LLC and APPLE BANCORP, INC,

                Defendants

- and -

PGX, LLC,

                Crossclaim Plaintiff,

- against -

KDC CONSULTING, LLC, KENNETH CURRY (IN HIS CAPACITY AS MANAGING MEMBER OF KDC CONSULTING, LLC), BROPIL CONSULTING, LLC, JACQUELINE BROWN-PILGRIM (IN HER CAPACITY AS MANAGING MEMBER OF BROPIL CONSULTING, LLC), and DENNIS PILGRIM (IN HIS CAPACITY AS MANAGING MEMBER OF BROPIL CONSULTING, LLC),

                Crossclaim Defendants.

Case No. 20-cv-6985-LTS-SLC

**CONSENT TO JOIN FORM**

1. I consent to be a party plaintiff in this lawsuit.

2. I hereby designate the Named Plaintiffs and the Klein Law Group of New York, PLLC, Joseph & Kirschenbaum LLP, and Roller Law Group to represent me in such lawsuit

and to make decisions on my behalf concerning the litigation and settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that Klein Law Group of New York, PLLC, Joseph & Kirschenbaum LLP, and Roller Law Group will petition the Court for attorneys' fees from any settlement or judgment in the amount of the greater of: (1) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

_Edwd Sulcq_
Signature

_Edward Sulcq_
Full Legal Name (print)

[REDACTED]
Phone number*

[REDACTED]
Address*

[REDACTED]
City, State, Zip Code*

[REDACTED]
E-mail address*

*This information will not be publicly filed