UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH CURRY, RICARDO MAZZITELLI and JACQUELINE BROWN-PILGRIM, | Case No. 20-cv-6985-LTS-SLC |
| Plaintiffs, | **CONSENT TO JOIN FORM** |
| - against - | |
| P&G AUDITORS AND CONSULTANTS, LLC, GRC SOLUTIONS, LLC, PGX, LLC and APPLE BANCORP, INC, | |
| Defendants | |
| - and - | |
| PGX, LLC, | |
| Crossclaim Plaintiff, | |
| - against - | |
| KDC CONSULTING, LLC, KENNETH CURRY (IN HIS CAPACITY AS MANAGING MEMBER OF KDC CONSULTING, LLC), BROPIL CONSULTING, LLC, JACQUELINE BROWN-PILGRIM (IN HER CAPACITY AS MANAGING MEMBER OF BROPIL CONSULTING, LLC), and DENNIS PILGRIM (IN HIS CAPACITY AS MANAGING MEMBER OF BROPIL CONSULTING, LLC), | |
| Crossclaim Defendants. | |

1. I consent to be a party plaintiff in this lawsuit.

2. I hereby designate the Named Plaintiffs and the Klein Law Group of New York, PLLC, Joseph & Kirschenbaum LLP, and Roller Law Group to represent me in such lawsuit

and to make decisions on my behalf concerning thelitigation and settlement. I understand that reasonable costs expended on my behalf will be deducted from any settlement or judgment amount on a pro rata basis among all other plaintiffs. I understand that Klein Law Group of New York, PLLC, Joseph & Kirschenbaum LLP, and Roller Law Group will petition the Court for attorneys' fees from any settlement or judgment in the amount of the greater of: (1) the "lodestar" amount, calculated by multiplying reasonable hourly rates by the number of hours expended on the lawsuit, or (2) 1/3 of the gross settlement or judgment amount. I agree to be bound by any adjudication of this action by a court, whether it is favorable or unfavorable.

_[Signature]_
Signature

Address*

Whitney Rolle
Full Legal Name (print)

City, State, Zip Code*

Phone number*

E-mail address*

*This information will not be publicly filed