

**New York**
The New York Times Building
620 Eighth Avenue
36th Floor
New York, NY  10018
(212) 899-9960 Tel

**Writer's Direct Dial:**
(212) 899-9975

**Writer's E-mail:**
skaufman@fisherphillips.com

December 28, 2021

**Via ECF**
Honorable Sarah L. Cave
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *Curry et al. v. P & G Auditors & Consultants, LLC et al.*,
            Civil Action No. 20-cv-6985 (LTS) (SLC)

Dear Judge Cave:

    We represent P&G Auditors and Consultants, LLC, GRC Solutions, LLC, and PGX, LLC ("Contractor Defendants") in the above-captioned matter.  On December 14, 2021, Plaintiffs Kenneth Curry, Ricardo Mazzitelli, and Jacqueline Brown Pilgrim ("Plaintiffs") filed a motion to amend the complaint. (*See* ECF Dkt. Nos. 172-174).  We write to inform the Court that Contractor Defendants do not intend to oppose Plaintiffs' Motion to Amend the Complaint, and consent to Plaintiffs' Proposed First Amended (attached as Exhibit 1 to the Declaration of Denise A. Schulman (Dkt. 174-1)) becoming the operative complaint in this action.

    Thank you for Your Honor's attention to this matter.

                               Respectfully submitted,

                               *s/ Seth D. Kaufman*

                             Seth D. Kaufman
                             For FISHER & PHILLIPS LLP

cc:    Counsel of record (via ECF)