JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

---

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

April 1, 2022

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

         Re:    **Curry v. P&G Auditors and Consultants, LLC**
                 **No. 20 Civ. 6985 (LTS) (SLC)**

Dear Judge Cave:

      Together with Klein Law Group of New York PLLC and Roller Law Group, we represent the Plaintiffs in the above-referenced action. As directed by the Court, I write to inform the Court that the parties will be proceeding with a private mediation on April 25, 2022. We thank the Court for its attention to this matter.

                                                            Respectfully submitted,

                                                            /s/ Denise A. Schulman
                                                            Denise A. Schulman

cc: All counsel (via ECF)