JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

| | |
|---|---:|
| Charles Joseph | 32 Broadway, Suite 601 |
| D. Maimon Kirschenbaum | New York, NY 10004 |
| Denise Schulman | Tel: 212-688-5640 |
| Josef Nussbaum | Fax: 212-688-2548 |
| Lucas Buzzard | www.jk-llp.com |
| Leah Seliger | |
| Michael DiGiulio | |

August 4, 2022

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    **Curry v. P&G Auditors and Consultants, LLC, 20 CV 6985 (LTS) (SLC)**
                  **Curry v. GRC Solutions, LLC, 21 CV 11017 (LTS) (SLC)**

Dear Judge Cave:

      Together with Klein Law Group of New York PLLC and Roller Law Group, we represent the Plaintiffs in the above-referenced actions. As directed by the Court on July 22, 2022, I write to provide a status update. The parties have reached a settlement in principle to resolve both actions, and we are currently drafting settlement papers. We thank the Court for its attention to this matter.

                                                            Respectfully submitted,

                                                            /s/ Denise A. Schulman
                                                           Denise A. Schulman

cc: All counsel (via ECF)