UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

KENNETH CURRY, on behalf of himself and other similarly situated, et al.,

       Plaintiffs,

  -v-                                              No. 20-CV-6985-LTS-SLC

P&G AUDITORS AND CONSULTANTS, LLC, et al.,

       Defendants.

-------------------------------------------------------x

PGX LLC,

       Crossclaim Plaintiff,

  -v-

KDC CONSULTING, LLC, et al.,

       Crossclaim Defendants.

-------------------------------------------------------x

## ORDER

The Clerk of Court is directed to terminate the pending Motion to Dismiss Crossclaim Plaintiff PGX LLC's crossclaims at docket entry no. 97, without prejudice to reinstatement on or after October 1, 2022, in the event the pending settlement is not approved or concluded.

    SO ORDERED.

Dated: New York, New York
       September 12, 2022

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge