# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

---

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

October 12, 2022

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Plaintiffs' letter-motion seeking an extension of time to file the settlement agreement for review and approval by the Honorable Laura Taylor Swain pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015) (the "Settlement Submissions") (ECF No. 204) is GRANTED. The parties shall file the Settlement Submissions by **Friday, October 28, 2022**.
>
> The Clerk of Court is respectfully directed to close ECF No. 204.
>
> SO ORDERED 10/13/22
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

Re:   Curry v. P&G Auditors and Consultants, LLC, 20 CV 6985 (LTS) (SLC)
      Curry v. GRC Solutions, LLC, 21 CV 11017 (LTS) (SLC)

Dear Judge Cave:

Together with Klein Law Group of New York PLLC and Roller Law Group, we represent the Plaintiffs in the above-referenced actions. As the Court is aware, the parties have reached a settlement in the above-referenced action, and the current deadline for the parties to submit the settlement agreement for approval is Friday, October 14, 2022. The parties are currently awaiting one decisionmaker's approval of the final settlement agreement language, and we expect to have a final agreement in the next few days. In order to allow sufficient time for all parties to execute the agreement, we respectfully request that the deadline to submit the settlement agreement for approval be extended by two weeks, to October 28, 2022. We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Denise A. Schulman
Denise A. Schulman

cc: All counsel (via ECF)