# JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

December 16, 2022

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> Plaintiffs' letter-motion seeking an extension of time to file the settlement agreement for review and approval by the Honorable Laura Taylor Swain pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015) (the "Settlement Submissions") (ECF No. 216) is GRANTED. The parties shall file the Settlement Submissions by **Friday, December 23, 2022**.
>
> A telephonic conference to address the status of settlement is scheduled for **Thursday, December 22, 2022 at 11:30 a.m.** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 216.
>
> SO ORDERED 12/16/22
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

    **Re:**    Curry v. P&G Auditors and Consultants, LLC, 20 CV 6985 (LTS) (SLC)
              Curry v. GRC Solutions, LLC, 21 CV 11017 (LTS) (SLC)

Dear Judge Cave:

      Together with Klein Law Group of New York PLLC and Roller Law Group, we represent the Plaintiffs in the above-referenced actions. As the Court is aware, the parties have reached a settlement in the above-referenced action, and the deadline for the parties to submit the settlement agreement for approval is today. Unfortunately, there is still one outstanding issue, preventing the full execution of the agreement. Accordingly, we respectfully request that the deadline to submit the settlement agreement be extended by one week, to December 23, 2022. We thank the Court for its attention to this matter.

                                                        Respectfully submitted,

                                                        /s/ Denise A. Schulman
                                                        Denise A. Schulman

cc: All counsel (via ECF)