UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CURRY, et al.,<br><br>                    Plaintiffs,<br><br>        -v-<br><br>P&G AUDITORS AND CONSULTANTS, LLC, et al.,<br><br>                    Defendants.<br><br>CURRY, et al.,<br><br>                    Plaintiffs,<br><br>        -v-<br><br>GRC SOLUTIONS, LLC and PGX, LLC,<br><br>                    Defendants. | CIVIL ACTION NO.: 1:20 Civ. 6985 (LTS) (SLC)<br>                              1:21 Civ. 11017 (LTS) (SLC)<br><br>**ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic settlement conference held today, December 22, 2022, the Court orders as follows:

1. By **Tuesday, January 10, 2023**, either (i) the parties shall file their settlement agreement for the review and approval by the Honorable Laura Taylor Swain pursuant to Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199, 206 (2d Cir. 2015), or (ii) Plaintiffs shall file motions for leave to amend the operative complaints to include Amit Govil and AML RightSource, LLC as Defendants.

Dated:    New York, New York
         December 22, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**