# Exhibit 4

| Type | Date | Hours | Description | Rate ($) | Billable ($) | User |
|------|------|-------|-------------|----------|--------------|------|
| TimeEntry | 7/1/2020 | 2.5 | Conduct research on NYS joint employment standard to determine whether claims against Apple Bank are viable. | $ 500.00 | $1,250.00 | Julia Klein |
| TimeEntry | 7/1/2020 | 0.3 | Teleconference with M.Mazzittelli to discuss status of complaint and review of records. | $ 500.00 | $ 150.00 | Julia Klein |
| TimeEntry | 7/6/2020 | 1 | Review K.Curry's employment agreement, invoices, email correspondence, and pay records. | $ 500.00 | $ 500.00 | Julia Klein |
| TimeEntry | 7/8/2020 | 0.75 | Review J.Pilgrims's employment agreement, invoices, email correspondence, and pay records. | $ 500.00 | $ 375.00 | Julia Klein |
| TimeEntry | 7/9/2020 | 1 | Call with R.Mazzitelli, K.Curry, J. Brown and M.Mazzitelli to discuss potential action and circumstances surrounding their former employment and project at Apple Bank. Review notes regarding same. | $ 500.00 | $ 500.00 | Julia Klein |
| TimeEntry | 7/20/2020 | 0.6 | Draft complaint. | $ 500.00 | $ 300.00 | Julia Klein |
| TimeEntry | 8/9/2020 | 1.2 | Draft complaint. | $ 500.00 | $ 600.00 | Julia Klein |
| TimeEntry | 8/14/2020 | 2 | Draft complaint; review case notes and email correspondence with clients. | $ 500.00 | $1,000.00 | Julia Klein |
| TimeEntry | 8/16/2020 | 3.3 | Draft complaint. Review client records. | $ 500.00 | $1,650.00 | Julia Klein |
| TimeEntry | 8/23/2020 | 0.8 | Revised draft complaint. | $ 500.00 | $ 400.00 | Julia Klein |
| TimeEntry | 8/25/2020 | 1 | Draft and finalize complaint for filing. | $ 500.00 | $ 500.00 | Julia Klein |
| ExpenseEn | 8/27/2020 | 1 | SDNY filing fee | $ 400.00 | $ 400.00 | Julia Klein |
| TimeEntry | 8/27/2020 | 1 | Draft civil cover sheet; notice of related case; finalize complaint for filing. | $ 500.00 | $ 500.00 | Julia Klein |

| | | | | | | |
|---|---|---|---|---|---|---|
| ExpenseEn | 9/28/2020 | 1 | SOP P&G - SOS | $ 196.18 | $ 196.18 | Julia Klein |
| ExpenseEn | 10/7/2020 | 1 | SOP PGX at the SOS | $ 237.48 | $ 237.48 | Julia Klein |
| ExpenseEn | 10/7/2020 | 1 | SOP GRC at the SOS | $ 237.48 | $ 237.48 | Julia Klein |
| TimeEntry | 10/14/2020 | 0.5 | Review of email correspondence from process server. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 10/14/2020 | 0.8 | telephone correspondence with M.Mazzitelli discussing potential opt-ins, plan to file 216(b), and Apple Bank's looming responsive pleading deadline. | $ 500.00 | $ 400.00 | Julia Klein |
| ExpenseEn | 10/15/2020 | 1 | SOP GRC | $ 61.95 | $ 61.95 | Julia Klein |
| TimeEntry | 10/15/2020 | 0.8 | Reviewed Apple Bank answer and affirmative defenses. | $ 500.00 | $ 400.00 | Julia Klein |
| TimeEntry | 10/15/2020 | 0.2 | Review letter from Apple Bank's counsel threatening Rule 11 sanctions. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 10/15/2020 | 0.3 | Provide M. Mazzitelli with update concerning answer, analysis of answer and Apple Bank's counsel's letter. | $ 500.00 | $ 150.00 | Julia Klein |
| TimeEntry | 10/15/2020 | 2.3 | Research NY and federal law concerning eligibility to claim joint employment when joint employer is obligated to hire third party pursuant to regulatory consent orders. | $ 500.00 | $1,150.00 | Julia Klein |
| TimeEntry | 10/15/2020 | 0.8 | Analyse affidavits of service; email correspondence with process server to correct defects in service. | $ 500.00 | $ 400.00 | Julia Klein |

| | | | | | | |
|---|---|---|---|---|---|---|
| TimeEntry | 10/21/2020 | 4.5 | Complete drafting letter to D.Yuzek in response to letter threatening sanction motion and demanding withdrawal of the Complaint. Respond to D.Yuzek regarding Apple Bank's contemplated motion for summary judgment and request meet and confer re: Plaintiffs' 216(b) motion and request meet and confer from M. Gettig to discuss contemplated 216(b) motion. | $ 500.00 | $ 2,250.00 | Julia Klein |
| TimeEntry | 10/21/2020 | 1 | Begin drafting response to D.Yuzek letter dated 10-16-20 regarding Rule 11 sanctions. | $ 500.00 | $ 500.00 | Julia Klein |
| ExpenseEn | 10/22/2020 | 1 | SOP PGX | $ 61.95 | $ 61.95 | Julia Klein |
| ExpenseEn | 10/22/2020 | 1 | SOP P&G | $ 61.95 | $ 61.95 | Julia Klein |
| TimeEntry | 10/25/2020 | 0.5 | email correspondence with D.Yuzak in attempt to meet and confer with respect to 216(b) motion. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 10/25/2020 | 1.5 | Research and draft premotion letter to Judge Swain. | $ 500.00 | $ 750.00 | Julia Klein |
| TimeEntry | 11/25/2020 | 0.5 | Call with D.Yuzek to discuss potential tolling agreement and Apple Bank's contemplated summary judgment motion and potential collaboration to get contractor defendants to accept service and enter into tolling agreement. | $ 500.00 | $ 250.00 | Julia Klein |

| TimeEntry | 11/27/2020 | 1.3 | prepare for and participate in teleconference with R. Mazzittelli and K.Curry to discuss case updates including potential tolling, call with Apple Bank's attorney, threat to sue LLCs and strategy for meeting with additional opt-ins. | $ 500.00 | $ 650.00 | Julia Klein |
| --- | --- | --- | --- | --- | --- | --- |
| TimeEntry | 11/27/2020 | 1.2 | Begin drafting declaration of K.Curry in support of 216(b) motion and review K. Curry contracts and correspondance. | $ 500.00 | $ 600.00 | Julia Klein |
| TimeEntry | 11/30/2020 | 4.5 | Conduct research into Noerr-Pennington doctrine; ability of employer to assert counterclaims against individual plaintiffs who have pled FLSA and NYLL violations; whether plaintiffs who have counterclaims asserted against them can assert retaliation claims against employer. | $ 500.00 | $2,250.00 | Julia Klein |
| TimeEntry | 11/30/2020 | 0.5 | exchange correspondence with D.Yuzek and M.Goettig to discuss tolling agreement. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 11/30/2020 | 0.3 | Draft and file letter to court regarding status of tolling agreement. | $ 500.00 | $ 150.00 | Julia Klein |
| TimeEntry | 11/30/2020 | 0.2 | Review and evaluate DWT's response letter to court. | $ 500.00 | $ 100.00 | Julia Klein |

| TimeEntry | 12/1/2020 | 1.2 | Update status report regarding parties discussion regarding tolling of statue of limitations and 216(b) briefing. | $ 500.00 | $ 600.00 | Julia Klein |
|---|---|---|---|---|---|---|
| TimeEntry | 12/1/2020 | 0.2 | Email correspondence with K. Curry and M. Mazzitelli regarding status of LLC bank account. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 12/6/2020 | 2 | Draft memorandum of law in support of 216(b) motion. | $ 500.00 | $1,000.00 | Julia Klein |
| TimeEntry | 12/7/2020 | 0.8 | Conduct preliminary review of Apple Bank motion for summary judgment. | $ 500.00 | $ 400.00 | Julia Klein |
| TimeEntry | 12/7/2020 | 1.3 | Review K. Curry agreements with GRC, time records, and other correspondence with contractor defendants to utilize in drafting K. Curry declaration in support of 216(b) certification. | $ 500.00 | $ 650.00 | Julia Klein |
| TimeEntry | 12/7/2020 | 1.9 | Draft declaration of K.Curry in support of 216(b) motion. | $ 500.00 | $ 950.00 | Julia Klein |
| TimeEntry | 12/7/2020 | 0.6 | Review agreements with GRC, time records, and other due diligence in connection with drafting of J. Pilgrim declaration in support of 216(b) motion. | $ 500.00 | $ 300.00 | Julia Klein |
| TimeEntry | 12/7/2020 | 1.1 | Draft declaration of J. Pilgrim in support of 216(b) motion. | $ 500.00 | $ 550.00 | Julia Klein |
| TimeEntry | 12/7/2020 | 0.2 | Review of letter received by plaintiffs by Contractor Defendants demanding indemnification for overtime claims. | $ 500.00 | $ 100.00 | Julia Klein |

| | | | | | | |
|---|---|---|---|---|---|---|
| TimeEntry | 12/7/2020 | 0.1 | email correspondence with D.Yuzek regarding response deadlines for motions. | $  500.00 | $    50.00 | Julia Klein |
| TimeEntry | 12/7/2020 | 0.6 | Develop strategy and consider options for response to contractor defendants demand for indemnification on overtime claims. | $  500.00 | $  300.00 | Julia Klein |
| TimeEntry | 12/7/2020 | 1.3 | Draft memorandum of law in support of 216(b) motion. | $  500.00 | $  650.00 | Julia Klein |
| TimeEntry | 12/8/2020 | 3.5 | Research whether plaintiff can assert retaliation claims against defendants who try to assert counterclaims by seeking indemnification or contribution from plaintiff or plaintiff entities for FLSA violations. | $  500.00 | $1,750.00 | Julia Klein |
| TimeEntry | 12/8/2020 | 0.7 | Telephone and email correspondence with K. Curry to discuss revisions to declarations. | $  500.00 | $  350.00 | Julia Klein |
| TimeEntry | 12/8/2020 | 3.6 | Draft memorandum of law in support of 216(b) motion. | $  500.00 | $1,800.00 | Julia Klein |
| TimeEntry | 12/9/2020 | 0.5 | Review declaration of R. Mazzitelli in support of 216(b) motion. Correspondence with M. Mazzitelli regarding same. | $  500.00 | $  250.00 | Julia Klein |
| TimeEntry | 12/9/2020 | 0.7 | Telephone correspondence with J. Pilgrim regarding declaration in support of 216(b) motion. Revise declaration based on same. | $  500.00 | $  350.00 | Julia Klein |

| TimeEntry | 12/10/2020 | 0.2 | Draft letter requesting extension of time for responses to motions. | $ 500.00 | $ 100.00 | Julia Klein |
|---|---|---|---|---|---|---|
| TimeEntry | 12/10/2020 | 7.8 | Draft memorandum of law in support of 216(b) motion. | $ 500.00 | $3,900.00 | Julia Klein |
| TimeEntry | 12/11/2020 | 1 | Coordinate filing of 216(b) motion. | $ 500.00 | $ 500.00 | Julia Klein |
| ExpenseEn | 12/16/2020 | 1 | SOP on P&G | $ 41.30 | $ 41.30 | Julia Klein |
| TimeEntry | 12/22/2020 | 0.8 | Review Contractor Defendant Answer to the Complaint and Crossclaims. Research indemnification and retaliation issues in connection with crossclaims. | $ 500.00 | $ 400.00 | Julia Klein |
| TimeEntry | 1/6/2021 | 0.3 | Draft letter motion re: stipulation for extension of time and related email correspondence with Contractor Defendants and Apple Bank. | $ 500.00 | $ 150.00 | Julia Klein |
| TimeEntry | 1/10/2021 | 4 | Review and revise draft opposition to Apple Bank's motion for summary judgment. | $ 500.00 | $2,000.00 | Julia Klein |
| TimeEntry | 1/17/2021 | 4.2 | Draft opposition to Apple Bank's 56.1 statement; review evidentiary materials to cite to in order to deny allegations in Apple Bank's 56.1 statement. | $ 500.00 | $2,100.00 | Julia Klein |
| TimeEntry | 1/18/2021 | 2 | Draft opposition to 56.1 statement. | $ 500.00 | $1,000.00 | Julia Klein |

| | | | | | | |
|---|---|---|---|---|---|---|
| TimeEntry | 1/18/2021 | 0.5 | Email correspondence with plaintiffs regarding proposed revisions to declarations in support of opposition to Apple BAnk's motion for summary judgement. Discuss recent filing of counterclaims against individual plaintiffs and their entities. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 1/18/2021 | 0.01 | Email correspondence with plaintiffs regarding proposed revisions to declarations in support of opposition to Apple BAnk's motion for summary judgement. Discuss recent filing of counterclaims against individual plaintiffs and their entities. | $ 500.00 | $ 5.00 | Julia Klein |
| TimeEntry | 1/19/2021 | 0.2 | Review declarations of K.Curry and R.Mazzitelli | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 1/19/2021 | 3.6 | Finalize revisions to memorandum of law and opposition to Apple Bank's motion for summary judgment. | $ 500.00 | $1,800.00 | Julia Klein |
| TimeEntry | 1/19/2021 | 0.4 | Draft attorney declaration and organize exhibits in furtherance of opposition to motion for summary judgment. | $ 500.00 | $ 200.00 | Julia Klein |
| TimeEntry | 1/31/2021 | 6.5 | Draft motion to dismiss. Research applicable case law. | $ 500.00 | $3,250.00 | Julia Klein |
| TimeEntry | 2/1/2021 | 3 | Review and revise motion to dismiss. | $ 500.00 | $1,500.00 | Julia Klein |

| TimeEntry | 2/2/2021 | 2.5 | Research fraudulent conveyance cause of action and cross claim. Review and revise draft motion to dismiss to include section seeking dismissal of fraudulent conveyance cross claims. | $ 500.00 | $1,250.00 | Julia Klein |
| TimeEntry | 2/3/2021 | 0.2 | Call with J.Pilgrim to discuss crossclaims. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 2/3/2021 | 0.2 | Email correspondence with potential opt-ins. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 2/4/2021 | 0.9 | Conference call with M.Mazzitelli, R. Mazzitelli, J.Brown and K. Curry to discuss case progress, including cross claims, motion to dismiss and 216(b) motion, and potential risks and impacts associated with cross claims. Also discussed potential settlement demand at this juncture. | $ 500.00 | $ 450.00 | Julia Klein |
| TimeEntry | 2/4/2021 | 1 | Review and revise motion to dismiss. | $ 500.00 | $ 500.00 | Julia Klein |
| TimeEntry | 2/4/2021 | 0.4 | Call with G.Linnane to discuss potential opt-in to the lawsuit. | $ 500.00 | $ 200.00 | Julia Klein |
| TimeEntry | 2/12/2021 | 2.5 | Review 150+ pages of exhibits submitted by Contractor Defendants in support of opposition to 216(b) motion. | $ 500.00 | $1,250.00 | Julia Klein |
| TimeEntry | 2/14/2021 | 2.8 | Draft reply in support of 216(b) motion | $ 500.00 | $1,400.00 | Julia Klein |
| TimeEntry | 2/14/2021 | 0.6 | Research and review cases cited by Contractor Defendants in support of opposition to 216(b) motion. | $ 500.00 | $ 300.00 | Julia Klein |
| TimeEntry | 2/15/2021 | 0.8 | Finalize revisions to reply brief in support of 216(b) motion. | $ 500.00 | $ 400.00 | Julia Klein |

| | | | | | | |
|---|---|---|---|---|---|---|
| TimeEntry | 2/16/2021 | 1.6 | research viability of filing an NLRB charge against GRC for retaliating against plaintiffs by filing counterclaims. | $ 500.00 | $ 800.00 | Julia Klein |
| TimeEntry | 2/24/2021 | 1.2 | Draft motion to dismiss. Email correspondence with Contractor Defendants re: meet and confer prior to filing of motion. | $ 500.00 | $ 600.00 | Julia Klein |
| TimeEntry | 2/24/2021 | 0.3 | Review and circulate updated retainer letter. | $ 500.00 | $ 150.00 | Julia Klein |
| TimeEntry | 2/24/2021 | 0.5 | Discuss potential claims made settlement with D.Schulman and M.Mazzitelli. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 2/28/2021 | 5.2 | Research fraudulent conveyance statutes; third party indemnification issues. Draft motion to dismiss PGX crossclaims. | $ 500.00 | $2,600.00 | Julia Klein |
| TimeEntry | 3/2/2021 | 6.3 | Finalize motion to dismiss PGX crossclaims. Discuss motion with D.Schulman. | $ 500.00 | $3,150.00 | Julia Klein |
| TimeEntry | 3/11/2021 | 0.4 | Meeting with M.Mazzitelli and clients to provide update about agreement to mediate. | $ 500.00 | $ 200.00 | Julia Klein |
| TimeEntry | 3/30/2021 | 0.6 | Prepare for and participate in conference call with R.Berger, Contractor Defendant attorneys and co-counsel to discuss mediation logistics. | $ 500.00 | $ 300.00 | Julia Klein |

| TimeEntry | 4/2/2021 | 0.6 | Telephone conference with D.Schulman and M.Mazzitelli to discuss mediation logistics and stipulation in connection with previous employment requested by Contractor Defendants. | $   500.00 | $   300.00 | Julia Klein |
| ExpenseEn | 4/14/2021 | 1 | Mediation Deposit - Ralph Berger | $3,500.00 | $3,500.00 | Julia Klein |
| TimeEntry | 5/2/2021 | 0.5 | Review and edit position statement. | $   500.00 | $   250.00 | Julia Klein |
| TimeEntry | 5/3/2021 | 0.3 | Call with Mike Carlino (potential plaintiff) to discuss the litigation. | $   500.00 | $   150.00 | Julia Klein |
| TimeEntry | 5/3/2021 | 0.1 | Call with R. Mazzitelli to discuss status of potential optins. | $   500.00 | $    50.00 | Julia Klein |
| TimeEntry | 5/3/2021 | 0.8 | Telephone and email correspondence with B.Corben. Draft retainer letter and consent to join. | $   500.00 | $   400.00 | Julia Klein |
| TimeEntry | 5/5/2021 | 0.8 | Call with potential opt-in plantiff S.Block. Draft retainer and consent to join. | $   500.00 | $   400.00 | Julia Klein |
| TimeEntry | 5/6/2021 | 0.3 | Call with D.Schulman to discuss mediation strategy; case updates. | $   500.00 | $   150.00 | Julia Klein |
| TimeEntry | 5/6/2021 | 0.2 | Draft consent to join form. | $   500.00 | $   100.00 | Julia Klein |
| TimeEntry | 5/25/2021 | 0.6 | Telephone conference with Dominic Valentino; potential opt-in. Draft notice to join. | $   500.00 | $   300.00 | Julia Klein |
| TimeEntry | 6/28/2021 | 1.2 | Email and telephone correspondence regarding dueling forms of notice to opt-ins; review letter to court setting forth plaintiffs' position on the language of the opt-in notice. | $   500.00 | $   600.00 | Julia Klein |

| TimeEntry | 7/12/2021 | 6.3 | Review and shepardize cases cited by PGX i/s/o its opposition to MTD and for primary cases relied upon in opposition, draft memo distinguishing such cases. | $ 500.00 | $3,150.00 | Julia Klein |
| TimeEntry | 7/13/2021 | 1.2 | Sketch outline for memorandum of law. | $ 500.00 | $ 600.00 | Julia Klein |
| TimeEntry | 7/14/2021 | 3.4 | Convert outline to draft reply i/s/o MTD. | $ 500.00 | $1,700.00 | Julia Klein |
| TimeEntry | 7/16/2021 | 3 | Finalize reply i/s/o MTD PGX's crossclaims; review co-counsel changes to draft reply. | $ 500.00 | $1,500.00 | Julia Klein |
| TimeEntry | 7/18/2021 | 5.5 | Draft and finalize revisions to reply brief i/s/o MTD PGX's crossclaims. | $ 500.00 | $2,750.00 | Julia Klein |
| TimeEntry | 7/21/2021 | 0.4 | Review and respond to email correspondence regarding 216(b) motion and change of Contractor Defendant counsel. | $ 500.00 | $ 200.00 | Julia Klein |
| TimeEntry | 7/27/2021 | 0.2 | Email correspondence re: notice of pendency and text message. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 7/29/2021 | 1.1 | Review language of notice of pendency and text message. Conference call with Contractor Defendant's counsel to discuss language of the notice of pendency and text message. Follow up discussion with D. Schulman re: same. | $ 500.00 | $ 550.00 | Julia Klein |
| TimeEntry | 8/2/2021 | 0.4 | Review proposed changes to notice of pendency and text message. Email correspondence re: same. | $ 500.00 | $ 200.00 | Julia Klein |

| TimeEntry | 8/4/2021 | 0.5 | Review proposed changes to notice of pendency and text message and correspondence re: same. | $ 500.00 | $ 250.00 | Julia Klein |
|---|---|---|---|---|---|---|
| TimeEntry | 8/27/2021 | 0.5 | Call regarding status of discovery; reset of deadlines; ESI protocols with Defendants' counsel. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 9/17/2021 | 0.5 | Review case management plan; teleconference with Defendants' counsel and D.Schulman and M.Mazzitelli to discuss discovery parameters. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 10/20/2021 | 1.5 | Review and respond to interrogatories and requests for document production. | $ 500.00 | $ 750.00 | Julia Klein |
| TimeEntry | 11/5/2021 | 0.5 | review amended complaint; email correspondence re: same. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 11/16/2021 | 0.2 | Telephone conference with potential opt-in, Dveeka. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 11/16/2021 | 0.38 | Email correspondence re: discovery w Contractor Defendants' counsel. | $ 500.00 | $ 190.00 | Julia Klein |
| TimeEntry | 11/22/2021 | 0.5 | Review proposed confidentiality order revisions; email correspondence regarding same. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 12/13/2021 | 7 | Draft responses to interrogatories; review document requests. Email and telephone correspondence regarding same. Email correspondence with opt-in R.Naas to discuss lawsuit. | $ 500.00 | $3,500.00 | Julia Klein |

| TimeEntry | 12/27/2021 | 0.5 | discovery status conference call with D.Schulman and M.Mazzitelli | $ 500.00 | $ 250.00 | Julia Klein |
|---|---|---|---|---|---|---|
| TimeEntry | 1/6/2022 | 6 | Email and telephone correspondence with opt-in plaintiffs re: Apple Bank discovery requests. Review  discovery request submissions. Send follow up emails regarding same. | $ 500.00 | $3,000.00 | Julia Klein |
| TimeEntry | 1/11/2022 | 3 | Email and telephone correspondence with opt-in plaintiffs re: Apple Bank document production; review document production (C. Kapenda, G.Linnane, S. Block, R.Chung) | $ 500.00 | $1,500.00 | Julia Klein |
| TimeEntry | 1/12/2022 | 5.4 | Draft responses and objections. Email and telephone correspondence with co-counsel re: same. Email and telephone correspondence with opt-in plaintiffs (D. Valentino, S.Block, M.Smith); review opt-in plaintiff production. | $ 500.00 | $2,700.00 | Julia Klein |
| TimeEntry | 1/13/2022 | 5 | Review and prepare opt-in discovery responses for Apple Bank production. | $ 500.00 | $2,500.00 | Julia Klein |
| TimeEntry | 1/14/2022 | 1.5 | Discovery status conference call with M.Mazzitelli and D.Schulman. Email and telephone correspondence with opt-in plaintiffs. Research SOP waiver timeline. | $ 500.00 | $ 750.00 | Julia Klein |

| TimeEntry | 1/16/2022 | 1 | Review contractor defendant responses to Apple discovery requests. Email correpondance with opt-in plaintiffs. | $ 500.00 | $ 500.00 | Julia Klein |
|---|---|---|---|---|---|---|
| TimeEntry | 1/25/2022 | 5 | Telephone conference and email correspondence with K. Asare, C.Kapenda and M.Hernandez regarding responses to Contractor Defendant Interrogatories. Review GRC document production; email correspondence with co-counsel regarding same. Review opt-in plaintiff document production. | $ 500.00 | $2,500.00 | Julia Klein |
| TimeEntry | 1/28/2022 | 1 | Email and telephone correspondence with S.Kaufman and D.Schulman regarding waiver of service. Prepare waiver of service forms. | $ 500.00 | $ 500.00 | Julia Klein |
| TimeEntry | 1/30/2022 | 1 | Review Contractor Defendant document production. Review and comment on co-counsel deficiency letter. | $ 500.00 | $ 500.00 | Julia Klein |
| TimeEntry | 1/31/2022 | 0.3 | Email correspondence with S.Kaufman regarding waiver of service. Draft waiver of service forms. | $ 500.00 | $ 150.00 | Julia Klein |
| TimeEntry | 2/24/2022 | 0.4 | Telephone conference with opt-in plaintiff M.Hernandez to discuss job responsibilities and hours while working for Contractor Defendants. | $ 500.00 | $ 200.00 | Julia Klein |

| TimeEntry | 3/1/2022 | 0.2 | Review GRC and PGX executed waiver of the service of summons. Email correspondence with contractor defendants' counsel regarding same. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 3/8/2022 | 0.5 | Review contractor defendants' document production. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 3/10/2022 | 0.9 | Email correspondence with co-counsel regarding mediation prospects. Review opt-in plaintiff document production. Review contractor defendants' responses to first set of interrogatories. | $ 500.00 | $ 450.00 | Julia Klein |
| TimeEntry | 3/11/2022 | 0.3 | Review crossclaim defendant initial disclosures. | $ 500.00 | $ 150.00 | Julia Klein |
| TimeEntry | 3/11/2022 | 0.8 | Email and telephone correspondence with co-counsel regarding mediation strategy. Review opt-in plaintiff document production. | $ 500.00 | $ 400.00 | Julia Klein |
| TimeEntry | 3/14/2022 | 4.5 | Review opt-in plaintiff document production; email and telephone correspondence with opt-ins regarding same. Draft interrogatory responses. Email and telephone correspondence with co-counsel regarding document production and mediation prospects. Email correspondence with defendants' counsel regarding discovery schedule. | $ 500.00 | $2,250.00 | Julia Klein |

| TimeEntry | 3/15/2022 | 2.2 | Prepare for and attend discovery status teleconference with the Court and all parties. Email correspondence with opt-in plaintiffs regarding document production and interrogatory responses. Review opt-in plaintiff E.Krasnic document production. Email correspondence with co-counsel regarding status of mediation. | $ 500.00 | $1,100.00 | Julia Klein |
| TimeEntry | 3/15/2022 | 0.4 | Review contractor defendant document production. | $ 500.00 | $ 200.00 | Julia Klein |
| TimeEntry | 3/16/2022 | 1.1 | Review opt-in plaintiff E.Sulca document production. Email correspondence with co-counsel regarding ESI production and mediation. | $ 500.00 | $ 550.00 | Julia Klein |
| TimeEntry | 3/17/2022 | 1 | Review ESI terms; review opt-in plaintiff documents. Email correspondence with co-counsel regarding same. | $ 500.00 | $ 500.00 | Julia Klein |
| TimeEntry | 3/17/2022 | 0.9 | Review contractor defendants' document production. | $ 500.00 | $ 450.00 | Julia Klein |
| TimeEntry | 3/18/2022 | 2.6 | Review optin plaintiff W.Rolle document production; email and telephone correspondence regarding same with W.Rolle and with co-counsel for ESI search term purposes. | $ 500.00 | $1,300.00 | Julia Klein |

| TimeEntry | 3/21/2022 | 1 | Email correspondence with co-counsel regarding mediation and discovery progress. Email correspondence with opt-in plaintiffs regarding discovery requests. | $ 500.00 | $ 500.00 | Julia Klein |
|---|---|---|---|---|---|---|
| TimeEntry | 3/23/2022 | 0.5 | Email correspondence with co-counsel and Contractor Defendants' counsel regarding proposed ESI search terms. Review client documents for proposed ESI search terms. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 4/3/2022 | 1 | Review contractor defendants' document requests and suggested ESI protocols. Email correspondence with co-counsel regarding same. | $ 500.00 | $ 500.00 | Julia Klein |
| TimeEntry | 4/10/2022 | 0.3 | Review updated draft mediation statement. | $ 500.00 | $ 150.00 | Julia Klein |
| TimeEntry | 4/11/2022 | 1 | Review opt-in plaintiff D.Valentino document production; email correspondence regarding same. | $ 500.00 | $ 500.00 | Julia Klein |
| TimeEntry | 4/15/2022 | 1.3 | Review draft mediation statement. Review opt-in discovery log. Email correspondence with opt-in plaintiffs regarding same. | $ 500.00 | $ 650.00 | Julia Klein |
| TimeEntry | 4/18/2022 | 1.2 | Review and revise draft mediation statement. | $ 500.00 | $ 600.00 | Julia Klein |
| TimeEntry | 4/20/2022 | 3 | Review and prepare files for document production for opt-in plaintiffs Michael Whelan, Ehab Elgendy and Erik Krasnic. Email and telephone correspondence regarding same. | $ 500.00 | $1,500.00 | Julia Klein |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TimeEntry | 4/24/2022 | 1.5 | Prepare for mediation. | $ 500.00 | $ 750.00 | Julia Klein |
| TimeEntry | 4/25/2022 | 8 | Prepare for and attend mediation. | $ 500.00 | $4,000.00 | Julia Klein |
| TimeEntry | 4/27/2022 | 2 | Review Apple Bank's responses to the Contractor Defendants' first requests for the production of documents. Email correspondence with co-counsel regarding status of settlement negotiations. Review opt-in plaintiff due diligence. | $ 500.00 | $1,000.00 | Julia Klein |
| TimeEntry | 5/2/2022 | 0.3 | Telephone conference with opt-in plaintiff R.Johnson regarding status of case. | $ 500.00 | $ 150.00 | Julia Klein |
| TimeEntry | 5/3/2022 | 0.4 | Email correspondence with co-counsel regarding case management plan and status of settlement negotiations. | $ 500.00 | $ 200.00 | Julia Klein |
| TimeEntry | 5/3/2022 | 0.2 | Draft CMP. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 5/4/2022 | 2 | Draft and review comments to case management plan; email correspondence regarding same. | $ 500.00 | $1,000.00 | Julia Klein |
| TimeEntry | 5/6/2022 | 0.2 | Email correspondence with co-counsel on settlement negotiations status. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 5/11/2022 | 2 | Prepare for and attend initial conference. | $ 500.00 | $1,000.00 | Julia Klein |
| TimeEntry | 5/18/2022 | 0.2 | Email correspondence with co-counsel regarding settlement negotiations. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 5/19/2022 | 0.2 | Review Apple Bank document request to Contractor Defendants. | $ 500.00 | $ 100.00 | Julia Klein |

| TimeEntry | 5/24/2022 | 0.5 | Email correspondence with co-counsel regarding initial disclosures for retaliation action. | $ 500.00 | $ 250.00 | Julia Klein |
|---|---|---|---|---|---|---|
| TimeEntry | 5/25/2022 | 0.1 | Email correspondence regarding initial disclosures in crossclaim. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 6/6/2022 | 0.1 | Email correspondence with co-counsel regarding status of settlement. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 6/17/2022 | 3.4 | Email correspondence with defendants' counsel regarding status of settlement negotiations; review draft status update letter to court; email correspondence regarding same. Review damage calculation spreadsheet. Telephone conference with co-counsel to discuss settlement possibilities. | $ 500.00 | $1,700.00 | Julia Klein |
| TimeEntry | 6/20/2022 | 1 | Review draft responses to deficiency letter. Review existing discovery for opt-in plaintiffs. | $ 500.00 | $ 500.00 | Julia Klein |
| TimeEntry | 6/21/2022 | 0.7 | Email correspondence with defendants' counsel regarding discovery requests and settlement negotiations. Review opt-in plaintiff discovery. | $ 500.00 | $ 350.00 | Julia Klein |
| TimeEntry | 6/22/2022 | 0.1 | Email correspondence regarding settlement negotiations. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 6/23/2022 | 0.2 | Email correspondence regarding settlement negotiations. | $ 500.00 | $ 100.00 | Julia Klein |

| TimeEntry | 6/24/2022 | 0.5 | Review discovery requests; email correspondence regarding same. Email correspondence regarding settlement negotiations. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 6/26/2022 | 0.2 | Email correspondence with opt-in plaintiff W.Rolle. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 6/27/2022 | 0.5 | Review and revise draft response to Contractor Defendants' deficiency letter. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 6/27/2022 | 0.4 | Email correspondence with Defendants' counsel, mediator and co-counsel regarding settlement negotiations. | $ 500.00 | $ 200.00 | Julia Klein |
| TimeEntry | 6/28/2022 | 0.6 | Telephone conference with opt-in plaintiff W.Rolle about potential withdrawal and prospects for settlement as well as discovery requests. | $ 500.00 | $ 300.00 | Julia Klein |
| TimeEntry | 6/28/2022 | 0.6 | Email correspondence with Defendants' counsel regarding settlement approval and email correspondence with co-counsel regarding settlement logistics. Review form settlement agreements to see how addressed opt-in plaintiff approvals/releases. | $ 500.00 | $ 300.00 | Julia Klein |
| TimeEntry | 6/29/2022 | 0.1 | Email update from B. Gershengorn regarding status of settlement. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 7/1/2022 | 0.1 | Email correspondence with co-counsel regarding status of Defendants' settlement approval. | $ 500.00 | $ 50.00 | Julia Klein |

| | | | | | | |
|---|---|---|---|---|---|---|
| TimeEntry | 7/6/2022 | 0.1 | Email update from Contractor Defendant counsel regarding settlement approval from his client. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 7/11/2022 | 0.1 | Email correspondence with co-counsel regarding status of Defendants' approval of settlement terms. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 7/14/2022 | 0.2 | Email correspondence with co-counsel regarding status of settlement. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 7/15/2022 | 1 | Email correspondence with co-counsel regarding settlement payment options. Research payment obligations in bankruptcy. | $ 500.00 | $ 500.00 | Julia Klein |
| TimeEntry | 7/18/2022 | 0.1 | Email correspondence with co-counsel regarding settlement negotiations. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 7/19/2022 | 0.3 | Email correspondence with co-counsel regarding settlement negotiations. | $ 500.00 | $ 150.00 | Julia Klein |
| TimeEntry | 7/21/2022 | 0.5 | Email correspondence with co-counsel regarding settlement negotiations; review ECF correspondence. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 7/26/2022 | 0.4 | telephone conference with Contractor Defendant counsel, co-counsel and Apple Bank counsel to discuss settlement terms. | $ 500.00 | $ 200.00 | Julia Klein |

| TimeEntry | 7/26/2022 | 1.2 | Research whether named plaintiff in collective action can bind opt-ins by settling on their behalf and whether opt-ins must affirmatively opt-in to the settlement. Email correspondence with co-counsel regarding same. | $ 500.00 | $ 600.00 | Julia Klein |
|---|---|---|---|---|---|---|
| TimeEntry | 7/26/2022 | 1 | Email correspondence with Defendants' counsel regarding settlement conditions; email correspondence with co-counsel regarding same. Research opt-in plaintiff release issue. | $ 500.00 | $ 500.00 | Julia Klein |
| TimeEntry | 7/27/2022 | 3.5 | Draft settlement agreement; review discovery documents. | $ 500.00 | $1,750.00 | Julia Klein |
| TimeEntry | 7/28/2022 | 3.2 | Draft settlement agreement; review co-counsel comments to draft settlement agreement; email correspondence regarding same. | $ 500.00 | $1,600.00 | Julia Klein |
| TimeEntry | 7/29/2022 | 2.2 | Review co-counsel comments to settlement agreement; email correspondence regarding same. | $ 500.00 | $1,100.00 | Julia Klein |
| TimeEntry | 8/1/2022 | 0.1 | Email correspondence with opt-in plaintiff G. Linnane regarding settlement progress. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 8/1/2022 | 0.3 | Email correspondence with co-counsel regarding service award. | $ 500.00 | $ 150.00 | Julia Klein |

| TimeEntry | 8/2/2022 | 0.7 | Review Apple Bank counsel comments to settlement agreement; email correspondence with co-counsel regarding same. | $ 500.00 | $ 350.00 | Julia Klein |
|---|---|---|---|---|---|---|
| TimeEntry | 8/3/2022 | 0.3 | Telephone conference with opt-in plaintiff M.Smith to discuss settlement prospects and status of the case. | $ 500.00 | $ 150.00 | Julia Klein |
| TimeEntry | 8/3/2022 | 0.8 | Review Bank counsel comments to proposed settlement agreement, email correspondence with co-counsel regarding same. | $ 500.00 | $ 400.00 | Julia Klein |
| TimeEntry | 8/3/2022 | 1.5 | Review Defendants' counsel comments to settlement agreement; email correspondence regarding same. | $ 500.00 | $ 750.00 | Julia Klein |
| TimeEntry | 8/4/2022 | 1.5 | Telephone conference with Defendants' counsel regarding draft settlement agreement; email correspondence regarding status letter to the Court. Email and telephone conference with co-counsel regarding same. | $ 500.00 | $ 750.00 | Julia Klein |
| TimeEntry | 8/4/2022 | 1 | Review defendants' counsel comments to settlement agreement; email correspondence with co-counsel regarding same. | $ 500.00 | $ 500.00 | Julia Klein |
| TimeEntry | 8/9/2022 | 0.2 | Email correspondence with opt-in plaintiff M. Hernandez regarding her time and pay records. | $ 500.00 | $ 100.00 | Julia Klein |

| TimeEntry | 8/9/2022 | 1 | Email correspondence with co-counsel regarding draft settlement agreement; review defendants' counsel comments to draft settlement agreement. | $ 500.00 | $ 500.00 | Julia Klein |
|---|---|---|---|---|---|---|
| TimeEntry | 8/11/2022 | 0.6 | Review co-counsel comments to settlement agreement; review indemnification provisions of the agreement; email correspondence regarding same. | $ 500.00 | $ 300.00 | Julia Klein |
| TimeEntry | 8/12/2022 | 1.2 | Review and respond to comments on draft settlement agreement. Draft side letter agreement. | $ 500.00 | $ 600.00 | Julia Klein |
| TimeEntry | 8/15/2022 | 0.5 | Draft side letter to settlement agreement. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 8/22/2022 | 0.4 | Review deficiency letter sent by Contractor Defendants' counsel. | $ 500.00 | $ 200.00 | Julia Klein |
| TimeEntry | 8/23/2022 | 0.1 | Email correspondence with opt-in plaintiff M. Hernandez regarding her time and pay records. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 8/24/2022 | 0.6 | Email correspondence and telephone conference with opt-in plaintiff M. Hernandez regarding her time and pay records. | $ 500.00 | $ 300.00 | Julia Klein |
| TimeEntry | 8/24/2022 | 0.2 | Email correspondence with co-counsel regarding opt-in plaintiff M.Hernandez time and pay records. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 8/24/2022 | 0.1 | Email correspondence with Contractor Defendants' counsel. | $ 500.00 | $ 50.00 | Julia Klein |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TimeEntry | 8/25/2022 | 0.1 | Email correspondence with Contractor Defendants' counsel. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 8/29/2022 | 0.1 | Email correspondence with opt-in plaintiff M.Piluso | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 8/31/2022 | 0.6 | Review case documents and compile list of opt-in plaintiffs' contact information. | $ 500.00 | $ 300.00 | Julia Klein |
| TimeEntry | 8/31/2022 | 1.1 | Compile collective list for settlement. | $ 500.00 | $ 550.00 | Julia Klein |
| TimeEntry | 9/1/2022 | 0.1 | Email correspondence with opt-in plaintiff H.Crivellari regarding settlement negotiations. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 9/2/2022 | 0.1 | Email correspondence with opt-in plaintiff D.Trinh regarding settlement negotiations. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 9/2/2022 | 0.1 | Email correspondence with opt-in plaintiff D.Valentino regarding settlement negotiations. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 9/2/2022 | 0.1 | Email correspondence with opt-in plaintiff M.Harter regarding settlement negotiations. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 9/2/2022 | 0.1 | Email correspondence with opt-in plaintiff U.Lekaj regarding settlement negotiations. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 9/2/2022 | 0.3 | Email and telephone correspondence with opt-in plaintiff B.Corben regarding settlement negotiations. | $ 500.00 | $ 150.00 | Julia Klein |
| TimeEntry | 9/2/2022 | 0.2 | Email correspondence with opt-in plaintiff K.Wendling regarding settlement negotiations. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 9/2/2022 | 0.1 | Email correspondence with opt-in plaintiff E.Krasnic regarding settlement negotiations. | $ 500.00 | $ 50.00 | Julia Klein |

| | | | | | | |
|---|---|---|---|---|---|---|
| TimeEntry | 9/2/2022 | 0.4 | Email correspondence with opt-in plaintiff E.Elghendy regarding settlement negotiations. | $ 500.00 | $ 200.00 | Julia Klein |
| TimeEntry | 9/2/2022 | 0.3 | Telephone conference with opt-in plaintiff M. Hernandez regarding time and pay records. | $ 500.00 | $ 150.00 | Julia Klein |
| TimeEntry | 9/2/2022 | 0.6 | Review draft Cheeks letter, email correspondence with co-counsel regarding same. | $ 500.00 | $ 300.00 | Julia Klein |
| TimeEntry | 9/6/2022 | 0.2 | Email correspondence with J.Brown Pilgrim and K.Curry regarding settlement timeline. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 9/7/2022 | 0.5 | Email correspondence regarding settlement negotiations with co-counsel and defendants' counsel, and extension of time to file for settlement approval. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 9/8/2022 | 0.5 | Follow up telephone and email correspondence with M. Hernandez regarding pay records. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 9/8/2022 | 0.2 | Email correspondence with J.Brown Pilgrim and K.Curry regarding settlement discussions. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 9/8/2022 | 0.1 | Email correspondence with opt-in plaintiff H.Crivellari to discuss settlement negotiations and request for updated contact information. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 9/8/2022 | 0.2 | review settlement administration estimate; email correspondence with co-counsel regarding same. | $ 500.00 | $ 100.00 | Julia Klein |

| TimeEntry | 9/12/2022 | 0.5 | Email and telephone correspondence regarding M.Hernandez overtime claims with M. Hernandez and co-counsel. | $ 500.00 | $ 250.00 | Julia Klein |
|---|---|---|---|---|---|---|
| TimeEntry | 9/13/2022 | 1.6 | Telephone conference and email correspondence with opt-in plaintiff M.Hernandez regarding missing time and pay records. Review pay records. | $ 500.00 | $ 800.00 | Julia Klein |
| TimeEntry | 9/13/2022 | 0.8 | Email correspondence with co-counsel regarding GRC and Apple Bank positions on release language in settlement agreement. Review settlement agreement release language. Review LTS order regarding motion to dismiss crossclaims. | $ 500.00 | $ 400.00 | Julia Klein |
| TimeEntry | 9/16/2022 | 0.4 | Review co-defendants and AML Right Source comments to settlement agreement. | $ 500.00 | $ 200.00 | Julia Klein |
| TimeEntry | 9/19/2022 | 1.4 | Review and revise draft settlement agreement. Email correspondence with co-counsel regarding same. Review discovery documents to add updated contact information for opt-in plaintiff E.Elghendy. | $ 500.00 | $ 700.00 | Julia Klein |

| TimeEntry | 9/20/2022 | 2 | Review and revise draft settlement agreement. Review draft side letter and notice. Review bids from settlement administrators. Email correspondence and telephone conference with co-counsel regarding same. | $ 500.00 | $1,000.00 | Julia Klein |
|---|---|---|---|---|---|---|
| TimeEntry | 9/20/2022 | 0.4 | Review discovery documents to obtain opt-in plaintiff contact information. Email correspondence with co-counsel regarding same. | $ 500.00 | $ 200.00 | Julia Klein |
| TimeEntry | 9/21/2022 | 0.9 | Email correspondence with defendants counsel regarding release provisions of settlement agreement. Review draft settlement agreement. | $ 500.00 | $ 450.00 | Julia Klein |
| TimeEntry | 9/22/2022 | 2.3 | Review updated collective list with unpaid overtime amounts. Calculate unpaid overtime for opt-in plaintiff M. Hernandez. Email and telephone correspondence regarding same. | $ 500.00 | $1,150.00 | Julia Klein |
| TimeEntry | 9/23/2022 | 0.6 | Review changes to settlement agreement; email correspondence regarding same. | $ 500.00 | $ 300.00 | Julia Klein |
| TimeEntry | 9/26/2022 | 0.1 | Email correspondence with Opt-in Plaintiff G.Linnane | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 9/28/2022 | 0.2 | Email correspondence with defendants' counsel regarding AML Rightsource settlement proposal review. | $ 500.00 | $ 100.00 | Julia Klein |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| TimeEntry | 9/28/2022 | 0.3 | Email and telephone correspondence with opt-in plaintiff G. Linnane. | $ 500.00 | $ 150.00 | Julia Klein |
| TimeEntry | 9/28/2022 | 0.1 | Review ECF correspondence regarding extension of time request. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 9/28/2022 | 1 | Review opt-in plaintiff M. Hernandez time and pay records; calculate pay rate and overtime compensation. | $ 500.00 | $ 500.00 | Julia Klein |
| TimeEntry | 10/3/2022 | 0.1 | Email correspondence with defendants' counsel regarding referral to magistrate and claims administrator selection. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 10/4/2022 | 0.3 | Email correspondence with Defendants' counsel regarding settlement negotiations, referral to magistrate, claims administrator selection. | $ 500.00 | $ 150.00 | Julia Klein |
| TimeEntry | 10/6/2022 | 0.2 | Email correspondence with co-counsel regarding matter expenses and time entry. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 10/7/2022 | 0.4 | telephone conference with plaintiff G. Linnane to discuss settlement negotiations. | $ 500.00 | $ 200.00 | Julia Klein |
| TimeEntry | 10/7/2022 | 0.1 | Email correspondence with co-counsel regarding matter expenses. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 10/12/2022 | 0.3 | Email correspondence with co-counsel and defendants' counsel regarding finalizing settlement negotiations and request for extension of time to file for settlement approval. | $ 500.00 | $ 150.00 | Julia Klein |

| | | | | | | |
|---|---|---|---|---|---|---|
| TimeEntry | 10/20/2022 | 0.1 | email correspondence with contractor defendant counsel. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 10/23/2022 | 0.4 | Review contractor defendants' counsels' comments to the draft settlement agreement; email correspondence with co-counsel regarding same. | $ 500.00 | $ 200.00 | Julia Klein |
| TimeEntry | 10/23/2022 | 0.9 | Review defendants' counsel comments to draft settlement agreement; review opt-in plaintiff M. Hernandez time and pay records; calculate pay; email correspondence with co-counsel regarding same. | $ 500.00 | $ 450.00 | Julia Klein |
| TimeEntry | 10/23/2022 | 0.4 | Email correspondence with co-counsel and defendants' counsel regarding settlement discussions. | $ 500.00 | $ 200.00 | Julia Klein |
| TimeEntry | 10/24/2022 | 0.2 | Email correspondence with opt-in plaintiff M.Smith regarding settlement negotiations. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 10/24/2022 | 0.2 | Email correspondence with Defendants' counsel and co-counsel regarding settlement agreement. | $ 500.00 | $ 100.00 | Julia Klein |
| TimeEntry | 10/25/2022 | 0.5 | Review final draft of settlement agreement; email correspondence with co-counsel regarding same. | $ 500.00 | $ 250.00 | Julia Klein |
| TimeEntry | 10/26/2022 | 0.2 | telephone conference with co-counsel MM regarding settlement agreement execution logistics. | $ 500.00 | $ 100.00 | Julia Klein |

| | | | | | | |
|---|---|---|---|---|---|---|
| TimeEntry | 10/27/2022 | 0.1 | Email correspondence with co-counsel on status of settlement negotiations. | $ 500.00 | $ 50.00 | Julia Klein |
| TimeEntry | 10/27/2022 | 0.3 | Email correspondence with lead plaintiff K.Curry regarding settlement agreement execution. | $ 500.00 | $ 150.00 | Julia Klein |
| TimeEntry | 10/28/2022 | 0.5 | Review settlement agreement terms and coordinate execution of settlement agreement and side letter with lead plaintiffs. | $ 500.00 | $ 250.00 | Julia Klein |
| **Total Fees and Costs:** | $ 148,818.29 | | | | | |
| **Total Hours:** | 288.04 | | | | | |