JOSEPH & KIRSCHENBAUM LLP
Attorneys at Law

Charles Joseph
D. Maimon Kirschenbaum
Denise Schulman
Josef Nussbaum
Lucas Buzzard
Leah Seliger
Michael DiGiulio

32 Broadway, Suite 601
New York, NY 10004
Tel: 212-688-5640
Fax: 212-688-2548
www.jk-llp.com

February 9, 2023

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re: Curry v. P&G Auditors and Consultants, LLC, 20 CV 6985
      Curry v. GRC Solutions, LLC, 21 CV 11017

Dear Judge Cave:

  Together with Klein Law Group of New York PLLC and Roller Law Group, we represent the Plaintiffs in the above-referenced actions.  In accordance with the Court's February 7, 2023 Order, I write to submit records of Plaintiffs' counsel's expenses.  Attached hereto as Exhibit 1 are receipts and invoices for each category of costs identified in Plaintiffs' January 10, 2023 letter (filing fee, service of process, mediation, mailings, transcript, and business records).  We are unable to locate receipts for $85.02 of mailing expenses.  That portion of mailing expenses was used for postage for the mailing of the collective notice and reminder notice to potential opt-in plaintiffs in October and December 2021.  We thank the Court for its attention to this matter.

                Respectfully submitted,

                /s/ Denise A. Schulman
                Denise A. Schulman

cc: All counsel (via ECF)