# Filing fee

**From:**       do_not_reply@psc.uscourts.gov
**To:**         Julia Klein
**Subject:**    Pay.gov Payment Confirmation: NEW YORK SOUTHERN DISTRICT COURT
**Date:**       Thursday, August 27, 2020 10:48:10 PM

---

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Helpdesk at 212-805-0800.

Account Number: 6153868
Court: NEW YORK SOUTHERN DISTRICT COURT
Amount: $400.00
Tracking Id: ANYSDC-21369180
Approval Code: 624573
Card Number: ***********2469
Date/Time: 08/27/2020 10:48:03 ET

NOTE: This is an automated message. Please do not reply

# Service of process

**RAPID LEGAL INC.**

15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA  91709
accountsreceivable@rapidlegal.com



# INVOICE

**BILL TO**

Klein Legal Group
120 East 79th Street Suite 1A
New York, NY 10021
Attn: Julia Klein
Billing Code: 0003

**INVOICE #** 3847513-01
**DATE** 10/02/2020

**TERMS** Due on receipt

**ACCOUNT #**
125440

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| 09/28/2020 | Standard Nationwide Area<br>Personally Served/Agent, 09/28/2020, Sue Zouky, Agent<br>At Secretary Of State<br>PARTY TO SERVE: Pg Auditors, And Consultants, Llc<br>646 State Route 18, East Brunswick, NJ 08816<br>Complaint, Summons-Federal, Summons-Federal,<br>Summons-Federal | 1 | 200.00 |
| 09/28/2020 | Multi - Serve Discount | 1 | -5.00 |
| 09/28/2020 | Multiple Parties at same address Discount | 1 | -5.00 |
| 09/28/2020 | Payment Processing Fee (formerly Convenience Fees) | 1 | 6.18 |

BILLING CODE: 0003      **PAYMENT**                              196.18
CASE #: 120-cv-06985-LTS      **BALANCE DUE**                  **$0.00**
CASE NAME: MAZZITELLI, RICARDO

If you have questions about this invoice, please email Accounts Receivable at
accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID ▊▊▊▊▊▊▊

**RAPID LEGAL INC.**

15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA  91709
accountsreceivable@rapidlegal.com



# INVOICE

**BILL TO**

Klein Legal Group
120 East 79th Street Suite 1A
New York, NY 10021
Attn: Julia Klein
Billing Code: 0003

**INVOICE #** 3847513-02
**DATE** 10/13/2020

**TERMS** Due on receipt

**ACCOUNT #**
125440

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| 10/07/2020 | Standard Nationwide Area<br>Personally Served/Agent, 10/07/2020, Sue Zouky , Agent<br>At Secretary Of State<br>PARTY TO SERVE: Grc Solutions, Llc<br>33 Wood Ave S, Iselin, NJ 08830<br>Complaint, Summons-Federal, Summons-Federal,<br>Summons-Federal | 1 | 200.00 |
| 10/07/2020 | Multi - Serve Discount | 1 | -5.00 |
| 10/07/2020 | Multiple Parties at same address Discount | 1 | -5.00 |
| 10/07/2020 | Witness Fees Advanced to Complete Assignment | 1 | 40.00 |
| 10/07/2020 | Payment Processing Fee (formerly Convenience Fees) | 1 | 7.48 |

BILLING CODE: 0003
CASE #: 120-cv-06985-LTS
CASE NAME: MAZZITELLI, RICARDO

**PAYMENT** 237.48
**BALANCE DUE** **$0.00**

If you have questions about this invoice, please email Accounts Receivable at
accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID ▮▮▮▮▮▮

**RAPID LEGAL INC.**

15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA  91709
accountsreceivable@rapidlegal.com



# INVOICE

**BILL TO**

Klein Legal Group
120 East 79th Street Suite 1A
New York, NY 10021
Attn: Julia Klein
Billing Code: 0003

**INVOICE #** 3847513-03
**DATE** 10/13/2020

**TERMS** Due on receipt

**ACCOUNT #**
125440

| DATE | DESCRIPTION | QTY | AMOUNT |
|---|---|---|---|
| 10/07/2020 | Standard Nationwide Area<br>Personally Served/Agent, 10/07/2020, Sue Zouky, Agent<br>At Secretary Of State<br>PARTY TO SERVE: Pgx, Llc<br>646 State Route 18, East Brunswick, NJ 08816<br>Complaint, Summons-Federal, Summons-Federal,<br>Summons-Federal | 1 | 200.00 |
| 10/07/2020 | Multi - Serve Discount | 1 | -5.00 |
| 10/07/2020 | Multiple Parties at same address Discount | 1 | -5.00 |
| 10/07/2020 | Witness Fees Advanced to Complete Assignment | 1 | 40.00 |
| 10/07/2020 | Payment Processing Fee (formerly Convenience Fees) | 1 | 7.48 |

| | | |
|---|---|---|
| BILLING CODE: 0003 | **PAYMENT** | 237.48 |
| CASE #: 120-cv-06985-LTS | **BALANCE DUE** | **$0.00** |
| CASE NAME: MAZZITELLI, RICARDO | | |

If you have questions about this invoice, please email Accounts Receivable at
accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID ████████

**RAPID LEGAL INC.**

15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA 91709
accountsreceivable@rapidlegal.com



# INVOICE

**BILL TO**

Klein Legal Group
120 East 79th Street Suite 1A
New York, NY 10021
Attn: Julia Klein
Billing Code: 0003

**INVOICE #** 3898119-01
**DATE** 10/22/2020

**TERMS** Due on receipt

**ACCOUNT #**
125440

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| 10/22/2020 | Service by Mail<br>Mailing, 10/22/2020<br>PARTY TO SERVE: Pg Auditors And Consultants, Llc<br>646 State Route 18, East Brunswick, NJ 08816<br>Complaint, Summons-Federal, Summons-Federal,<br>Summons-Federal Affidavit Of Service To Secretary Of<br>State | 1 | 60.00 |
| 10/22/2020 | Standard Nationwide Area<br>Mailing, 10/22/2020<br>PARTY TO SERVE: Pg Auditors And Consultants, Llc<br>646 State Route 18, East Brunswick, NJ 08816<br>Complaint, Summons-Federal, Summons-Federal,<br>Summons-Federal Affidavit Of Service To Secretary Of<br>State | 1 | 0.00 |
| 10/22/2020 | Payment Processing Fee ﴾formerly Convenience Fees﴿ | 1 | 1.95 |

BILLING CODE: 0003
CASE #: 120-cv-06985-LTS
CASE NAME: MA﴿ ﴿ITELLI, RICARDO

**PAYMENT** 61.95
**BALANCE DUE** **$0.00**

If you have questions about this invoice, please email Accounts Receivable at
accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID ▄▄▄▄▄▄▄

**RAPID LEGAL INC.**

15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA  91709
accountsreceivable@rapidlegal.com



# INVOICE

**BILL TO**

Klein Legal Group
120 East 79th Street Suite 1A
New York, NY 10021
Attn: Julia Klein
Billing Code: 0003

**INVOICE #** 3898119-03
**DATE** 10/22/2020

**TERMS** Due on receipt

**ACCOUNT #**
125440

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| 10/22/2020 | Service by Mail<br>Mailing, 10/22/2020<br>PARTY TO SERVE: Pgx, Llc<br>646 State Route 18, East Brunswick, NJ 08816<br>Complaint, Summons-Federal, Summons-Federal,<br>Summons-Federal Summons-Federal Affidavit Of<br>Service To Secretary Of State | 1 | 60.00 |
| 10/22/2020 | Standard Nationwide Area<br>Mailing, 10/22/2020<br>PARTY TO SERVE: Pgx, Llc<br>646 State Route 18, East Brunswick, NJ 08816<br>Complaint, Summons-Federal, Summons-Federal,<br>Summons-Federal Summons-Federal Affidavit Of<br>Service To Secretary Of State | 1 | 0.00 |
| 10/22/2020 | Payment Processing Fee (formerly Convenience Fees) | 1 | 1.95 |

BILLING CODE: 0003
CASE #: 120-cv-06985-LTS
CASE NAME: MAZZITELLI, RICARDO

**PAYMENT** 61.95
**BALANCE DUE** **$0.00**

If you have questions about this invoice, please email Accounts Receivable at
accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID ▮▮▮▮▮▮

**RAPID LEGAL INC.**

15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA  91709
accountsreceivable@rapidlegal.com



# INVOICE

**BILL TO**

Klein Legal Group
120 East 79th Street Suite 1A
New York, NY 10021
Attn: Julia Klein
Billing Code: 0003

**INVOICE #** 3898119-02
**DATE** 10/22/2020

**TERMS** Due on receipt

**ACCOUNT #**
125440

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| 10/15/2020 | Service by Mail<br>Mailing, 10/15/2020<br>PARTY TO SERVE: Grc Solutions, Llc<br>33 Z ood Ave S, Iselin, NJ 08830<br>Complaint, Summons-Federal, Summons-Federal,<br>Summons-Federal Summons-Federal Affidavit Of<br>Service To Secretary O Sate | 1 | 60.00 |
| 10/15/2020 | Standard Nationwide Area<br>Mailing, 10/15/2020<br>PARTY TO SERVE: Grc Solutions, Llc<br>33 Z ood Ave S, Iselin, NJ 08830<br>Complaint, Summons-Federal, Summons-Federal,<br>Summons-Federal Summons-Federal Affidavit Of<br>Service To Secretary Of State | 1 | 0.00 |
| 10/15/2020 | Payment Processing Fee (formerly Convenience Fees( | 1 | 1.95 |

BILLING CODE: 0003
CASE #: 120-cv-06985-LTS
CASE NAME: MA) ) ITELLI, RICARDO

**PAYMENT** 61.95
**BALANCE DUE** **$0.00**

If you have questions about this invoice, please email Accounts Receivable at
accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID ███████

**RAPID LEGAL INC.**

15345 Fairfield Ranch Rd, Ste 200
CHINO HILLS, CA  91709
accountsreceivable@rapidlegal.com



# INVOICE

**BILL TO**

Klein Legal Group
120 East 79th Street Suite 1A
New York, NY 10021
Attn: Julia Klein
Billing Code: 0003

**INVOICE #** 3847513-01A
**DATE** 12/13/2020

**TERMS** Due on receipt

**ACCOUNT #**
125440

| DATE | DESCRIPTION | QTY | AMOUNT |
|------|-------------|-----|--------|
| 09/28/2020 | Standard Nationwide Area<br>Personally Served/Agent, 09/28/2020, Sue Zouky, Agent<br>At Secretary Of State<br>PARTY TO SERVE: Pg Auditors, And Consultants, Llc<br>646 State Route 18, East Brunswick, NJ 08816<br>Complaint, Summons-Federal, Summons-Federal,<br>Summons-Federal | 1 | 0.00 |
| 09/28/2020 | Multi - Serve Discount | 1 | 0.00 |
| 09/28/2020 | Multiple Parties at same address Discount | 1 | 0.00 |
| 09/28/2020 | Payment Processing Fee (formerly Convenience Fees) | 1 | 1.30 |
| 09/28/2020 | Fees Advanced to Complete Assignment. | 1 | 40.00 |
|  | ****This invoice is for advance and processing fees not<br>included in the original invoice only.**** |  |  |

BILLING CODE: 0003
CASE #: 120-cv-06985-LTS
CASE NAME: MAZZITELLI, RICARDO

**PAYMENT** 41.30
**BALANCE DUE** **$0.00**

If you have questions about this invoice, please email Accounts Receivable at
accountsreceivable@rapidlegal.com or call 909-664-9565

Thank you for choosing Rapid Legal for your legal services needs.

TAX ID ███████

# Mediation

## **MEDIATOR'S BILL**

April 1, 2021

Julia Klein, Esq.
Klein Legal Group
120 East 79th Street, Suite 1A
New York, NY   10021

Michael Goettig, Esq.
Davis Wright Tremaine LLP
1251 Avenue of the Americas, 21st Floor
New York, NY   10020

Re:   **Kenneth Curry, Ricardo Mazzitelli, Jacqueline Brown Pilgrim,
      on behalf of themselves and others similarly situated
      vs.
      P&G Auditors and Consultants, LLC; GRC Solutions, LLC;
      PGX LLC; and Apple Bancorp, Inc. d/b/a Apple Bank for Savings
      Mediation**

| Date | Description of Services | | Time |
|------|-------------------------|---|------|
| 3/30/21 | Deposit in advance of 5/13/21 mediation | | 10 hours |
| | TOTAL TIME: | | |
| | 10 hours @$700.00 per hour | $7,000.00 | |
| | **TOTAL DUE AND OWING:** | **$7,000.00*** | |
| | Payable by Plaintiffs: | $3,500.00 | |
| | Payable by Defendants: | $3,500.00 | |

Ralph S. Berger

Invoice No. 040121-B

*Payment is due to be received by April 22, 2021.

RALPH BERGER
60 REMSEN STREET
#7C
BROOKLYN , NY 11201

1055
MSP  5

| | |
|---|---|
| CHECK NUMBER: | 135485469 |
| CHECK DATE: | 04/18/2021 |
| CHECK AMOUNT: | $3,500.00 |

| MERCHANT 00132143-HC | HOUSEHOLD I.D. 0120484053 | REFERENCE NO. 0010005 | CONTROL NO. 108000126 |
|---|---|---|---|
| REMITTED BY | ACCOUNT NUMBER | | MEMO / NOTE |
| JULIA KLEIN | 00001 | | DEPOSIT FOR CURRY_PANDG MEDIAT |

THE CUSTOMER LISTED ABOVE IS REMITTING THE FOLLOWING PAYMENT THROUGH CITIBANK'S BILL PAYMENT SERVICE.
AN OFFICIAL CHECK IS ATTACHED, PLEASE CREDIT THE ACCOUNT NUMBER LISTED ABOVE.  FOR INFORMATION
CONCERNING THIS PAYMENT, CALL 1 800 374 9700. THANK YOU.

EDLR400A 1076 0002 CFM074 07 210418 PAGE 00001 OF 00001          1055





# Invoice

vanessa.boothe@scheinmanneutrals.com
www.ScheinmanNeutrals.com

| Date | Invoice # |
|------|-----------|
| 3/22/2022 | 37202 |

**Bill To**

Curry et al.
c/o Denise Schulman, Esq.
Joseph & Kirschenbaum, L.L.P.
32 Broadway, Suite 601
New York, NY 10004

**In Reference To**

Curry et al.
v.
P&G Auditors & Consultants, L.L.C. et al.
(Mediation)

| Description | Amount |
|------------|--------|
| Deposit for Mediation of April 25, 2022<br>  8 hours @ $1,450.00 per hour = $11,600.00 (Fee split between parties) | 1,800.00 |
| Administrative Fee @ $400.00 (Fee split between parties) | 200.00 |

322 Main Street Port Washington, NY 11050  516.944.1700   fax: 516.944.1771

Please indicate our invoice number on your payment.
Make all checks payable to Scheinman Arbitration Mediation Services.
If you have any questions concerning this invoice, contact Vanessa Boothe @ 516-944-1700 or
via e-mail to vanessa.boothe@scheinmanneutrals.com.

| **Total** | $2,000.00 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,000.00 |

7198

**Joseph & Kirschenbaum LLP**
Attorneys at Law
32 Broadway, Ste 601
New York, NY 10004-1608

**JPMORGAN CHASE BANK, N. A.**

01-2/0210

03/23/2022

PAY TO THE
ORDER OF

$

Scheinman Arbitration & Mediation Services

**2,000.00 **DOLLARS**

Two thousand and 00/100*********************************************************************************************

Scheinman Arbitration & Mediation Services
322 Main Street
Port Washington, NY 11050

**MEMO**

Invoice #37202

AUTHORIZED SIGNATURE

AVP

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES A SECURITY SCREEN - HOLD AT ANGLE TO VIEW

**Joseph & Kirschenbaum LLP**
Attorneys at Law
03/23/2022

**Scheinman Arbitration & Mediation Services**

Curry et al. v. P&G Auditors & Consultants

7198

2,000.00

Invoice #37202

2,000.00

**Joseph & Kirschenbaum LLP**
Attorneys at Law 03/23/2022

**Scheinman Arbitration & Mediation Services**

Curry et al. v. P&G Auditors & Consultants

7198

2,000.00

Invoice #37202

2,000.00

# Mailings

 Shipment Receipt

**Address Information**

| Ship to: | Ship from: |
|---|---|
| Ralph Berger | Maimon Kirschenbaum |
|  | Joseph & Kirschenbaum, LLP |
| c/o Tabone | 32 Broadway |
| 5255 Collins Avenue, #8F | Suite 601 |
| MIAMI BEACH,  FL | New York,  NY |
| 33140 | 10004 |
| US | US |
| 212-688-5640 | 2126885640 |

**Shipment Information:**
Tracking no.: 773625616170
Ship date  05/04/2021
Estimated shipping charges:  38.71 USD

**Package Information**
Pricing option  FedEx Standard Rate
Service type: Standard Overnight
Package type  FedEx Envelope
Number of packages: 1
Total weight  1   LBS
Declared Value: 0.00  USD
Special Services
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to  My Account   589 589
Your reference:  Apple-CT
P O  no
Invoice no.:
Department no

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

**Please Note**
FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value  Recovery cannot exceed actual documented loss  Maximum for items of extraordinary value is $1000  e g  jewelry precious metals  negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.



✂ — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — — —

*Cut on dotted line.*

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

### Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0201 0514 73**

| | | Priority Mail® Postage: | $8.95 |
|---|---|---|---|
| Trans. #: | 559510161 | Total: | $8.95 |
| Print Date: | 03/23/2022 | | |
| Ship Date: | 03/23/2022 | | |
| Expected Delivery Date: | 03/24/2022 | | |

**From:**  RUTH KIRSCHENBAUM          Ref#: AppBank-DS
JOSEPH & KIRSCHENBAUM LLP
32 BROADWAY
STE 601
NEW YORK NY 10004-1689

**To:**  SCHEINMAN ARBITRATION & MEDIATION SERVICES
322 MAIN ST
PRT WASHINGTN NY 11050-2738

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE®**   *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

# Transcript

# Invoice

**Carole Ludwig**

155 East 4th Street, #3C
New York, New York 10009
(212) 420-0771
transcription420@aol.com

| | |
|---|---|
| Date: | 06/02/2021 |
| Invoice No.:  21- | 335 |
| Due Date: | 07/02/2021 |

**Bill To:**
JOSEPH & KIRSCHENBAUM
LLP
32 Broadway, Suite 601
New York, New York 10004
ATTENTION:  Denise Schulman

| Pages | Rate Per Page | Description | Page Rate | Total |
|---|---|---|---|---|
| 35 | 60-SDNY- 3 days | TRANSCRIPT | $6.00 | $210.00 |

**Total  $210.00**

**Balance Due  $210.00**

**Docket #20cv6985**
**CURRY, et al. v. P&G AUDITORS AND CONSULTANTS, LLC, et al.**
**May 27, 2021**
**BEFORE THE HONORABLE SARAH L. CAVE**
**TRANSCRIPT TURNAROUND:  3 DAYS**

**Thank you for your business.**

FOR SECURITY PURPOSES, THE FACE OF THIS DOCUMENT CONTAINS A COLORED BACKGROUND AND MICROPRINTING IN THE BORDER

**7167**

**Joseph & Kirschenbaum LLP**
Attorneys at Law
32 Broadway, Ste 601
New York, NY 10004-1608

**JPMORGAN CHASE BANK, N. A.**

01-2/0210

06/03/2021

PAY TO THE
ORDER OF          Carole Ludwig

$   **210.00

Two hundred ten and 00/100***************************************************************************************          **DOLLARS**

Carole Ludwig
Transcription Services
141 East 3rd Street #3E
New York, NY  10009

MEMO          Invoice 21-335

AUTHORIZED SIGNATURE          MP

THE REVERSE SIDE OF THIS DOCUMENT INCLUDES A SECURITY SCREEN · HOLD AT ANGLE TO VIEW

Joseph & Kirschenbaum LLP          **Carole Ludwig**
Attorneys at Law  06/03/2021

Transcript- Apple Bank          210.00          7167

Invoice 21-335          210.00

06/03/2021          Carole Ludwig

# Business records

**From:** no-reply@njportal.com <no-reply@njportal.com>
**Sent:** Wednesday, May 19, 2021 5:31 PM
**Subject:** Business Records Service Payment Receipt

## Payment Receipt Confirmation

Your payment was successfully processed.

## Transaction Summary

| Description | Amount |
|---|---|
| Business Records Service | $204.00 |
| Pay now with New Jersey Business Services | $204.00 |

Please do not reply to this email. This email is sent from an account we use for sending messages only and we will not receive your reply.

## Customer Information

| | |
|---|---|
| **Customer Name** | Denise Schulman |
| **Company Name** | Joseph Herzfeld |
| **Local Reference ID** | 211392325269 |
| **Receipt Date** | 5/19/2021 |
| **Receipt Time** | 05:30:36 PM EDT |

## Payment Information

| | |
|---|---|
| **Payment Type** | Credit Card |
| **Credit Card Type** | AMEX |
| **Credit Card Number** | ******2018 |
| **Order ID** | 143012200 |
| **Billing Name** | Denise Schulman |

## Billing Information

| | |
|---|---|
| **Billing Address** | 32 Broadway<br>Suite 601 |

| **Billing City, State** | New York, NY |
|---|---|
| **ZIP/Postal Code** | 10004 |
| **Country** | US |
| **Phone Number** | 212-688-5640 |
| **This receipt has been emailed to the address below.** | |
| **Email Address** | denise@jk-llp.com |

**From:** no-reply@njportal.com <no-reply@njportal.com>
**Sent:** Wednesday, May 19, 2021 5:14 PM
**Subject:** Business Records Service Payment Receipt

## Payment Receipt Confirmation

Your payment was successfully processed.

## Transaction Summary

| Description | Amount |
|---|---|
| Business Records Service | $0.50 |
| Pay now with New Jersey Business Services | $0.50 |

Please do not reply to this email. This email is sent from an account we use for sending messages only and we will not receive your reply.

## Customer Information

| **Customer Name** | Denise Schulman |
|---|---|
| **Company Name** | Joseph Herzfeld |
| **Local Reference ID** | 211392325241 |
| **Receipt Date** | 5/19/2021 |
| **Receipt Time** | 05:14:10 PM EDT |

## Payment Information

| **Payment Type** | Credit Card |
|---|---|
| **Credit Card Type** | AMEX |

| | |
|---|---|
| **Credit Card Number** | ******2018 |
| **Order ID** | 143010740 |
| **Billing Name** | Denise Schulman |

## Billing Information

| | |
|---|---|
| **Billing Address** | 32 Broadway<br>Suite 601 |
| **Billing City, State** | New York, NY |
| **ZIP/Postal Code** | 10004 |
| **Country** | US |
| **Phone Number** | 212-688-5640 |
| **This receipt has been emailed to the address below.** | |
| **Email Address** | denise@jk-llp.com |

**From:** no-reply@njportal.com <no-reply@njportal.com>
**Sent:** Wednesday, May 19, 2021 5:37 PM
**Subject:** Business Records Service Payment Receipt

## Payment Receipt Confirmation

Your payment was successfully processed.

## Transaction Summary

| Description | Amount |
|---|---|
| Business Records Service | $0.20 |
| Pay now with New Jersey Business Services | $0.20 |

Please do not reply to this email. This email is sent from an account we use for sending messages only and we will not receive your reply.

## Customer Information

| | |
|---|---|
| **Customer Name** | Denise Schulman |
| **Company Name** | Joseph Herzfeld |

**Local Reference ID**    211392325274
**Receipt Date**    5/19/2021
**Receipt Time**    05:37:15 PM EDT

## Payment Information

**Payment Type**    Credit Card
**Credit Card Type**    AMEX
**Credit Card Number**    ******2018
**Order ID**    143013098
**Billing Name**    Denise Schulman

## Billing Information

**Billing Address**    32 Broadway
Suite 601
**Billing City, State**    New York, NY
**ZIP/Postal Code**    10004
**Country**    US
**Phone Number**    212-688-5640
**This receipt has been emailed to the address below.**
**Email Address**    denise@jk-llp.com

FW: Business Records Service Payment Receipt

Denise Schulman <denise@jk-llp.com>

Tue 8/10/2021 9:45 AM

**To:** Carlora Turnquest <carlora@jk-llp.com>

Please add to Apple Bank expenses   This is payment to retrieve business entity records from NJ

---

**From:** no-reply@njportal.com <no-reply@njportal.com>
**Sent:** Tuesday, August 10, 2021 9:43 AM
**Subject:** Business Records Service Payment Receipt

# Payment Receipt Confirmation

Your payment was successfully processed.

## Transaction Summary

| Description | Amount |
|---|---|
| Business Records Service | $0.70 |
| Pay now with New Jer ey Bu ine   Service | $0 70 |

Plea e do not reply to thi  email  Thi  email i   ent from an account we u e for  ending me  age  only and we will not receive your reply.

## Customer Information

**Customer Name**      Denise Schulman
**Company Name**       Joseph Herzfeld
**Local Reference ID**  212222396046
**Receipt Date**       8/10/2021
**Receipt Time**       09:42:37 AM EDT

## Payment Information

**Payment Type**       Credit Card
**Credit Card Type**   AMEX
**Credit Card Number**  ******2018
**Order ID**           148927924
**Billing Name**       Deni  e Schulman

## Billing Information

**Billing Address**    32 Broadway
                       Suite 601
**Billing City**       New York
**ZIP/Postal Code**    10004
**Country**            DK
**Phone Number**       2126885640
**This receipt has been emailed to the address below.**
**Email Address**      denise@jk-llp.com

**Denise Schulman**

| | |
|---|---|
| **From:** | Denise Schulman |
| **Sent:** | Wednesday, December 21, 2022 2:26 PM |
| **To:** | Ileana  Gomez Alburquerque |
| **Subject:** | FW: Business Records Service Payment Receipt |

Please save to Apple Bank expenses.  The charge is for ordering business records from NJ.

**From:** no-reply@njportal.com <no-reply@njportal.com>
**Sent:** Wednesday, December 21, 2022 2:25 PM
**Subject:** Business Records Service Payment Receipt

# Payment Receipt Confirmation

Your payment was successfully processed.

## Transaction Summary

| Description | Amount |
|---|---|
| Business Records Service | $0.30 |
| Pay now with New Jersey Business Services | $0.30 |

Please do not reply to this email. This email is sent from an account we use for sending messages only and we will not receive your reply.

## Customer Information

| | |
|---|---|
| **Customer Name** | Denise Schulman |
| **Company Name** | Joseph & Kirschenbaum LLP |
| **Local Reference ID** | 223552860413 |
| **Receipt Date** | 12/21/2022 |
| **Receipt Time** | 02:24:47 PM EST |

## Payment Information

| | |
|---|---|
| **Payment Type** | Credit Card |
| **Credit Card Type** | AMEX |
| **Credit Card Number** | ******2018 |
| **Order ID** | 182329170 |
| **Billing Name** | Denise Schulman |

## Billing Information

| | |
|---|---|
| **Billing Address** | 32 Broadway Suite 601 |
| **Billing City, State** | New York, NY |
| **ZIP/Postal Code** | 10004 |
| **Country** | US |
| **Phone Number** | 2126885640 |

1

**This receipt has been emailed to the address below.**

**Email Address**          denise@jk-llp.com