UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH CURRY, et al.,<br><br>                               Plaintiffs,<br><br>    -v-<br><br>P&G AUDITORS AND CONSULTANTS, LLC, et al.,<br><br>                              Defendants. | CIVIL ACTION NO: 20 Civ. 6985 (SLC) |
| KENNETH CURRY, et al.,<br><br>                               Plaintiffs,<br><br>    -v-<br><br>GRC SOLUTIONS, LLC and PGX, LLC,<br><br>                              Defendants. | CIVIL ACTION NO: 21 Civ. 11017 (SLC)<br><br>**<u>ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

By **April 19, 2023**, the parties shall file a joint letter (the "Letter") advising the Court of the status of their compliance with the settlement agreement (20 Civ. 6985 ECF No. 222-1). In the Letter, the parties shall (i) discuss the status of Rust Consulting's administration of the settlement, including the distribution of notices to Settlement Collective Members, and (ii) advise the Court when they anticipate filing stipulations of dismissal for Court review and approval.

Dated:     New York, New York               SO ORDERED.
            April 14, 2023

                                                    _____
                                                    **SARAH L. CAVE**
                                                    **United States Magistrate Judge**