UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH CURRY, et al.,

                          Plaintiffs,

          -v-

P&G AUDITORS AND CONSULTANTS, LLC, et al.,

                          Defendants.

CIVIL ACTION NO: 20 Civ. 6985 (SLC)

KENNETH CURRY, et al.,

                          Plaintiffs,

          -v-

GRC SOLUTIONS, LLC and PGX, LLC,

                          Defendants.

CIVIL ACTION NO: 21 Civ. 11017 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

By **July 24, 2023**, Plaintiffs shall file a letter advising the Court as to whether any individuals have opted out of the class settlement.  (See 20 Civ. 6985, ECF Nos. 229; 231).  The Court will enter signed stipulations of dismissal in both cases separately.

Dated:      New York, New York
            June 9, 2023

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**