UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH CURRY, RICARDO MAZZITELLI, JACQUELINE BROWN PILGRIM, on behalf of themselves and other similarly situated,<br><br>      **Plaintiffs,**<br><br>- against -<br><br>ACXELL, LLC, F/K/A P&G AUDITORS AND CONSULTANTS, LLC; GRC SOLUTIONS, LLC; PGX, LLC; AND APPLE BANCORP, INC. d/b/a APPLE BANK FOR SAVINGS,<br><br>      **Defendants,**<br><br>- and -<br><br>PGX, LLC,<br><br>      **Crossclaim Plaintiff,**<br><br>- against –<br><br>KDC CONSULTING, LLC, KENNETH CURRY (IN HIS CAPACITY AS MANAGING MEMBER OF KDC CONSULTING, LLC), BROPIL CONSULTING, LLC, JACQUELINE BROWN-PILGRIM (IN HER CAPACITY AS MANAGING MEMBER OF BROPIL CONSULTING, LLC), and DENNIS PILGRIM (IN HIS CAPACITY AS MANAGING MEMBER OF BROPIL CONSULTING, LLC),<br><br>      **Crossclaim Defendants.** | Case No. 20 CV 6985 |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED that this action, including all claims, cross-claims, and counterclaims, has been discontinued and is hereby dismissed with prejudice and without costs to any party against any other, except that the claims of any Settlement Collective Member who timely submits

1

a request to opt out of the Settlement shall be dismissed without prejudice. The Court retains jurisdiction to enforce the Parties' Settlement. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
       April 19, 2023

*Attorneys for Plaintiffs*

By: /s/
Denise A. Schulman
JOSEPH &
KIRSCHENBAUM LLP
32 Broadway, Suite 601
New York, NY 10004

Julia Klein
KLEIN LEGAL GROUP OF
NEW YORK PLLC
120 East 79th St., Suite 1A
New York, NY 10021

Melissa Mazzitelli
The Roller Law Group
801 NE 167th Street, Second Floor
North Miami Beach, FL 33162

*Attorneys for Defendants Acxell, LLC, GRC Solutions, LLC, and PGX, LLC and Crossclaim Plaintiff PGX, LLC*

By: /s/
Brian Gershengorn
Seth Kaufman
FISHER & PHILLIPS LLP
7 Times Square, Suite 4300
New York, NY 10036

*Attorneys for Defendant Apple Bancorp*

By: _____
Dean G. Yuzek
Jennifer B. Zourigui
INGRAM YUZEK GAINEN
CARROLL &
BERTOLOTTI, LLP
150 East 42nd St., 19th Fl.
New York, NY 10017

So Ordered: _____

a request to opt out of the Settlement shall be dismissed without prejudice. The Court retains jurisdiction to enforce the Parties' Settlement. This Stipulation may be filed with the Court without further notice to any party.

Dated: New York, New York
_____, 2023

| *Attorneys for Plaintiffs* | *Attorneys for Defendants Acxell, LLC, GRC Solutions, LLC, and PGX, LLC and Crossclaim Plaintiff PGX, LLC* | *Attorneys for Defendant Apple Bancorp* |
|---|---|---|
| By:_____ | By:_____ | By:_____ |
| Denise A. Schulman | Brian Gershengorn | Dean G. Yuzek |
| JOSEPH & KIRSCHENBAUM LLP | Seth Kaufman | Jennifer B. Zourigui |
| 32 Broadway, Suite 601 | FISHER & PHILLIPS LLP | INGRAM YUZEK GAINEN CARROLL & BERTOLOTTI, LLP |
| New York, NY 10004 | 7 Times Square, Suite 4300 | 150 East 42nd St., 19th Fl. |
|  | New York, NY 10036 | New York, NY 10017 |

Julia Klein
KLEIN LEGAL GROUP OF
NEW YORK PLLC
120 East 79th St., Suite 1A
New York, NY 10021

Melissa Mazzitelli
The Roller Law Group
801 NE 167th Street, Second Floor
North Miami Beach, FL 33162

So Ordered: _____   June 9, 2023
Sarah L. Cave
United States Magistrate Judge

2